# Exhibit 1

# EXHIBIT 1 – TABLE OF WORKS

| Title | Author | Registration Number | Registration Date |
|---|---|---|---|
| **AUGUST WORKS** | | | |
| AU11000168.jpg | Sebastian Kim | VA 2-198-319 | 2/27/2020 |
| AU11000819.jpg | Sebastian Kim | VA 2-199-785 | 3/11/2020 |
| AU11035259.jpg | Mark Jonathan Williams | VA 2-120-245 | 8/24/2018 |
| AU11056012.jpg | Tesh Patel | VA 2-219-280 | 9/22/2020 |
| AU11065931.jpg | Brian Bowen Smith | VA 2-110-392 | 7/13/2018 |
| AU11065935.jpg | Brian Bowen Smith | VA 2-110-392 | 7/13/2018 |
| AU11065941.jpg | Brian Bowen Smith | VA 2-110-392 | 7/13/2018 |
| AU11065942.jpg | Brian Bowen Smith | VA 2-110-392 | 7/13/2018 |
| AU11065943.jpg | Brian Bowen Smith | VA 2-110-392 | 7/13/2018 |
| AU11082364.jpg | Austin Hargrave | VA 2-227-879 | 10/12/2020 |
| AU11083110.jpg | Miller Mobley | VA 2-227-659 | 11/9/2020 |
| AU11083111.jpg | Miller Mobley | VA 2-227-659 | 11/9/2020 |
| AU11083399.jpg | Miller Mobley | VA 2-227-659 | 11/9/2020 |
| AU11085496.jpg | Joe Pugliese | VAu 1-303-859 | 7/26/2017 |
| AU11139691.jpg | Camila Akrans | VA 2-219-286 | 9/22/2020 |
| AU11153249.jpg | Camila Akrans | VA 2-211-783 | 6/30/2020 |
| AU11153260.jpg | Camila Akrans | VA 2-211-783 | 6/30/2020 |
| AU11153261.jpg | Camila Akrans | VA 2-211-783 | 6/30/2020 |
| AU11153263.jpg | Camila Akrans | VA 2-211-783 | 6/30/2020 |
| AU11162109.jpg | Ramona Rosales | VA 2-221-615 | 10/5/2020 |
| AU11211359.jpg | James Macari | VA 2-219-279 | 9/22/2020 |

# EXHIBIT 1 – TABLE OF WORKS

| Title | Author | Registration Number | Registration Date |
|---|---|---|---|
| AU11211376.jpg | James Macari | VA 2-219-279 | 9/22/2020 |
| AU11211377.jpg | James Macari | VA 2-219-279 | 9/22/2020 |
| AU1121252.jpg | Martin Schoeller | VA 2-236-370 | 1/20/2021 |
| AU1121257.jpg | Martin Schoeller | VA 2-236-370 | 1/20/2021 |
| AU11229677.jpg | Miller Mobley | VA 2-231-277 | 11/9/2020 |
| AU11229679.jpg | Miller Mobley | VA 2-231-277 | 11/9/2020 |
| AU11230935.jpg | Kenneth Willardt | VA 2-241-679 | 1/27/2021 |
| AU11230937.jpg | Kenneth Willardt | VA 2-241-679 | 1/27/2021 |
| AU11230938.jpg | Kenneth Willardt | VA 2-241-679 | 1/27/2021 |
| AU11230939.jpg | Kenneth Willardt | VA 2-241-679 | 1/27/2021 |
| AU11235142.jpg | Miller Mobley | VA 2-231-277 | 11/9/2020 |
| AU11243627.jpg | Austin Hargrave | VA 2-197-986 | 2/20/2020 |
| AU11307348.jpg | Art Streiber | VA 2-127-252 | 11/16/2018 |
| AU11307349.jpg | Art Streiber | VA 2-127-252 | 11/16/2018 |
| AU11307351.jpg | Art Streiber | VA 2-127-252 | 11/16/2018 |
| AU11307438.jpg | Art Streiber | VA 2-127-252 | 11/16/2018 |
| AU11315340.jpg | Austin Hargrave | VA 2-197-986 | 2/20/2020 |
| AU11315481.jpg | Austin Hargrave | VA 2-197-986 | 2/20/2020 |
| AU11326170.jpg | Kenneth Willardt | VA 2-240-320 | 1/27/2021 |
| AU11326176.jpg | Kenneth Willardt | VA 2-240-320 | 1/27/2021 |
| AU11330142.jpg | Miller Mobley | VA 2-231-277 | 11/9/2020 |
| AU11330143.jpg | Miller Mobley | VA 2-231-277 | 11/9/2020 |
| AU11363967.jpg | Austin Hargrave | VA 2-199-792 | 3/11/2020 |

