# Exhibit

# 2

# EXHIBIT

# 2a

# August Works





AU11000168.jpg

AU1100819.JPG



AU1103529.JPG



AU11056012.JPG





AU11065931.JPG

AU11065935.JPG





AU11065941.JPG

AU11065942.JPG





AU11065943.JPG

AU11082364.JPG





AU11083110.JPG

AU11083111.JPG





AU11083399.JPG

AU11085496.JPG





AU11139691.JPG

AU11153249.JPG



AU11153260.JPG



AU11153261.JPG



AU11153262.JPG



AU11162109.JPG





AU11211359.JPG

AU11211376.JPG





AU1121252.JPG

AU11311377.JPG





AU1121257.JPG

AU11229677.JPG



AU11229679.JPG



AU11230935.JPG





AU11230937.JPG

AU11230938.JPG





AU11230939.JPG

AU11235142.JPG





AU11307348.JPG

AU11243627.JPG



AU11307349.JPG



AU11307351.JPG





AU11315340.JPG

AU11307438.JPG





AU11315481.JPG

AU11326170.JPG



AU11326176.JPG



AU11330142.JPG





AU11330143.JPG

AU11363967.JPG





AU11437310.JPG

AU473109.JPG





AU11474839.JPG

AU11475072.JPG





AU1268156.JPG

AU1268160.JPG





AU1278175.JPG

AU1268181.JPG





AU1459238.JPG

AU1459240.JPG



AU1459241.JPG



AU1478336.JPG





AU1502643.JPG

AU1478339.JPG





AU1502936.JPG

AU1502939.JPG





AU1502940.JPG

AU1513168.JPG





AU1514302.JPG

AU1514304.JPG





AU1578783.JPG

AU1578786.JPG





AU1593907.JPG

AU1654589.JPG





AU1656574.JPG

AU1672560.JPG





AU1656845.JPG

AU1672734.JPG





AU1765483.JPG

AU1765484.JPG





AU1788308.JPG

AU1766366.JPG



AU1788429.JPG



AU1812834.JPG





AU1812835.JPG

AU1812837.JPG





AU1850334.JPG

AU1852703.JPG





AU1852868.JPG

AU1852874.JPG



AU1852881.JPG



AU1864998.JPG





AU1868356.JPG

AU1865833.JPG



AU1868361.JPG



AU1869645.JPG





AU1897185.JPG

AU1897961.JPG





AU1897962.JPG

AU1913181.JPG





AU1914466.JPG

AU1943063.JPG





AU19865459.JPG

AU1992791.JPG





AU1993669.JPG

AU1992871.JPG



AU1993680.JPG



AU1993683.JPG





AU1996452.JPG

AU1993945.JPG



AU2158467.JPG



AU2159559.JPG





AU2159562.JPG

AU2234730.JPG



AU242523.JPG



AU257456.JPG

# Exhibit

# 2b
# CPI Works



Shot_03_001_v5_EXT.jpg



Shot_05_0062_v5.jpg





Shot_08_006_v4.jpg

CMO12003_04_007.jpg





180305_ZoG_Paper_C_Aguilera_Shot_01_1089_v3-scr.jpg

180305_ZoG_Paper_C_Aguilera_Shot_02_0342_v1-scr.jpg





180305_Zog_Paper_C_Aguilera_Shot_04_0623_v3-scr.jpg

80305_Zog_Paper_C_Aguilera_Shot_06_1085_v2-scr.jpg



20171030_Billboard_Selena_Gomez_S01_049-scr.jpg



20171030_Billboard_Selena_Gomez_S06_006_Color-scr.jpg



Shot_05_043_050_v6_ext.jpg



2019411_Billboard_Jonas_Brothers_Plates_0087_85_80_R5_no_car_scr.jpg



Shot_07_061_EXT_v3_OPT2.jpg