# EXHIBIT 1 – TABLE OF WORKS

| Title | Author | Registration Number | Registration Date |
|---|---|---|---|
| AU11437310.jpg | David Needleman | VA 2-199-875 | 3/16/2020 |
| AU11473109.jpg | David Needleman | VA 2-199-875 | 3/16/2020 |
| AU11474839.jpg | David Needleman | VA 2-199-881 | 3/16/2020 |
| AU11475072.jpg | David Needleman | VA 2-199-881 | 3/16/2020 |
| AU1268156.jpg | Andrew Eccles | VA 2-227-708 | 12/5/2020 |
| AU1268160.jpg | Andrew Eccles | VA 2-227-708 | 12/5/2020 |
| AU1268175.jpg | Andrew Eccles | VA 2-229-843 | 10/7/2020 |
| AU1268181.jpg | Andrew Eccles | VA 2-229-843 | 10/7/2020 |
| AU1459238.jpg | Joe Pugliese | VAu 1-177-344 | 8/19/2014 |
| AU1459240.jpg | Joe Pugliese | VAu 1-177-344 | 8/19/2014 |
| AU1459241.jpg | Joe Pugliese | Vau 1-177-344 | 8/19/2014 |
| AU1478336.jpg | Austin Hargrave | VA 2-227-879 | 10/12/2020 |
| AU1478339.jpg | Austin Hargrave | VA 2-227-879 | 10/12/2020 |
| AU1502643.jpg | Ramona Rosales | VA 2-241-708 | 1/26/2021 |
| AU1502936.jpg | Martin Schoeller | VA 2-238-548 | 2/5/2021 |
| AU1502939.jpg | Martin Schoeller | VA 2-238-548 | 2/5/2021 |
| AU1502940.jpg | Martin Schoeller | VA 2-238-548 | 2/5/2021 |
| AU1513168.jpg | Brian Bowen Smith | VA 2-227-640 | 11/11/2020 |
| AU1514302.jpg | Martin Schoeller | VA 2-238-548 | 2/5/2021 |
| AU1514304.jpg | Martin Schoeller | VA 2-238-548 | 2/5/2021 |
| AU1578783.jpg | Joe Pugliese | Vau 1-221-541 | 6/22/2015 |
| AU1578786.jpg | Joe Pugliese | Vau 1-221-541 | 6/22/2015 |
| AU1593907.jpg | Ramona Rosales | VA 2-221-664 | 9/29/2020 |

# EXHIBIT 1 – TABLE OF WORKS

| Title | Author | Registration Number | Registration Date |
|---|---|---|---|
| AU1654589.jpg | Joe Pugliese | VA 2-010-920 | 2/22/2016 |
| AU1656574.jpg | Brian Bowen Smith | VA 2-241-666 | 1/27/2021 |
| AU1672560.jpg | Brooke Nipar | VA 2-235-006 | 1/29/2021 |
| AU1672734.jpg | Brooke Nipar | VA 2-235-006 | 1/29/2021 |
| AU1756845.jpg | Joe Pugliese | VAu 1-177-344 | 8/19/2014 |
| AU1765483.jpg | Danielle Levitt | VA 2-241-685 | 1/26/2021 |
| AU1765484.jpg | Danielle Levitt | VA 2-241-685 | 1/26/2021 |
| AU1766366.jpg | Ramona Rosales | VA 2-221-664 | 9/29/2020 |
| AU1788308.jpg | Joe Pugliese | Vau 1-244-524 | 2/22/2016 |
| AU1788429.jpg | Joe Pugliese | Vau 1-244-524 | 2/22/2016 |
| AU1812834.jpg | Miller Mobley | VA 2-243-613 | 3/3/2021 |
| AU1812835.jpg | Miller Mobley | VA 2-243-613 | 3/3/2021 |
| AU1812837.jpg | Miller Mobley | VA 2-243-613 | 3/3/2021 |
| AU1850334.jpg | Miller Mobley | VA 2-243-613 | 3/3/2021 |
| AU1852703.jpg | Miller Mobley | VA 2-229-550 | 11/2/2020 |
| AU1852868.jpg | Miller Mobley | VA 2-243-613 | 3/3/2021 |
| AU1852874.jpg | Miller Mobley | VA 2-229-550 | 11/2/2020 |
| AU1852881.jpg | Miller Mobley | VA 2-229-550 | 11/2/2020 |
| AU1864998.jpg | Ramona Rosales | VA 2-221-664 | 9/29/2020 |
| AU1865833.jpg | Miller Mobley | VA 2-243-555 | 3/3/2021 |
| AU1868356.jpg | Gavin Bond | VA 2-240-190 | 1/23/2021 |
| AU1868361.jpg | Gavin Bond | VA 2-240-190 | 1/23/2021 |
| AU1869645.jpg | Brian Bowen Smith | VA 2-241-666 | 1/27/2021 |

# EXHIBIT 1 – TABLE OF WORKS

| <u>Title</u> | <u>Author</u> | <u>Registration Number</u> | <u>Registration Date</u> |
|---|---|---|---|
| AU1897185.jpg | Joe Pugliese | Vau 1-307-309 | 7/26/2017 |
| AU1897961.jpg | Austin Hargrave | VA 2-200-021 | 3/11/2020 |
| AU1897962.jpg | Austin Hargrave | VA 2-200-021 | 3/11/2020 |
| AU1913181.jpg | Ramona Rosales | VA 2-221-660 | 10/5/2020 |
| AU1914466.jpg | Ramona Rosales | VA 2-221-660 | 10/5/2020 |
| AU1943063.jpg | Ramona Rosales | VA 2-221-660 | 10/5/2020 |
| AU1986459.jpg | Miller Mobley | VA 2-243-555 | 3/3/2021 |
| AU1992791.jpg | Sebastian Kim | VA 2-198-311 | 2/27/2020 |
| AU1992871.jpg | Sebastian Kim | VA 2-198-311 | 2/27/2020 |
| AU1993669.jpg | Camila Akrans | VA 2-219-286 | 9/22/2020 |
| AU1993680.jpg | Camila Akrans | VA 2-219-286 | 9/22/2020 |
| AU1993683.jpg | Camila Akrans | VA 2-219-286 | 9/22/2020 |
| AU1993945.jpg | Victor Demarchelier | VA 2-227-859 | 12/5/2020 |
| AU1996452.jpg | Camila Akrans | VA 2-240-307 | 1/27/2021 |
| AU2158467.jpg | Mark Seliger | VA 2-098-099 | 3/21/2018 |
| AU2159559.jpg | Mark Seliger | VA 2-114-782 | 7/13/2017 |
| AU2159562.jpg | Mark Seliger | VA 2-114-782 | 7/13/2017 |
| AU2234730.jpg | Daniel Sannwald | VA 2-234-970 | 1/29/2021 |
| AU242523.jpg | Guerin Blask | VA 2-212-178 | 7/6/2020 |
| AU257456.jpg | Ben Hassett | VA 2-200-248 | 3/19/2020 |

**110 August Works Infringed**

# EXHIBIT 1 – TABLE OF WORKS

| Title | Author | Registration Number | Registration Date |
|---|---|---|---|
| **CPI WORKS** | | | |
| 180305_ZoG_PAPER_C_AGUILERA_SHOT_01_0189_v3-scr.jpg | Zoey Grossman | VA 2-105-011 | 5/11/2018 |
| 180305_ZoG_PAPER_C_AGUILERA_SHOT_02_0342_v1-scr.jpg | Zoey Grossman | VA 2-105-011 | 5/11/2018 |
| 180305_ZoG_PAPER_C_AGUILERA_SHOT_04_0623_v3-scr.jpg | Zoey Grossman | VA 2-105-011 | 5/11/2018 |
| 180305_ZoG_PAPER_C_AGUILERA_SHOT_06_1085_v2-scr.jpg | Zoey Grossman | VA 2-105-011 | 5/11/2018 |
| 20171030_BILLBOARD_SELENA_GOMEZ_S01_049-scr.jpg | Ruven Afanador | VA 2-100-305 | 4/24/2018 |
| 20171030_BILLBOARD_SELENA_GOMEZ_S06_006_COLOR-scr.jpg | Ruven Afanador | VA 2-100-305 | 4/24/2018 |
| 20190411_BILLBOARD_JONAS_BROTHERS_PLATES_0087_85_80_R5_no_car-scr.jpg | Ruven Afanador | VA 2-159-392 | 7/12/2019 |
| SHOT_03_0011_v5_EXT.jpg | Zoey Grossman | VA 2-210-984 | 6/2/2020 |
| SHOT_05_0062_v5.jpg | Zoey Grossman | VA 2-210-984 | 6/2/2020 |
| SHOT_05_043_050_v6_EXT.jpg | Zoey Grossman | VA 2-200-791 | 3/26/2020 |
| SHOT_07_061_EXT_v3_OPT2.jpg | Zoey Grossman | VA 2-200-791 | 3/26/2020 |
| SHOT_08_006_v4.jpg | Zoey Grossman | VA 2-200-791 | 3/26/2020 |
| VMO12003_04_007.jpg | Vijat Mohindra | VA 1-956-633 | 4/21/2015 |
| **13 CPI Works Infringed** | | | |
| **123 Total Infringements by BHLLC** | | | |

# EXHIBIT 1 – TABLE OF WORKS