# Exhibit

# 3

# Exhibit

# 3a
# August Certificates



United States Copyright Office

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = pugliese joseph
Search Results: Displaying 19 of 51 entries



◀ previous  next ▶

Labeled View

***Pugliese Tearsheets 2015.***

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002010920 / 2016-02-22 |
| **Application Title:** | Pugliese Tearsheets 2015. |
| **Title:** | Pugliese Tearsheets 2015. |
| **Description:** | electronic file. |
| **Copyright Claimant:** | Joseph Pugliese. Address: 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-01-15 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | Group Registration/Photos published 1/15/15 - 12/20/15 |
| **Authorship on Application:** | Joseph Pugliese; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Joseph Pugliese, 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038, (323) 466-2120, studio@joepug.com |
| **Copyright Note:** | C.O. correspondence. |
| **Contents:** | 9806_TS The Hollywood Reporter 1/15/15 9807_TS ESPN 2/2/15 9808_TS ESPN 2/2/15 9809_TS ESPN 1/15/15 9810_TS The Hollywood Reporter 3/9/15 9811_TS The Hollywood Reporter 2/13/15 9813_TS The Hollywood Reporter 2/4/15 9815_TS Wired Magazine 3/26/15 9816_TS Billboard Magazine 2/21/15 9817_TS Billboard Magazine 2/14/15 9818_TS Billboard Magazine 3/21/15 9823_TS Men's Journal 6/1/15 9825_TS The New Yorker 5/18/16 9826_TS Fortune 4/1/15 9827_TS ESPN 4/13/15 9828_TS The Hollywood Reporter 3/24/15 9829_TS ESPN 4/10/15 9831_TS Outside Magazine 9/1/15 9832_TS Men's Fitness 6/1/15 9833_TS US Weekly 5/14/15 9836_TS The Hollywood Reporter 6/4/15 9837_TS The Hollywood Reporter 6/12/15 9838_TS ESPN 5/22/15 9839_TS People Magazine 6/15/15 9840_TS People Magazine 7/20/15 9841_TS Wired Magazine 9//1/15 9842_TS Bicycle Magazine 9/1/15 9846_TS GQ 9/1/15 9847_TS The Hollywood Reporter 7/24/15 9852_TS The Hollywood Reporter 9/18/15 9853_TS Bloomberg Markets 11/1/15 9854_TS Fortune |



Magazine 9/15/15 9855_TS Fortune Magazine 9/15/15 9856_TS Billboard Magazine 10/3/15 9859_TS People Magazine 10/26/15 9861_TS People Magazine 10/12/15 9862_TS People Magazine 11/30/15 9863_TS Billboard Magazine 10/31/15 9864_TS Men's Journal 12/20/15 9867_TS The Atlantic 12/20/15 9871_TS GQ 12/20/15 9872_TS The Hollywood Reporter 12/4/15 9876_TS The Hollywood Reporter 12/8/15.

**Names:** Pugliese, Joseph

previous    next

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [＿＿＿＿＿]  [Email] |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

# VA 2-098-099

**Effective Date of Registration:**
March 21, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 01, 2017 to December 01, 2017

## Title

| | |
|---|---|
| **Title of Group:** | Mark Seliger Published Photographs 2017 |
| **Number of Photographs in Group:** | 240 |
| • **Individual Photographs:** | Emma Stone cover/RS, Emma Stone swing/RS. |
| **Published:** | January 2017 |
| • **Individual Photographs:** | Come From Away/VF, |
| **Published:** | February 2017 |
| • **Individual Photographs:** | Chris Pratt racecar/VF, Chris Pratt helicopter/VF, Chris Pratt cover/VF, Chris Pratt rocks looking up/VF, Chris Pratt rocks eye-contact/VF, Chris Pratt rocks beer/VF, Chris Pratt rocks arms up/VF, Chris Pratt hand on chin/VF, Chris Pratt tent/VF, Chris Pratt campfire/VF, Chris Pratt ATV/VF, |
| **Published:** | February 2017 |
| • **Individual Photographs:** | John Oliver cover/RS, John Oliver bomb/RS. |
| **Published:** | February 2017 |
| • **Individual Photographs:** | Maye Musk/VF, |
| **Published:** | March 2017 |
| • **Individual Photographs:** | Harlem Fashion ballet/ELLE, Harlem Fashion A_0051/ELLE, Harlem Fashion C_0049/ELLE, Harlem Fashion G_0032 /ELLE, Harlem Fashion H_0026/ELLE, Harlem Fashion H_NK_0162/ELLE, Harlem Fashion J_0036/ELLE, Harlem Fashion K_0114/ELLE, Harlem Fashion L_NK_0073/ELLE, Harlem Fashion N_NK_0036/ELLE, Harlem Fashion N_NK_0210/ELLE, Harlem Fashion O_0056/ELLE, Harlem Fashion P_0147/ELLE, Harlem Fashion Q_0114/ELLE, |
| **Published:** | March 2017 |
| • **Individual Photographs:** | Dern-Kidman-Witherspoon/VF, |
| **Published:** | March 2017 |
| • **Individual Photographs:** | Cat-walking Dead A_0052/HB, Cat-walking Dead B_0051/HB, Cat-walking Dead D_0420/HB, Cat-walking Dead E_0020/HB, Cat-walking Dead F_0045/HB, |
| **Published:** | March 2017 |

- **Individual Photographs:** Chuck Berry/RS,
  **Published:** April 2017

- **Individual Photographs:** Jessica Seinfeld book cover,
  **Published:** April 2017

- **Individual Photographs:** AVON Glow Look 1, AVON Glow Look 2-212, AVON Glow Look 2-271, AVON Glow Look 3, AVON Waterproof Look 1-116, AVON Waterproof Look 1-352,
  **Published:** April 2017

- **Individual Photographs:** Barry Manilow album,
  **Published:** April 2017

- **Individual Photographs:** Sheryl Crow chair color album, Sheryl Crow hair in sun album, Sheryl Crow album cover,
  **Published:** April 2017

- **Individual Photographs:** Oscars/James Corden, Oscars/Anjelica Huston, Oscars/Tom Ford, Oscars/Jon Hamm, Oscars/Elizabeth Banks, Oscars/Reese Witherspoon, Oscars/Aniston-Theroux, Oscars/Sarah Paulson, Oscars/Russell-Ciara, Oscars/Lily Collins, Oscars/Scarlett Johansson, Oscars/Lin-Manuel Miranda, Oscars/Justin-Jessica, Oscars/Janelle Monae, Oscars/VS Models, Oscars/Alicia Vikander, Oscars/Mahershala Ali, Oscars/Jimmy Kimmel, Oscars/Naomi Harris, Oscars/Viola Davis, Oscars/Emma Stone, Oscars/Casey Affleck, Oscars/Brie Larson, Oscars/Michael Shannon, Oscars/Ruth Negga,
  **Published:** April 2017

- **Individual Photographs:** Alec Baldwin dinosaur/VF, Alec Baldwin chef/VF, Alec Baldwin cover/VF, Alec Baldwin i-beam/VF, Alec Baldwin cats/VF, Alec Baldwin bears/VF,
  **Published:** April 2017

- **Individual Photographs:** Blade Runner A_0059/HB, Blade Runner B_0123/HB, Blade Runner C_0046/HB, Blade Runner D_0054/HB, Blade Runner E_0076/HB, Blade Runner F_0028/HB, Blade Runner G_0048/HB,
  **Published:** April 2017

- **Individual Photographs:** Pedro Almodovar cover/L'Uomo Vogue, Pedro Almodovar BW/L'Uomo Vogue, Pedro Almodovar frame/L'Uomo Vogue, Pedro Almodovar hand on eye/L'Uomo Vogue, Pedro Almodovar hand to chest/L'Uomo Vogue, Pedro Almodovar classroom/L'Uomo Vogue, Pedro Almodovar owl/L'Uomo Vogue,
  **Published:** April 2017

- **Individual Photographs:** Chris Rock cover/RS, Chris Rock gun/RS,
  **Published:** May 2017

- **Individual Photographs:** Maxwell A_39/Spirit+Flesh, Maxwell A_68_BW/Spirit+Flesh, Maxwell A_68/Spirit+Flesh, Maxwell A_77/Spirit+Flesh, Maxwell A_138/Spirit+Flesh, Maxwell cover/Spirit+Flesh, Maxwell A_144/Spirit+Flesh, Maxwell A_168/Spirit+Flesh, Maxwell A_180/Spirit+Flesh,
  **Published:** May 2017

- **Individual Photographs:** Janet Mock book cover,
  **Published:** June 2017

- **Individual Photographs:** Lorde cover/ELLE, Lorde jean shorts/ELLE, Lorde blazer/ELLE, Lorde BW/ELLE,
  **Published:** June 2017

- **Individual Photographs:** Mike Hot-Pence stairs/GQ, Mike Hot-Pence massage/GQ, Mike Hot-Pence limo/GQ, Mike Hot-Pence rifle/GQ, Mike Hot-Pence wig/GQ, Mike Hot-Pence cult/GQ,
  **Published:** June 2017

- **Individual Photographs:** Missy Elliott cover/ELLE, Missy Elliott gum/ELLE, Missy Elliott jeans/ELLE, Missy Elliott blue lips/ELLE,
  **Published:** June 2017

- **Individual Photographs:** Ashton Kutcher/W,
  **Published:** June 2017

- **Individual Photographs:** Burch-Bosworth-Jablonski-Shepard-Davis-Green/W,
  **Published:** June 2017

- **Individual Photographs:** Gabriela + Austin Hearst/W,
  **Published:** June 2017

- **Individual Photographs:** Rachel Maddow cover/RS, Rachel Maddow office/RS,
  **Published:** June 2017

- **Individual Photographs:** Emilia Clarke cover/RS, Emilia Clarke inside/RS,
  **Published:** July 2017

- **Individual Photographs:** Michelle Waterson swords/ESPN, Michelle Waterson cover/ESPN, Michelle Waterson fists up/ESPN,
  **Published:** July 2017

- **Individual Photographs:** Avant Garden Fashion A_110/Vogue Arabia, Avant Garden Fashion B_149/Vogue Arabia, Avant Garden Fashion C_69/Vogue Arabia, Avant Garden Fashion D_85/Vogue Arabia, Avant Garden Fashion E_118/Vogue Arabia, Avant Garden Fashion F_35/Vogue Arabia, Avant Garden Fashion G_68/Vogue Arabia, Avant Garden Fashion I_4/Vogue Arabia,
  **Published:** July 2017

- **Individual Photographs:** Kendrick Lamar cover/RS, Kendrick Lamar inside/RS,
  **Published:** August 2017

- **Individual Photographs:** Streetwear Fashion A_137/Elle, Streetwear Fashion A_NK_161/Elle, Streetwear Fashion B_29/Elle, Streetwear Fashion B_NK_163/Elle, Streetwear Fashion C_15/Elle, Streetwear Fashion D_150/Elle, Streetwear Fashion D_NK_252/Elle, Streetwear Fashion E_68/Elle, Streetwear Fashion E_NK_9/Elle, Streetwear Fashion F_NK_92/Elle, Streetwear Fashion F_NK_450/Elle, Streetwear Fashion G_128/Elle,
  **Published:** September 2017

- **Individual Photographs:** Colleen Decourcy dogs/Shots, Colleen Decourcy daughter/Shots, Colleen Decourcy roof/Shots, Colleen Decourcy bike/Shots, Colleen Decourcy dock/Shots, Colleen Decourcy seashore/Shots,
  **Published:** September 2017

- **Individual Photographs:** Brigitte Macron office/Elle France, Brigitte Macron red dress/Elle France,

|   |   |
|---|---|
| | Brigitte Macron cover/Elle France, Brigitte Macron stairs/Elle France, Brigitte Macron with husband/Elle France, Brigitte Macron outside/Elle France, |
| **Published:** | September 2017 |

| • | **Individual Photographs:** | Paris Jackson/Elle, |
|---|---|---|
| | **Published:** | September 2017 |

| • | **Individual Photographs:** | Foo Fighters inside/RS, Foo Fighters cover/RS, |
|---|---|---|
| | **Published:** | September 2017 |

| • | **Individual Photographs:** | Levi's Fashion A_0124/RS, Levi's Fashion B_0192/RS, Levi's Fashion D_0074/RS, Levi's Fashion Day 2_A_0167/RS, Levi's Fashion Day 2_C_0053/RS, Levi's Fashion Day 2_F_0047/RS, |
|---|---|---|
| | **Published:** | October 2017 |

| • | **Individual Photographs:** | Anna Faris Book cover, |
|---|---|---|
| | **Published:** | October 2017 |

| • | **Individual Photographs:** | Carl Lentz book cover, |
|---|---|---|
| | **Published:** | October 2017 |

| • | **Individual Photographs:** | Priyanka pink dress/Vogue India, Priyanka close-up/Vogue India, Vodianova-Chopra-Lakshmi cover/Vogue India, Padma Lakshmi/Vogue India, Vodianova blue sari/Vogue India, Vodianova red sari/Vogue India, Vodianova t-shirt/Vogue India, |
|---|---|---|
| | **Published:** | October 2017 |

| • | **Individual Photographs:** | Charlotte Gainsbourg A_55/Elle, Charlotte Gainsbourg B_61/Elle, Charlotte Gainsbourg C_129/Elle, Charlotte Gainsbourg D_28/Elle, Charlotte Gainsbourg E_24/Elle, Charlotte Gainsbourg F_25/Elle, Charlotte Gainsbourg F_26/Elle, Charlotte Gainsbourg F_27/Elle, Charlotte Gainsbourg F_31/Elle, Charlotte Gainsbourg F_32/Elle, Charlotte Gainsbourg F_57/Elle, Charlotte Gainsbourg F_58/Elle, Charlotte Gainsbourg F_64/Elle, Charlotte Gainsbourg F_67/Elle, |
|---|---|---|
| | **Published:** | October 2017 |

| • | **Individual Photographs:** | Joy Mangano book cover, Joy Mangano book spine, |
|---|---|---|
| | **Published:** | November 2017 |

| • | **Individual Photographs:** | Elon Musk cover/RS, Elon Musk inside/RS, |
|---|---|---|
| | **Published:** | November 2017 |

| • | **Individual Photographs:** | Alec Baldwin Trump toilet, Alec Baldwin Trump hairspray, Alec Baldwin Trump golfcart, Alec Baldwin Trump hiding column, Alec Baldwin Trump series 1, Alec Baldwin Trump series 2, Alec Baldwin Trump series 3, Alec Baldwin Trump series 4, Alec Baldwin Trump golfing, Alec Baldwin Trump russian, Alec Baldwin Trump russian putting, Alec Baldwin Trump in bed, Alec Baldwin Trump tower 1, Alec Baldwin Trump tower 2, Alec Baldwin Trump tower 3, Alec Baldwin Trump spraytan, Alec Baldwin Trump toys, Alec Baldwin Trump office 1, Alec Baldwin Trump office 2, Alec Baldwin Trump gun series 1, Alec Baldwin Trump gun series 2, Alec Baldwin Trump gun series 3, Alec Baldwin Trump gun series 4, Alec Baldwin Trump gun series 5, Alec Baldwin Trump gun series 6, Alec Baldwin Trump gun series 7, Alec Baldwin Trump gun series 8, Alec Baldwin Trump seamless, Alec Baldwin Trump cover, Alec Baldwin Trump hamburger, |
|---|---|---|
| | **Published:** | November 2017 |



- **Individual Photographs:** Jeff Koons frames/HB, Jeff Koons handbag/HB,
  **Published:** November 2017

- **Individual Photographs:** Stephen Colbert cover/GQ, Stephen Colbert deodorant/GQ, Stephen Colbert mouth/GQ, Stephen Colbert tagging wall/GQ, Stephen Colbert gas mask/GQ,
  **Published:** December 2017

- **Individual Photographs:** Ty Dolla Sign/Paper, Ty Dolla Sign/Paper, Ty Dolla Sign/Paper,
  **Published:** December 2017

## Completion/Publication

**Year of Completion:** 2017
**Earliest Publication Date in Group:** January 01, 2017
**Latest Publication Date in Group:** December 01, 2017
**Nation of First Publication:** United States

## Author

- **Author:** Mark Alan Seliger
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1959

## Copyright Claimant

**Copyright Claimant:** Mark Alan Seliger
162 CHARLES ST, NEW YORK, NY, 100142540, United States

## Rights and Permissions

**Organization Name:** Seliger Studio, Inc
**Name:** Rachel Crowe
**Email:** rachel@seligerstudio.com
**Telephone:** (212)335-2196
**Address:** 162 Charles Street
New York, NY 10014 United States

## Certification

**Name:** Rachel Crowe
**Date:** March 21, 2018
**Applicant's Tracking Number:** 2018-003_copyright

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Yunla*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-110-392**

**Effective Date of Registration:**
July 13, 2018

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   May 03, 2017 to May 03, 2017

### Title

| | |
|---|---|
| **Title of Group:** | Miley Cyrus |
| **Number of Photographs in Group:** | 11 |
| **• Individual Photographs:** | AU11065932, AU11065931, AU11065935, AU11065933, AU11065938, AU11065936, AU11065939, AU11065940, AU11065941, AU11065942, AU11065943 |
| **Published:** | May 2017 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Earliest Publication Date in Group:** | May 03, 2017 |
| **Latest Publication Date in Group:** | May 03, 2017 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| **• Author:** | Brian Bowen Smith |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Brian Bowen Smith |
| | 5910 Fairview Pl, Agoura Hills, CA 91301, United States |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AUGUST IMAGE, LLC |

|                |                                |
|----------------|--------------------------------|
| **Name:**      | Jessica Ruzicka                |
| **Email:**     | info@augustimage.com           |
| **Telephone:** | (212)777-0088                  |
| **Address:**   | 793 Broadway, 2nd Floor        |
|                | New York, NY, 10003  United States |

## Certification

|                              |                 |
|------------------------------|-----------------|
| **Name:**                    | Joe G. Naylor   |
| **Date:**                    | July 13, 2018   |
| **Applicant's Tracking Number:** | USCO-05006  |

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.





Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = seliger mark
Search Results: Displaying 11 of 144 entries



Labeled View

*Mark Seliger's Published Photos 2015.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002114782 / 2017-07-13
**Application Title:** Mark Seliger's Published Photos 2015.
**Title:** Mark Seliger's Published Photos 2015.
**Description:** Compact disk (CD)
**Copyright Claimant:** Mark Seliger, 1959- .
**Date of Creation:** 2015
**Date of Publication:** 2015-01-01
**Alternative Title on Application:** Group Registration/Published Photos: 237 photographs
**Authorship on Application:** Mark Seliger, 1959- , employer for hire; Citizenship: United States. Authorship: Photograph.
**Copyright Note:** Regarding group registration: Range of publication dates are 01/01/2015 through 12/31/2015.
**Names:** Seliger, Mark, 1959-



| **Save, Print and Email (Help Page)** |
| Select Download Format  Full Record ▾    Format for Print/Save |
| Enter your email address: _____  Email |



Help   Search   History   Titles   Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |
Copyright Office Home Page   |   Library of Congress Home Page

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teyle*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-120-245**

**Effective Date of Registration:**
August 24, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: January 01, 2013 to December 01, 2013

## Title

| | |
|---|---|
| **Title of Group:** | WH 2013 Published Works |
| **Number of Photographs in Group:** | 288 |

- **Individual Photographs:** 12-464-Departures-WolfgangPuck-A0001(retouch).jpg, 12-464-Departures-WolfgangPuck-A0007(retouch).jpg, 12-464-Departures-WolfgangPuck-D0316(retouch).jpg, 12-464-Departures-WolfgangPuck-E0606.jpg, 12-464-Departures-WolfgangPuck-F0924CN.jpg.
  **Published:** January 2013

- **Individual Photographs:** 12-463-Womens_Health-Alaska_A0017(retouch).jpg, 12-463-Womens_Health-Alaska_B0152(retouch).jpg, 12-463-Womens_Health-Alaska_C0254(retouch).jpg, 12-463-Womens_Health-Alaska_D0336(retouch).jpg, 12-463-Womens_Health-Alaska_F0461(retouch).jpg, 12-463-Womens_Health-Alaska_F0599(retouch).jpg, 12-463-Womens_Health-Alaska_H1006(retouch).jpg, 12-463-Womens_Health-Alaska_I1235(retouch).jpg.
  **Published:** January 2013

- **Individual Photographs:** 12-466-Vanity_Fair-Alice_Englert-A_0228(retouch).jpg, 12-466-Vanity_Fair-Alice_Englert-A_0232(retouch).jpg, 12-466-Vanity_Fair-Alice_Englert-B_0160(retouch).jpg, 12-466-Vanity_Fair-Alice_Englert-C_0063.jpg, 12-466-Vanity_Fair-Alice_Englert-D_0050(retouch).jpg.
  **Published:** February 2013

- **Individual Photographs:** 12-469-Cosmo_Acc-A_0322(retouch).jpg, 12-469-Cosmo_Acc-B_0971(retouch).jpg, 12-469-Cosmo_Acc-F_1582(retouch).jpg, 12-469-Cosmo_Acc-F_1943(retouch).jpg.
  *Cosmo Accessories Hair Salon*
  **Published:** March 2013

- **Individual Photographs:** 12-471-Fashion-Hailee_Steinfeld_A_0189(retouch).jpg, 12-471-Fashion-Hailee_Steinfeld_B_0396(retouch).jpg, 12-471-Fashion-Hailee_Steinfeld_C_0597(retouch).jpg, 12-471-Fashion-Hailee_Steinfeld_D_0889(retouch).jpg, 12-471-Fashion-Hailee_Steinfeld_E_1035(retouch).jpg.
  **Published:** March 2013

- **Individual Photographs:** 12-468-Lucky-Shoe_Guide-A_0097(retouch).jpg, 12-468-Lucky-Shoe_Guide-

B_0043(retouch).jpg, 12-468-Lucky-Shoe-Guide-C_0067(retouch).jpg, 12-468-Lucky-Shoe_Guide-D_0157(retouch).jpg, 12-468-Lucky-Shoe_Guide-E_0366(retouch).jpg, 12-468-Lucky-Shoe_Guide-F_0087(retouch).jpg, 12-468-Lucky-Shoe_Guide-G_0135(retouch)V2.jpg, 12-468-Lucky-Shoe_Guide-H_0001(retouch)comp.jpg, 12-468-Lucky-Shoe_Guide-J_0110(retouch)comp.jpg,

**Published:** March 2013

- **Individual Photographs:** 13-477-Soma-MenswearFashion--A0080.jpg, 13-477-Soma-MenswearFashion--B0186.jpg, 13-477-Soma-MenswearFashion--D0564.jpg, 13-477-Soma-MenswearFashion--E0664-1.jpg, 13-477-Soma-MenswearFashion--F0664.jpg, 13-477-Soma-MenswearFashion--G0982.jpg,

  **Published:** March 2013

- **Individual Photographs:** 13-478-Dossier-thePresent-_A0034(retouch).jpg, 13-478-Dossier-thePresent-B0201(retouch).jpg, 13-478-Dossier-thePresent-_C0540(retouch).jpg, 13-478-Dossier-thePresent-_C0625(retouch).jpg, 13-478-Dossier-thePresent-F0897BW(retouch).jpg, 13-478-Dossier-thePresent-_G1128COMPBW(retouch).jpg, 13-478-Dossier-thePresent-_J11277(retouch).jpg,

  **Published:** March 2013

- **Individual Photographs:** 13-475-VF-Andrea_Riseborough_A_0183.jpg, 13-475-VF-Andrea_Riseborough_B_0274.jpg, 13-475-VF-Andrea_Riseborough_C_0393.jpg, 13-475-VF-Andrea_Riseborough_D_0516.jpg,

  **Published:** April 2013

- **Individual Photographs:** 13-476-Flaunt-Amy_Seimetz_A0007CN(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_A0157(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_A0260(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_B0403CN(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_B0415CN(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_B0424CNBW(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_B0539(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_C0864(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_D0880CN(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_D0917CN(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_E1056CN.jpg, 13-476-Flaunt-Amy_Seimetz_E1100CN(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_F1215(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_E1267(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_E1295(retouch).jpg, 13-476-Flaunt-Amy_Seimetz_F1389CN(retouch).jpg.

  **Published:** May 2013

- **Individual Photographs:** 13-484-NetAPorter_JDeLaBaum_A0055(retouch).jpg, 13-484-NetAPorter_JDeLaBaum_C0476(retouch).jpg, 13-484-NetAPorter_JDeLaBaum_D0597CNV2(retouch).jpg.

  *Net A Porter Josaphine DelaBaum*

  **Published:** May 2013

- **Individual Photographs:** 13-501-TrishSummerville-A0142(retouch).jpg, 13-501-TrishSummerville-B0523(retouch).jpg, 13-501-TrishSummerville-C0766(retouch).jpg,

  **Published:** May 2013

- **Individual Photographs:** 13-485-Phenomenon-Paige-Bed-A_0174_V_v4_RGB.jpg, 13-485-Phenomenon-Paige-Bed-A_0174_v4_RGB.jpg, 13-485-Phenomenon-Paige-Pool-A_0061_V_v2_RGB.jpg, 13-485-Phenomenon-Paige-Pool-

A_0061_v2_RGB.jpg, 13-485-Phenomenon-Paige-Rug-A_0019_v4_RGB.jpg, 13-485-Phenomenon-Paige-Running-A_0154_v2_RGB.jpg, 13-485-Phenomenon-Paige-Running-Cropped-A_0154_v2_RGB.jpg.

Published:   May 2013

- **Individual Photographs:**   13-474-Fashion-Lana_del_Re copy.jpg, 13-474-Fashion-Lana_del_Rey_A_00036(retouch).jpg, 13-474-Fashion-Lana_del_Rey_A_00068(retouch).jpg, 13-474-Fashion-Lana_del_Rey_A_00100(retouch).jpg, 13-474-Fashion-Lana_del_Rey_A_00145EXT(retouch).jpg, 13-474-Fashion-Lana_del_Rey_B_00252(retouch).jpg, 13-474-Fashion-Lana_del_Rey_B_00319(retouch).jpg, 13-474-Fashion-Lana_del_Rey_B_00544CN(retouch).jpg, 13-474-Fashion-Lana_del_Rey_C_00661(retouch).jpg, 13-474-Fashion-Lana_del_Rey_C_00767(retouch).jpg, 13-474-Fashion-Lana_del_Rey_C_00775(retouch).jpg, 13-474-Fashion-Lana_del_Rey_D_00857(retouch).jpg, 13-474-Fashion-Lana_del_Rey_D_00912(retouch).jpg, 13-474-Fashion-Lana_del_Rey_E_01009.jpg, 13-474-Fashion-Lana_del_Rey_F_01053(retouch).jpg, 13-474-Fashion-Lana_del_Rey_G_01140(retouch).jpg, 13-474-Fashion-Lana_del_Rey_G_01168(retouch).jpg.

Published:   June 2013

- **Individual Photographs:**   13-479-Vanity_Fair-Katie_Aselton-A_0143.jpg, 13-479-Vanity_Fair-Katie_Aselton-C_0047.jpg, 13-479-Vanity_Fair-Katie_Aselton-C_0105(retouch).jpg, 13-479-Vanity_Fair-Katie_Aselton-F_0017(retouch).jpg, 13-479-Vanity_Fair-Katie_Aselton-G_0121(retouch).jpg.

Published:   June 2013

- **Individual Photographs:**   13-490-CMag-CoatStory-A-0143(retouch).jpg, 13-490-CMag-CoatStory-A-0187(retouch).jpg, 13-490-CMag-CoatStory-B-0359.jpg, 13-490-CMag-CoatStory-B-0391(retouch).jpg, 13-490-CMag-CoatStory-B-0462CNCRP(retouch).jpg, 13-490-CMag-CoatStory-C-0712(retouch).jpg, 13-490-CMag-CoatStory-D-1042(retouch).jpg, 13-490-CMag-CoatStory-D-1169CN(retouch).jpg, 13-490-CMag-CoatStory-E-1340(retouch).jpg, 13-490-CMag-CoatStory-E-1507(retouch).jpg, 13-490-CMag-CoatStory-E-1551(retouch).jpg, 13-490-CMag-CoatStory-E-1603(retouch).jpg, 13-490-CMag-CoatStory-F-1666CN(retouchv2).jpg, 13-490-CMag-CoatStory-G-1804(retouch).jpg, 13-490-CMag-CoatStory-G-1989CN(retouch).jpg, 13-490-CMag-CoatStory-H-1823.jpg, 13-490-CMag-CoatStory-H-1909(retouch).jpg, 13-490-CMag-CoatStory-H-2157CN(retouch).jpg, 13-490-CMag-CoatStory-K-2179(retouch).jpg.

*C Magazine Coat Story on the Beach*

Published:   September 2013

- **Individual Photographs:**   13-492-Gotham-SethMyers-A_0149.jpg, 13-492-Gotham-SethMyers-A_0149BW.jpg, 13-492-Gotham-SethMyers-A_0216.jpg, 13-492-Gotham-SethMyers-A_0216BW.jpg, 13-492-Gotham-SethMyers-B_0352.jpg, 13-492-Gotham-SethMyers-B_0455.jpg, 13-492-Gotham-SethMyers-C_0586.jpg, 13-492-Gotham-SethMyers-C_0586BW.jpg, 13-492-Gotham-SethMyers-C_0615.jpg, 13-492-Gotham-SethMyers-D_0829_Final.jpg, 13-492-Gotham-SethMyers-D_0829_Final2.jpg, 13-492-Gotham-SethMyers-E_1078CNBW.jpg, 13-492-Gotham-SethMyers-F_1346CN.jpg, 13-492-Gotham-SethMyers-F_1346CNBW.jpg, 13-492-Gotham-SethMyers-F_1454.jpg, 13-492-Gotham-SethMyers-F_1588CN.jpg, 13-492-Gotham-SethMyers-F_1588CNBW.jpg.

*Gotham Seth Meyers*

Published:   October 2013

- **Individual Photographs:** 13-489-VanityFair-AliciaVikander-A_0001.jpg, 13-489-VanityFair-AliciaVikander-A_0002.jpg, 13-489-VanityFair-AliciaVikander-A_0017.jpg, 13-489-VanityFair-AliciaVikander-A_0031.jpg, 13-489-VanityFair-AliciaVikander-A_0033(retouch).jpg, 13-489-VanityFair-AliciaVikander-A_0036.jpg, 13-489-VanityFair-AliciaVikander-A_0041.jpg, 13-489-VanityFair-AliciaVikander-A_0055.jpg, 13-489-VanityFair-AliciaVikander-A_0099.jpg, 13-489-VanityFair-AliciaVikander-A_0136.jpg, 13-489-VanityFair-AliciaVikander-A_0140.jpg, 13-489-VanityFair-AliciaVikander-A_0151.jpg, 13-489-VanityFair-AliciaVikander-A_0151+136_Final.jpg, 13-489-VanityFair-AliciaVikander-A_0171.jpg, 13-489-VanityFair-AliciaVikander-B_0010.jpg, 13-489-VanityFair-AliciaVikander-C_0001.jpg, 13-489-VanityFair-AliciaVikander-C_0027.jpg, 13-489-VanityFair-AliciaVikander-C_0043.jpg, 13-489-VanityFair-AliciaVikander-C_0055.jpg, 13-489-VanityFair-AliciaVikander-C_0073.jpg, 13-489-VanityFair-AliciaVikander-C_0076.jpg, 13-489-VanityFair-AliciaVikander-C_0086.jpg, 13-489-VanityFair-AliciaVikander-C_0099.jpg, 13-489-VanityFair-AliciaVikander-C_0110.jpg, 13-489-VanityFair-AliciaVikander-C_0117.jpg, 13-489-VanityFair-AliciaVikander-C_0121.jpg, 13-489-VanityFair-AliciaVikander-C_0126.jpg, 13-489-VanityFair-AliciaVikander-C_0128_Final.jpg, 13-489-VanityFair-AliciaVikander-C_0128.jpg, 13-489-VanityFair-AliciaVikander-D_0009.jpg, 13-489-VanityFair-AliciaVikander-D_0040.jpg, 13-489-VanityFair-AliciaVikander-D_0047(retouch).jpg, 13-489-VanityFair-AliciaVikander-D_0064.jpg, 13-489-VanityFair-AliciaVikander-D_0089.jpg, 13-489-VanityFair-AliciaVikander-D_0102.jpg, 13-489-VanityFair-AliciaVikander-D_0123.jpg, 13-489-VanityFair-AliciaVikander-D_0184.jpg, 13-489-VanityFair-AliciaVikander-D_0187.jpg, 13-489-VanityFair-AliciaVikander-D_0229.jpg, 13-489-VanityFair-AliciaVikander-E_0093.jpg, 13-489-VanityFair-AliciaVikander-E_0107.jpg, 13-489-VanityFair-AliciaVikander-E_0109.jpg, 13-489-VanityFair-AliciaVikander-E_0122_Final.jpg, 13-489-VanityFair-Al

  *Vanity Fair Alicia Vikander*

  **Published:** October 2013

- **Individual Photographs:** 13-495-Variety-CatchingFire-B-0080(retouch).jpg, 13-495-Variety-CatchingFire-D-0111_Final.jpg, 13-495-Variety-CatchingFire-D-0112(retouch).jpg, 13-495-Variety-CatchingFire-D-0117_Final.jpg, 13-495-Variety-CatchingFire-D-0118_Final.jpg, 13-495-Variety-CatchingFire-D-0121(retouch).jpg, 13-495-Variety-CatchingFire-D-0121CRP(retouch).jpg, 13-495-Variety-CatchingFire-D-0131_Final.jpg, 13-495-Variety-CatchingFire-F-0189COMP(retouch).jpg, OUT52757519_Final.jpg,

  *Jennifer Lawrence*

  **Published:** October 2013

- **Individual Photographs:** 13-502-Variety-TimPalin-A0083.jpg, 13-502-Variety-TimPalin-A0103(retouch).jpg,

  **Published:** October 2013

- **Individual Photographs:** 13-494-CNT-02-BlueDoor0076CN(retouch).jpg, 13-494-CNT-02-BlueDoor0090CN(retouch).jpg, 13-494-CNT-05-ArsenaliPool0968CN(retouch).jpg, 13-494-CNT-05-ArsenaliPool1200CN(retouch).jpg, 13-494-CNT-05-ArsenaliPool1295CN(retouch).jpg, 13-494-CNT-06-Beach1530(retouch).jpg, 13-494-CNT-06-Beach1701(retouch).jpg, 13-494-CNT-06-Beach2117CN(retouch).jpg, 13-494-CNT-07-Rm24InfinityPool2473.jpg, 13-494-CNT-08-Caique2681(retouch).jpg, 13-494-CNT-08-Caique2785CN(retouch).jpg, 13-494-CNT-09-Caique2-2884CN(retouch).jpg, 13-494-CNT-09-Caique2-3059CN(retouch).jpg.

  *CondeNast Traveller Crete*

  **Published:** November 2013



- **Individual Photographs:** A_0066(retouch).jpg, A_0203ext(retouch).jpg, A_0205(retouch).jpg, A_0240(retouch).jpg, B_0340(retouch).jpg, B_0340BW(retouch).jpg, B_0385(retouch).jpg, B_0385BW(retouch).jpg, B_0415(retouch).jpg, C_0519(retouch).jpg, C_0798(retouch).jpg.

*Hollywood Reporter Joel McHale*

  **Published:** November 2013

- **Individual Photographs:** 13-504-A_Dakota_0008(retouch).jpg, 13-504-A_Dakota_0012(retouch).jpg, 13-504-B_Dakota_0276(retouch).jpg, 13-504-B_Dakota_0413(retouch).jpg, 13-504-C_Dakota_0737BW(retouch).jpg, 13-504-C_Dakota_0741BW(retouch).jpg, 13-504-D_Dakota_1306(retouch).jpg, 13-504-D_Dakota_1416BW(retouch).jpg, 13-504-D_Dakota_1629BW(retouch).jpg, 13-504-E_Steve_1994BW(retouch).jpg, 13-504-E_Steve_2003BW(retouch).jpg, 13-504-H_Steve_3235BW(retouch).jpg, 13-504-H_Steve_3242(retouch).jpg, 13-504-L_Steve_4004BW(retouch).jpg, 13-504-L_Steve_4007BW(retouch).jpg.

*Personal Work Men's wear*

  **Published:** December 2013

- **Individual Photographs:** 13-506-Miles-G0972BW(retouch).jpg, 13-506-Miles-J1399(retouch).jpg, 13-506-Torian_A0157BW(retouch).jpg, 13-506-Torian_B0430(retouch).jpg, 13-506-Torian_-D0618BW(retouch).jpg.

*Personal Work Men's wear*

  **Published:** December 2013

- **Individual Photographs:** A_RitzCarlton_0292(retouch).jpg, B_RitzCarlton_0516(retouch).jpg, C_RitzCarlton_0796BW.jpg, D_RitzCarlton_0778(retouch).jpg, D_RitzCarlton_0820.jpg, D_RitzCarlton_0890.jpg, E_RitzCarlton_1184(retouch).jpg, G_RitzCarlton_1578(retouch).jpg, H_RitzCarlton_1667.jpg, H_RitzCarlton_1672(retouch).jpg, I_RitzCarlton_1990.jpg, I_RitzCarlton_2023(retouch).jpg, J_RitzCarlton_2147.jpg, J_RitzCarlton_2289(retouch).jpg, K_RitzCarlton_2451.jpg, L_RitzCarlton_2488(retouch).jpg, M49A5994.jpg,

*Ritz Carlton Fashion Mulhollan Dr w/ Vintage Porsche*

  **Published:** December 2013

- **Individual Photographs:** 13-505-RyCuming-E0588.jpg, 13-505-RyCuming--B0122(retouch).jpg, 13-505-RyCuming--B0150(retouch).jpg, 13-505-RyCuming--C0196BW.jpg, 13-505-RyCuming--C0277(retouch).jpg, 13-505-RyCuming--D0443BW(retouch).jpg, 13-505-RyCuming--E0618(retouch).jpg.

*Personal Work Men's wear*

  **Published:** December 2013

## Completion/Publication

  **Year of Completion:** 2013
  **Earliest Publication Date in Group:** January 01, 2013
  **Latest Publication Date in Group:** December 01, 2013
  **Nation of First Publication:** United States

## Author

- **Author:** Mark Jonathan Williams
  **Author Created:** photographs
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mark Jonathan Williams |
| | 10879 Hillhaven Ave, Tujunga, CA, 91042, United States |
| **Copyright Claimant:** | Sara Hirakawa |
| | 10879 Hillhaven Ave, Tujunga, CA, 91042, United States |
| **Copyright Claimant:** | Williams Hirakawa LLC |
| | 10879 Hillhaven Ave, Tujunga, CA, 91042, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Sara Hirakawa |
| **Email:** | sarahirakawa@gmail.com |
| **Telephone:** | (917)450-2661 |
| **Address:** | 10879 Hillhaven Ave |
| | Los Angeles, CA 91042 United States |

## Certification

| | |
|---|---|
| **Name:** | Mark Williams |
| **Date:** | August 24, 2018 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tunle*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-127-252

**Effective Date of Registration:**
November 16, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   October 31, 2018 to October 31, 2018

## Title

|  |  |
|---|---|
| **Title of Group:** | Lady Gaga |
| **Number of Photographs in Group:** | 106 |

- **Individual Photographs:**   AU11307370, AU11307371, AU11307372, AU11307373, AU11307374, AU11307375, AU11307376, AU11307378, AU11307379, AU11307380, AU11307338, AU11307339, AU11307348, AU11307349, AU11307350, AU11307351, AU11307352, AU11307353, AU11307354, AU11307355, AU11307381, AU11307356, AU11307357, AU11307359, AU11307360, AU11307361, AU11307362, AU11307363, AU11307364, AU11307365, AU11307367, AU11307368, AU11307369, AU11307382, AU11307383, AU11307384, AU11307385, AU11307386, AU11307387, AU11307389, AU11307390, AU11307391, AU11307392, AU11307393, AU11307395, AU11307396, AU11307397, AU11307398, AU11307399, AU11307400, AU11307401, AU11307402, AU11307403, AU11307404, AU11307405, AU11307406, AU11307407, AU11307408, AU11307409, AU11307410, AU11307411, AU11307413, AU11307414, AU11307415, AU11307417, AU11307418, AU11307419, AU11307420, AU11307421, AU11307422, AU11307423, AU11307424, AU11307425, AU11307426, AU11307427, AU11307428, AU11307429, AU11307430, AU11307431, AU11307432, AU11307433, AU11307434, AU11307438, AU11307441, AU11307442, AU11307443, AU11307444, AU11307446, AU11307447, AU11307448, AU11307449, AU11307450, AU11307451, AU11307452, AU11307453, AU11307454, AU11307456, AU11307457, AU11307458, AU11307459, AU11307460, AU11307461, AU11307463, AU11307464, AU11307465, AU11307466

**Published:**   October 2018

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | October 31, 2018 |
| **Latest Publication Date in Group:** | October 31, 2018 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** William Arthur Streiber
- **Author Created:** photographs
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1962

## Copyright Claimant

**Copyright Claimant:** William Arthur Streiber
2239 Camden Ave, Los Angeles, CA, 90064, United States

## Rights and Permissions

**Organization Name:** AUGUST IMAGE, LLC
**Name:** Bill Hannigan
**Email:** info@augustimage.com
**Telephone:** (212)777-0088
**Address:** 793 Broadway, 2nd Floor
New York, NY, 10003  United States

## Certification

**Name:** Joe G. Naylor
**Date:** November 16, 2018
**Applicant's Tracking Number:** USCO-05388

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002197986 / 2020-02-20

Application Title: Austin Hargrave 2018

Title:               Austin Hargrave 2018. [Group registration of published
                     photographs. 703 photographs.  2018-02-09 to 2018-12-18]

Description:         703 photographs : Electronic file (eService)

Copyright Claimant:
                     Austin Hargrave.

Date of Creation: 2018

Publication Begin/End Dates:
                     2018-02-09 to 2018-12-18

Nation of First Publication:
                     United States

Authorship on Application:
                     Austin Hargrave; Domicile: United States; Citizenship:
                     United States. Authorship: photographs.

Rights and Permissions:
                     Bill Hannigan, AUGUST IMAGE, LLC, 793 Broadway 2nd Fl, New
                     York, NY 10003, United States, (212) 777-0088,
                     bill@augustimage.com

Copyright Note:      Regarding title information: Deposit contains complete list
                     of titles that correspond to the individual photographs
                     included in this group.
                     Regarding group registration: A group of published
                     photographs may be registered on one application with
                     one filing fee only under limited circumstances. ALL of
                     the following are required: 1. All photographs (a) were
                     created by the same author AND (b) are owned by the same
                     copyright claimant AND (c) were published in the same
                     calendar year AND 2. The group contains 750 photographs
                     or less AND 3. A sequentially numbered list of
                     photographs containing the title, file name and month of
                     publication for each photograph included in the group
                     must be uploaded along with other required application
                     materials. The list must be submitted in an approved
                     document format such as .XLS or .PDF. The file name for
                     the numbered list must contain the title of the group
                     and the Case Number assigned to the application.

Names:               Hargrave, Austin
```

===============================================================================



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = kim sebastian
Search Results: Displaying 8 of 12 entries



Labeled View

*Sebastian Kim 2015.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002198311 / 2020-02-27 |
| **Application Title:** | Sebastian Kim 2015 |
| **Title:** | Sebastian Kim 2015. [Group registration of published photographs. 326 photographs. 2015-01-05 to 2015-12-31] |
| **Description:** | 326 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Sebastian Kim. Address: 440 Kent Ave, 2D, Brooklyn, NY 11249, United States. |
| **Date of Creation:** | 2015 |
| **Publication Date Range:** | 2015-01-05 to 2015-12-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Sebastian Kim; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST IMAGE, LLC, 793 Broadway 2nd Fl, New York, NY, 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2015 (20 photographs): AU1992964, AU1992753, AU1993095, AU1992789, AU1992790, AU1992881, AU1992882, AU1992874, |

AU1992876, AU1992877, AU1992878, AU1992879, AU1992880, AU1992883, AU1992887, AU1992886, AU1992888, AU1992885, AU1992884, AU1992889

Published in October 2015 (29 photographs): AU11123308, AU11123309, AU1992788, AU1993168, AU1992966, AU1992969, AU1992982, AU1992984, AU1992985, AU1992987, AU1992988, AU1992991, AU1992993, AU1992995, AU1992998, AU1992999, AU1993002, AU1992826, AU1992827, AU1992828, AU1992829, AU1992830, AU1992831, AU1992820, AU1992821, AU1992822, AU1992823, AU1992824, AU1992825

Published in November 2015 (43 photographs): AU1993187, AU1993214, AU1993119, AU1993120, AU1993121, AU1993122, AU1993123, AU1993124, AU1993125, AU1993126, AU1993127, AU1993128, AU1993118, AU1992772, AU1992782, AU1992654, AU1992656, AU1992661, AU1992659, AU1992657, AU1992633, AU1992634, AU1992637, AU1992639, AU1992641, AU1992642, AU1992644, AU1993212, AU1992602, AU1992603, AU1992604, AU1992605, AU1992606, AU1992595, AU1992599, AU1992601, AU1992597, AU1992598, AU1992600, AU1992756, AU1992757, AU1992758, AU1992755

Published in December 2015 (31 photographs): AU1993230, AU1993233, AU1993238, AU1993231, AU1993216, AU1993217, AU1993219, AU1993222, AU1993223, AU1993225, AU1993226, AU1993229, AU1993237, AU1993236, AU1993234, AU1992588, AU1992593, AU1992596, AU1992590, AU1992594, AU1992589, AU1992592, AU1992591, AU1993194, AU1993196, AU1993200, AU1993199, AU1993195, AU1992665, AU1992664, AU1992666

Published in February 2015 (67 photographs): AU1992759, AU1992762, AU1992768, AU1992767, AU1992766, AU1992765, AU1992764, AU1992763, AU1992761, AU1992760, AU11007815, AU11007814, AU11007813, AU11007812, AU11007818, AU11007817, AU11007816, AU1992980, AU1992977, AU11007810, AU1992890, AU1992891, AU1992868, AU1992870, AU1992869, AU1992914, AU1992917, AU1992916, AU1992841, AU1992913, AU1992910, AU1992909, AU1992895, AU1992894, AU1992893, AU1992892, AU1992849, AU1992848, AU1992847, AU1992846, AU1992845, AU1992844, AU1992843, AU1992842, AU1992791, AU1992792, AU1992937, AU1992935, AU1992934, AU1992941, AU1992942, AU1992940, AU1992898, AU1992896, AU1992752, AU1992754, AU11284319, AU1992908, AU1992907, AU1992906, AU1992905, AU1992904, AU1992903, AU1992902, AU1992901, AU1992900, AU1992899

Published in March 2015 (1 photographs): AU1992943

Published in April 2015 (34 photographs): AU1993055, AU1992852, AU1992850, AU11002278, AU1992871, AU1992872, AU1992873, AU1992875, AU1993054, AU21354, AU1993069, AU1993058, AU1993059, AU1993063, AU1993064, AU1993067, AU1993072, AU1993073, AU1993075, AU1993076, AU1993077, AU1993057, AU1992814, AU1992815, AU1992816, AU1992812, AU1992810, AU1992809, AU1992808, AU1992807, AU1992806, AU1992805, AU1992811, AU1992813

Published in May 2015 (10 photographs): AU1992930, AU1992932, AU1992921, AU1992920, AU1992933, AU1992923, AU1992928, AU1992927, AU1992926, AU1992924

Published in June 2015 (37 photographs): AU1993144, AU1993146, AU1993149, AU1993152, AU1992840, AU1992836, AU1992835, AU1992834, AU1992833, AU1992832, AU1992839, AU1992838, AU1992837, AU1992819, AU1992817, AU1992818, AU1993115, AU1993114, AU1993113, AU1993112, AU1993111, AU1993109, AU1993108, AU1993117, AU1993116, AU1992795, AU1992796, AU1992797, AU1992798, AU1992799, AU1992800, AU1992801, AU1992802, AU1992803, AU1992804, AU1992793, AU1992794

Published in July 2015 (18 photographs): AU1993133, AU1993129, AU1993135,

AU1993137, AU1993138, AU1993140, AU1993141, AU1992743, AU1992741, AU1992742, AU1992750, AU1992749, AU1992748, AU1992747, AU1992746, AU1992745, AU1992744, AU1993243

Published in August 2015 (25 photographs): AU1992863, AU1992862, AU1992856, AU1992867, AU1992854, AU1992853, AU1992851, AU1992860, AU1992859, AU1992858, AU1992866, AU1992865, AU1992857, AU1992864, AU1992861, AU1992855, AU11007823, AU11007822, AU1993181, AU1993186, AU1993183, AU1993178, AU1993176, AU1993175, AU1993173

Published in September 2015 (11 photographs): AU1992559, AU1992557, AU1992558, AU1992551, AU1992751, AU1992560, AU1992552, AU1992553, AU1992554, AU1992555, AU1992556

**Names:** [Kim, Sebastian](#)



| Save, Print and Email (**[Help Page](#)**) | | |
|---|---|---|
| Select Download Format | Full Record ⌄ | Format for Print/Save |
| Enter your email address: | | Email |

---

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002198319 / 2020-02-27

Application Title: Sebastian Kim 2011

Title:               Sebastian Kim 2011. [Group registration of published
                        photographs. 231 photographs.  2011-02-16 to 2011-12-31]

Description:         231 photographs : Electronic file (eService)

Copyright Claimant:
                     Sebastian Kim.

Date of Creation:    2011

Publication Begin/End Dates:
                     2011-02-16 to 2011-12-31

Nation of First Publication:
                     United States

Authorship on Application:
                     Sebastian Kim; Domicile: United States; Citizenship: United
                        States. Authorship: photographs.

Rights and Permissions:
                     Bill Hannigan, AUGUST IMAGE, LLC, 793 Broadway 2nd Fl, New
                        York, NY, 10003, United States, (212) 777-0088,
                        bill@augustimage.com

Copyright Note:      Regarding title information: Deposit contains complete list
                        of titles that correspond to the individual photographs
                        included in this group.
                     Regarding group registration: A group of published
                        photographs may be registered on one application with
                        one filing fee only under limited circumstances. ALL of
                        the following are required: 1. All photographs (a) were
                        created by the same author AND (b) are owned by the same
                        copyright claimant AND (c) were published in the same
                        calendar year AND 2. The group contains 750 photographs
                        or less AND 3. A sequentially numbered list of
                        photographs containing the title, file name and month of
                        publication for each photograph included in the group
                        must be uploaded along with other required application
                        materials. The list must be submitted in an approved
                        document format such as .XLS or .PDF. The file name for
                        the numbered list must contain the title of the group
                        and the Case Number assigned to the application.

Names:               Kim, Sebastian
```

===============================================================================



**Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = kim sebastian
Search Results: Displaying 6 of 12 entries



Labeled View

*Sebastian Kim 2013.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002199785 / 2020-03-11 |
| **Application Title:** | Sebastian Kim 2013 |
| **Title:** | Sebastian Kim 2013. [Group registration of published photographs. 408 photographs. 2013-01-01 to 2013-12-29] |
| **Description:** | 408 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Sebastian Kim. Address: 440 Kent Ave, 2D, Brooklyn, NY 11249, United States. |
| **Date of Creation:** | 2013 |
| **Publication Date Range:** | 2013-01-01 to 2013-12-29 |
| **Nation of First Publication:** | France |
| **Authorship on Application:** | Sebastian Kim; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST IMAGE, LLC, 793 Broadway 2nd Fl, New York, NY, 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2013 (16 photographs): AU1993973, AU11000598, AU11000732, AU11000829, AU11000831, AU11000830, AU11000832, |

AU11000833, AU11000835, AU11000836, AU11000838, AU11000837, AU11000827, AU11000828, AU11000933, AU11000426

Published in October 2013 (57 photographs): AU11026055, AU11026056, AU11026054, AU11026053, AU11026058, AU11026061, AU11026057, AU11026059, AU11026062, AU11026060, AU11000536, AU1994750, AU1994620, AU11000061, AU11000062, AU11000063, AU1994587, AU1994274, AU1994275, AU11000962, AU11000963, AU11000964, AU11000965, AU11000966, AU11000960, AU11000961, AU11000699, AU11000701, AU11000706, AU11000710, AU11000714, AU11000719, AU11000723, AU11000694, AU11000691, AU11000089, AU11000082, AU11000083, AU11000084, AU11000085, AU11000086, AU11000087, AU11000088, AU11000090, AU11000091, AU11000555, AU11000554, AU11000558, AU11000557, AU11000556, AU11000580, AU11000581, AU11000574, AU11000582, AU11000583, AU11000579, AU11000577

Published in November 2013 (53 photographs): AU11000857, AU11000856, AU1994249, AU1994250, AU1994247, AU1994248, AU1994253, AU1994252, AU1994251, AU11000576, AU11000567, AU11000569, AU11000568, AU11000570, AU11000571, AU11000572, AU11000573, AU11000575, AU11000081, AU1994568, AU1994570, AU1994569, AU1994254, AU1994573, AU1994574, AU1994575, AU1994576, AU1994577, AU1994571, AU1994572, AU1994226, AU1994220, AU1994221, AU1994222, AU1994223, AU1994224, AU1994225, AU1994227, AU11000105, AU11000103, AU11000104, AU11000107, AU11000106, AU1994646, AU1994638, AU1994651, AU1994653, AU1994656, AU1994649, AU1994640, AU1994641, AU1994642, AU1994644

Published in December 2013 (28 photographs): AU11000381, AU11000382, AU11000380, AU11000379, AU11000387, AU11000383, AU11000384, AU11000385, AU11000388, AU11000386, AU11000389, AU11000052, AU1999229, AU1994716, AU1994717, AU1994719, AU1994721, AU1994725, AU1994726, AU11000450, AU1994727, AU11000451, AU11000860, AU11000110, AU11000111, AU11000112, AU11000113, AU11000109

Published in February 2013 (45 photographs): AU11000411, AU11000483, AU11000409, AU11000619, AU11000663, AU11000658, AU11000672, AU11000676, AU11000679, AU11000687, AU11000826, AU11000825, AU11000870, AU11000873, AU11000877, AU11000882, AU11000885, AU11000886, AU11000889, AU11000896, AU11000892, AU11000871, AU11000823, AU11000819, AU11000824, AU11000820, AU11000821, AU11000822, AU11000938, AU11000934, AU11000935, AU11000936, AU11000937, AU11000939, AU11000940, AU11000941, AU11000942, AU11000943, AU11000944, AU11000945, AU11000816, AU11000814, AU11000815, AU11000817, AU11000818

Published in March 2013 (18 photographs): AU11000447, AU11000446, AU11000903, AU11000898, AU11000900, AU11000526, AU11000422, AU11000493, AU11000421, AU11000419, AU11000423, AU11000444, AU11000440, AU11000432, AU11000434, AU11000441, AU11000442, AU11000443

Published in April 2013 (29 photographs): AU11000584, AU11000754, AU11000755, AU11000758, AU11000761, AU11000763, AU11000785, AU11000794, AU11000768, AU11000782, AU11000779, AU11000535, AU11000445, AU11000946, AU11000864, AU11000862, AU11000737, AU11000749, AU11000745, AU11000740, AU11000392, AU11000390, AU11000391, AU11000412, AU11000413, AU11000415, AU11000414, AU11000416, AU11000420

Published in May 2013 (53 photographs): AU11000480, AU11000410, AU11000481, AU11000482, AU11000478, AU11000479, AU11000393,

AU11000949, AU11000954, AU11000953, AU11000952, AU11000955,
AU11000957, AU11000956, AU11000959, AU11000626, AU11000629,
AU11000632, AU11000634, AU11000636, AU11000641, AU11000644,
AU11000648, AU11000655, AU11000394, AU11000395, AU11000396,
AU11000397, AU11000398, AU11000399, AU11000400, AU11000401,
AU11000402, AU11000403, AU11000404, AU11000405, AU11000599,
AU11000600, AU11000601, AU11000603, AU11000604, AU11000606,
AU11000611, AU11000617, AU11000425, AU11000958, AU11000424,
AU11000429, AU11000428, AU11000427, AU11000431, AU11000430,
AU11000433

Published in June 2013 (17 photographs): AU11000948, AU11000951,
AU11000950, AU11000472, AU11000454, AU11000407, AU11000406,
AU11000408, AU11000455, AU11000456, AU11000457, AU11000460,
AU11000461, AU11000462, AU11000463, AU11000464, AU11000465

Published in July 2013 (36 photographs): AU11000798, AU11000801,
AU11000804, AU11000809, AU11000810, AU11000811, AU11000812,
AU11000813, AU11000527, AU11000494, AU11000495, AU11000496,
AU11000497, AU11000498, AU11000502, AU11000522, AU11000523,
AU11000524, AU11000525, AU1993172, AU11000839, AU11000841,
AU11000842, AU11000844, AU11000846, AU11000474, AU11000473,
AU11000485, AU11000484, AU11000486, AU11000487, AU11000488,
AU11000489, AU11000490, AU11000491, AU11000595

Published in August 2013 (54 photographs): AU11000947, AU11000540,
AU11000543, AU11000544, AU11000537, AU11000542, AU11000541,
AU11000538, AU11000539, AU11000910, AU11000913, AU11000915,
AU11000918, AU11000920, AU11000922, AU11000908, AU11000906,
AU11000530, AU11000531, AU11000532, AU11000533, AU11000534,
AU11000528, AU11000529, AU11000452, AU11000926, AU11000453,
AU11000477, AU11000476, AU11000492, AU11000561, AU11000562,
AU11000563, AU11000564, AU11000566, AU11000565, AU11000559,
AU11000560, AU11000547, AU11000548, AU11000549, AU11000550,
AU11000551, AU11000552, AU11000553, AU11000545, AU11000546,
AU11000927, AU11000931, AU11433695, AU11000597, AU11433693,
AU11433696, AU11433694

Published in September 2013 (2 photographs): AU11000449, AU11000448

**Names:** [Kim, Sebastian](#)



| **Save, Print and Email ([Help Page](#))** |
| --- |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:  _____  Email |

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = hargrave austin
Search Results: Displaying 4 of 7 entries



Labeled View

*Austin Hargrave 2017.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002199792 / 2020-03-11 |
| **Application Title:** | Austin Hargrave 2017 |
| **Title:** | Austin Hargrave 2017. [Group registration of published photographs. 741 photographs. 2017-01-15 to 2017-12-31] |
| **Description:** | 741 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Austin Hargrave. Address: 1835 N Ave 51, Los Angeles, CA 90042, United States. |
| **Date of Creation:** | 2017 |
| **Publication Date Range:** | 2017-01-15 to 2017-12-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Austin Hargrave; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST IMAGE, LLC, 793 Broadway 2nd Fl, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2017 (4 photographs): AU11357224, AU11357231, AU11356312, AU11357223 |
|  | Published in October 2017 (12 photographs): AU11118766, AU11118775, |

AU11118776, AU11118777, AU11118765, AU11201383, AU11201384, AU11201385, AU11201380, AU11201378, AU11201377, AU11201382

Published in November 2017 (29 photographs): AU21394, AU21415, AU21369, AU21359, AU11419403, AU11397405, AU11397406, AU11397407, AU11397408, AU11397409, AU11397410, AU11397457, AU11397627, AU11397637, AU11397639, AU11397402, AU11397397, AU11397396, AU11397387, AU11349546, AU11349545, AU11349544, AU11349543, AU11349540, AU11349539, AU11421601, AU11426214, AU11397403, AU11397404

Published in December 2017 (20 photographs): AU11395485, AU11395486, AU11363953, AU11363954, AU11363952, AU11363963, AU11364027, AU11363959, AU11363960, AU11363961, AU11363962, AU11363967, AU11364641, AU11363965, AU11253448, AU11384440, AU11356089, AU11356090, AU11356088, AU11356087

Published in February 2017 (158 photographs): AU11116555, AU11116554, AU11116553, AU11116552, AU11116551, AU11398174, AU11398173, AU11371626, AU11398175, AU11398176, AU11371625, AU11116560, AU11116559, AU11371624, AU11116558, AU11116557, AU11116556, AU11049557, AU11049497, AU11049498, AU11049499, AU11049500, AU11049502, AU11050127, AU11050128, AU11049503, AU11049504, AU11049505, AU11048563, AU11048562, AU11048561, AU11048560, AU11048559, AU11048558, AU11048557, AU11048556, AU11048550, AU11049493, AU11049506, AU11049507, AU11049508, AU11050071, AU11049509, AU11050073, AU11050074, AU11049511, AU11049514, AU11049515, AU11049516, AU11049517, AU11049519, AU11049520, AU11049521, AU11049522, AU11049525, AU11049526, AU11049494, AU11049496, AU11049530, AU11050089, AU11049531, AU11050091, AU11050092, AU11050093, AU11049532, AU11049533, AU11049534, AU11049535, AU11050098, AU11050099, AU11049536, AU11050101, AU11049537, AU11049492, AU11049491, AU11049490, AU11049223, AU11049222, AU11049221, AU11049220, AU11049219, AU11049538, AU11049218, AU11050104, AU11049539, AU11050106, AU11049217, AU11049216, AU11050107, AU11050108, AU11049540, AU11049543, AU11049215, AU11049214, AU11049213, AU11049212, AU11049211, AU11049210, AU11049209, AU11049208, AU11049207, AU11049206, AU11049205, AU11049204, AU11049203, AU11049202, AU11049201, AU11049200, AU11049199, AU11049198, AU11049197, AU11049196, AU11049195, AU11049194, AU11049193, AU11049192, AU11049191, AU11049190, AU11049189, AU11050111, AU11049544, AU11049188, AU11049186, AU11049185, AU11049184, AU11049183, AU11049182, AU11049181, AU11049180, AU11049179, AU11049178, AU11049177, AU11049172, AU11048957, AU11048617, AU11048616, AU11048615, AU11048614, AU11048613, AU11048612, AU11048611, AU11048610, AU11048609, AU11048608, AU11048607, AU11048606, AU11048605, AU11048604, AU11048603, AU11048602, AU11048601, AU11048599, AU11048598, AU11048597, AU11048596, AU11048595, AU11048594, AU11048593

Published in February 2017 (108 photographs): AU11048592, AU11048591, AU11048590, AU11048589, AU11048588, AU11048587, AU11048586, AU11048585, AU11048584, AU11048583, AU11048582, AU11048581, AU11048580, AU11048579, AU11048578, AU11048577, AU11048600, AU11048576, AU11048574, AU11048573, AU11048572, AU11048571, AU11048570, AU11048569, AU11048568, AU11048567, AU11048566, AU11048565, AU11048564, AU11049545, AU11049547, AU11049549, AU11049551, AU11050117, AU11050118, AU11049552, AU11049553, AU11050067, AU11049528, AU11049529, AU11050057, AU11050060,

AU11050061, AU11050062, AU11050063, AU11050064, AU11050065,
AU11050066, AU11050068, AU11050069, AU11050070, AU11050072,
AU11050075, AU11050076, AU11050077, AU11050078, AU11050079,
AU11050080, AU11050081, AU11050082, AU11050083, AU11050084,
AU11050085, AU11050086, AU11050087, AU11050088, AU11050090,
AU11050094, AU11050095, AU11050096, AU11050097, AU11050100,
AU11050102, AU11050103, AU11050105, AU11050109, AU11050110,
AU11050112, AU11050113, AU11050114, AU11050115, AU11050116,
AU11050119, AU11050120, AU11050121, AU11050122, AU11050123,
AU11050124, AU11050125, AU11050126, AU11050129, AU11050133,
AU11050630, AU11349567, AU11364448, AU11364447, AU11364446,
AU11419990, AU11420246, AU11349565, AU11349566, AU11371630,
AU11371631, AU11371632, AU11371628, AU11109129, AU11371627,
AU11371629

Published in March 2017 (23 photographs): AU11420277, AU11364456,
AU11364452, AU11364453, AU11364451, AU11364450, AU11364449,
AU11420278, AU11364454, AU11117319, AU11419980, AU11154458,
AU11420112, AU11065385, AU11364455, AU11420159, AU11420287,
AU11420285, AU11420286, AU11047464, AU11047463, AU11420245,
AU11420113

Published in April 2017 (22 photographs): AU11117541, AU11117542,
AU11117543, AU11117545, AU11117573, AU11117611, AU11420275,
AU11420276, AU11058782, AU11058785, AU11058788, AU11058790,
AU11058793, AU11058797, AU11058864, AU11058778, AU11058780,
AU11058781, AU11363955, AU11363957, AU11363956, AU11363958

Published in May 2017 (43 photographs): AU11062631, AU11062642,
AU11062639, AU11062636, AU11062633, AU11062806, AU11062873,
AU11062921, AU11062925, AU11062807, AU11062870, AU11062708,
AU11062700, AU11062695, AU11419445, AU11419455, AU11419454,
AU11419443, AU11419442, AU11419441, AU11419446, AU11422105,
AU11422102, AU11081308, AU11077639, AU11077638, AU11077625,
AU11077621, AU11077620, AU11077619, AU11077618, AU11252572,
AU11077640, AU11077641, AU11081283, AU11081298, AU11077637,
AU11077636, AU11077635, AU11077627, AU11077626, AU11077617,
AU11081305

Published in June 2017 (18 photographs): AU11422106, AU11422101,
AU11111328, AU11111321, AU11111322, AU11111323, AU11111324,
AU11111326, AU11111327, AU11199453, AU11082388, AU11082386,
AU11082389, AU11082376, AU11082438, AU11082385, AU11406246,
AU11406247

Published in July 2017 (34 photographs): AU11412502, AU11412505,
AU11412506, AU11412509, AU11412504, AU11412503, AU11422104,
AU11422103, AU11364416, AU11364418, AU11364417, AU11364421,
AU11363936, AU11363939, AU11363941, AU11363942, AU11363944,
AU11363937, AU11363935, AU11363943, AU11116737, AU11116845,
AU11116746, AU11116745, AU11116743, AU11116742, AU11116741,
AU11116740, AU11116739, AU11116738, AU11116736, AU11116735,
AU11369001, AU11369000

Published in August 2017 (39 photographs): AU11363948, AU11363951,
AU11363946, AU11098948, AU11098949, AU11098950, AU11098953,
AU11099066, AU11098958, AU11098954, AU11098946, AU11098951,
AU11098952, AU11098947, AU11420394, AU11098945, AU11349574,
AU11349657, AU11349587, AU11349583, AU11349582, AU11349581,
AU11349580, AU11349579, AU11349578, AU11349577, AU11349576,
AU11349575, AU11289440, AU11289409, AU11420424, AU11420429,

AU11420426, AU11420425, AU11419435, AU11419404, AU11385959, AU11385977, AU11385957

Published in September 2017 (73 photographs): AU11160529, AU11160530, AU11160533, AU11160534, AU11160535, AU11160536, AU11160537, AU11160538, AU11160539, AU11160540, AU11160541, AU11160542, AU11160543, AU11160544, AU11160545, AU11160546, AU11160547, AU11160548, AU11160549, AU11160550, AU11160551, AU11160552, AU11160553, AU11160555, AU11160557, AU11161705, AU11161706, AU11161707, AU11170165, AU11170167, AU11170168, AU11170172, AU11170174, AU11170175, AU11170176, AU11170181, AU11170184, AU11170185, AU11170187, AU11170253, AU11170352, AU11170353, AU11170354, AU11170355, AU11170452, AU11170453, AU11170454, AU11170455, AU11170620, AU11170621, AU11170651, AU11170652, AU11170653, AU11170654, AU11171631, AU11202372, AU11241073, AU11241082, AU11241091, AU11253450, AU11253451, AU11253459, AU11253526, AU11358704, AU11363473, AU11421590, AU11421600, AU11371622, AU11371623, AU11371620, AU11371621, AU11405698, AU11405641

Published in September 2017 (158 photographs): AU11369032, AU11364184, AU11364183, AU11364182, AU11364181, AU11364180, AU11241072, AU11117200, AU11117201, AU11117205, AU11117206, AU11153270, AU11153271, AU11153272, AU11153273, AU11153274, AU11153275, AU11153276, AU11153277, AU11153278, AU11153279, AU11153280, AU11153281, AU11153282, AU11153283, AU11153284, AU11153285, AU11153286, AU11153287, AU11153288, AU11153289, AU11153290, AU11153291, AU11153292, AU11153293, AU11153294, AU11153295, AU11153296, AU11153297, AU11153298, AU11153299, AU11153300, AU11153301, AU11153302, AU11153303, AU11153304, AU11153305, AU11153306, AU11153307, AU11153308, AU11153309, AU11153310, AU11153311, AU11153312, AU11153313, AU11153314, AU11153315, AU11153316, AU11153317, AU11153318, AU11153319, AU11153320, AU11153391, AU11153421, AU11153422, AU11153423, AU11153424, AU11153425, AU11153426, AU11153429, AU11153438, AU11153439, AU11153441, AU11153442, AU11153443, AU11153444, AU11153445, AU11153446, AU11153447, AU11153448, AU11153449, AU11153450, AU11153451, AU11153452, AU11153453, AU11153454, AU11153455, AU11153456, AU11153457, AU11153458, AU11153459, AU11153460, AU11155052, AU11160450, AU11160451, AU11160452, AU11160455, AU11160456, AU11160457, AU11160458, AU11160459, AU11160460, AU11160461, AU11160464, AU11160465, AU11160466, AU11160467, AU11160468, AU11160469, AU11160470, AU11160471, AU11160472, AU11160473, AU11160474, AU11160477, AU11160478, AU11160479, AU11160480, AU11160481, AU11160482, AU11160485, AU11160486, AU11160487, AU11160488, AU11160491, AU11160492, AU11160493, AU11160494, AU11160495, AU11160496, AU11160497, AU11160498, AU11160499, AU11160500, AU11160501, AU11160502, AU11160503, AU11160504, AU11160505, AU11160506, AU11160507, AU11160508, AU11160509, AU11160510, AU11160511, AU11160513, AU11160514, AU11160518, AU11160519, AU11160520, AU11160521, AU11160522, AU11160523, AU11160524, AU11160525, AU11160526, AU11160527, AU11160528

**Names:** Hargrave, Austin



| **Save, Print and Email ([Help Page](#))** | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

---

[Help](#)  [Search](#)  [History](#)  [Titles](#)  [Start Over](#)

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002199875 / 2020-03-16

Application Title: David Needleman 2019

Title:               David Needleman 2019. [Group registration of published
                     photographs. 213 photographs.  2019-02-21 to 2019-12-10]

Description:         213 photographs : Electronic file (eService)

Copyright Claimant:
                     David Needleman.

Date of Creation: 2019

Publication Begin/End Dates:
                     2019-02-21 to 2019-12-10

Nation of First Publication:
                     United States

Authorship on Application:
                     David Needleman; Domicile: United States; Citizenship:
                     United States. Authorship: photographs.

Rights and Permissions:
                     Bill Hannigan, AUGUST IMAGE, LLC, 793 Broadway 2nd Fl, New
                     York, NY 10003, United States, (212) 777-0088,
                     bill@augustimage.com

Copyright Note:      Regarding title information: Deposit contains complete list
                     of titles that correspond to the individual photographs
                     included in this group.
                     Regarding group registration: A group of published
                     photographs may be registered on one application with
                     one filing fee only under limited circumstances. ALL of
                     the following are required: 1. All photographs (a) were
                     created by the same author AND (b) are owned by the same
                     copyright claimant AND (c) were published in the same
                     calendar year AND 2. The group contains 750 photographs
                     or less AND 3. A sequentially numbered list of
                     photographs containing the title, file name and month of
                     publication for each photograph included in the group
                     must be uploaded along with other required application
                     materials. The list must be submitted in an approved
                     document format such as .XLS or .PDF. The file name for
                     the numbered list must contain the title of the group
                     and the Case Number assigned to the application.

Names:               Needleman, David
```

================================================================================

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002199881 / 2020-03-16

Application Title: David Needleman 2018

Title:              David Needleman 2018. [Group registration of published
                    photographs. 121 photographs.  2018-01-02 to 2018-12-20]

Description:        121 photographs : Electronic file (eService)

Copyright Claimant:
                    David Needleman.

Date of Creation: 2018

Publication Begin/End Dates:
                    2018-01-02 to 2018-12-20

Nation of First Publication:
                    United States

Authorship on Application:
                    David Needleman; Domicile: United States; Citizenship:
                    United States. Authorship: photographs.

Rights and Permissions:
                    Bill Hannigan, AUGUST IMAGE, LLC, 793 Broadway 2nd Fl, New
                    York, NY 10003, United States, (212) 777-0088,
                    bill@augustimage.com

Copyright Note:     Regarding title information: Deposit contains complete list
                    of titles that correspond to the individual photographs
                    included in this group.
                    Regarding group registration: A group of published
                    photographs may be registered on one application with
                    one filing fee only under limited circumstances. ALL of
                    the following are required: 1. All photographs (a) were
                    created by the same author AND (b) are owned by the same
                    copyright claimant AND (c) were published in the same
                    calendar year AND 2. The group contains 750 photographs
                    or less AND 3. A sequentially numbered list of
                    photographs containing the title, file name and month of
                    publication for each photograph included in the group
                    must be uploaded along with other required application
                    materials. The list must be submitted in an approved
                    document format such as .XLS or .PDF. The file name for
                    the numbered list must contain the title of the group
                    and the Case Number assigned to the application.

Names:              Needleman, David
```

================================================================================

```
Type of Work:          Visual Material

Registration Number / Date:
                       VA0002200021 / 2020-03-11

Application Title: Austin Hargrave 2016 - 1

Title:                 Austin Hargrave 2016 - 1. [Group registration of published
                       photographs. 738 photographs.  2016-01-13 to 2016-10-12]

Description:           738 photographs : Electronic file (eService)

Copyright Claimant:
                       Austin Hargrave.

Date of Creation: 2016

Publication Begin/End Dates:
                       2016-01-13 to 2016-10-12

Nation of First Publication:
                       United States

Authorship on Application:
                       Austin Hargrave; Domicile: United States; Citizenship:
                       United States. Authorship: photographs.

Rights and Permissions:
                       Bill Hannigan, AUGUST IMAGE, LLC, 793 Broadway 2nd Fl, New
                       York, NY 10003, United States, (212) 777-0088,
                       bill@augustimage.com

Copyright Note:        Regarding title information: Deposit contains complete list
                       of titles that correspond to the individual photographs
                       included in this group.
                       Regarding group registration: A group of published
                       photographs may be registered on one application with
                       one filing fee only under limited circumstances. ALL of
                       the following are required: 1. All photographs (a) were
                       created by the same author AND (b) are owned by the same
                       copyright claimant AND (c) were published in the same
                       calendar year AND 2. The group contains 750 photographs
                       or less AND 3. A sequentially numbered list of
                       photographs containing the title, file name and month of
                       publication for each photograph included in the group
                       must be uploaded along with other required application
                       materials. The list must be submitted in an approved
                       document format such as .XLS or .PDF. The file name for
                       the numbered list must contain the title of the group
                       and the Case Number assigned to the application.

Names:                 Hargrave, Austin
```

================================================================================



**United States Copyright Office**

Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = hassett ben
Search Results: Displaying 6 of 13 entries



Labeled View

*Ben Hassett 2019.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002200248 / 2020-03-19 |
| **Application Title:** | Ben Hassett 2019 |
| **Title:** | Ben Hassett 2019. [Group registration of published photographs. 261 photographs. 2019-01-25 to 2019-12-03] |
| **Description:** | 261 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Ben Hassett. Address: 30 Irving Place, 8th Floor, New York, NY 10003, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-01-25 to 2019-12-03 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Ben Hassett; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST IMAGE, LLC, 793 Broadway 2nd Fl, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| | Basis for Registration: title list spreadsheet states approximate dates of publication. |
| **Photographs:** | Published in January 2019 (18 photographs): AU11350537, AU11350535, |

AU11350536, AU11350563, AU11350556, AU11350557, AU11350554, AU11350552, AU11350561, AU11350562, AU257504, AU257519, AU257451, AU257539, AU257526, AU257453, AU257515, AU257535

Published in October 2019 (71 photographs): AU234558, AU234557, AU234556, AU234555, AU234550, AU234549, AU234614, AU234615, AU234613, AU234612, AU234611, AU234610, AU234608, AU234609, AU234559, AU257562, AU257551, AU257490, AU257492, AU257542, AU257563, AU257532, AU257547, AU257524, AU257520, AU257558, AU257541, AU257488, AU257509, AU257480, AU257474, AU257487, AU257491, AU257485, AU257458, AU257536, AU257484, AU257527, AU257506, AU257521, AU257456, AU257561, AU257508, AU257523, AU257511, AU257548, AU257500, AU234483, AU234517, AU234519, AU234518, AU234520, AU234521, AU234522, AU234524, AU234525, AU234526, AU234516, AU234528, AU234530, AU234531, AU234527, AU234512, AU234510, AU234508, AU234505, AU234501, AU234498, AU234507, AU234514

Published in November 2019 (12 photographs): AU234392, AU234403, AU234401, AU234400, AU234399, AU234396, AU234398, AU234395, AU234393, AU234429, AU234428, AU234543

Published in December 2019 (6 photographs): AU234343, AU234342, AU234349, AU234348, AU234350, AU234353

Published in February 2019 (15 photographs): AU11370871, AU11370868, AU11370858, AU11370856, AU11370855, AU11350626, AU11350627, AU11350625, AU11350628, AU236800, AU236801, AU236802, AU236797, AU236796, AU236799

Published in March 2019 (7 photographs): AU11391250, AU11391248, AU11391247, AU11391246, AU11391245, AU11391244, AU11391249

Published in April 2019 (22 photographs): AU259031, AU259026, AU259027, AU259028, AU259029, AU259032, AU259035, AU259036, AU257489, AU257477, AU257473, AU11391451, AU11391453, AU11391452, AU11391459, AU11391458, AU11391456, AU11391457, AU11391454, AU11391455, AU11391450

Published in May 2019 (13 photographs): AU257550, AU257461, AU257514, AU257459, AU257502, AU257497, AU257513, AU257452, AU257454, AU257457, AU257518, AU257479, AU257495

Published in June 2019 (42 photographs): AU11426607, AU11426610, AU11426600, AU11426606, AU11426609, AU11426608, AU11426605, AU11426603, AU11426604, AU11426558, AU11426554, AU11426557, AU11426556, AU11426588, AU11426593, AU11426591, AU11426587, AU11426592, AU11426589, AU11426590, AU11426567, AU11426562, AU11426561, AU11426563, AU11426565, AU11426564, AU11426568, AU11426569, AU11426566, AU11426573, AU11426576, AU11426578, AU11426579, AU257603, AU11426574, AU11426572, AU11426575, AU254925, AU254927, AU254933, AU254934, AU254926

Published in July 2019 (36 photographs): AU11422697, AU11422696, AU11422695, AU11422694, AU11422693, AU11422690, AU11422743, AU11422689, AU11422688, AU11422687, AU11422686, AU11422685, AU11422684, AU11422692, AU11422701, AU11422702, AU11422700, AU11422678, AU11422677, AU11422675, AU11422679, AU11422680, AU11422703, AU11422681, AU11422704, AU11422742, AU11422670, AU11422676, AU11422661, AU11422673, AU11422671, AU11422672, AU11422682, AU11422683, AU11422691, AU11422698

Published in September 2019 (19 photographs): AU257557, AU257530, AU257537, AU257554, AU257552, AU257512, AU257543, AU257531, AU257525,



AU257464, AU257469, AU257483, AU257470, AU257472, AU257549,
AU257478, AU257481, AU257556, AU257544

**Names:** [Hassett, Ben](#)

[◀ previous]   [next ▶]

| Save, Print and Email ([Help Page](#)) |
|---|
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [_____]   [Email] |

---

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

---

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-211-783

**Effective Date of Registration:**
June 30, 2020

**Registration Decision Date:**
July 29, 2020

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   February 01, 2017 to November 26, 2017

## Title

|  |  |
|---|---|
| **Title of Group:** | Camilla Akrans 2017 |
| **Number of Photographs in Group:** | 272 |

- **Individual Photographs:** AU11134131, AU11134126, AU11134114, AU11134115, AU11134116, AU11134119, AU11134117, AU11134122, AU11134130, AU11134132, AU11134128, AU11134125, AU11134124, AU11134121, AU11134123, AU11134118, AU11134120, AU11134127, AU11134129
  **Published:** February 2017

- **Individual Photographs:** AU11198652, AU11198651, AU11153263, AU11153262, AU11153261, AU11153260, AU11153259, AU11153249, AU11153250, AU11198738, AU11198733, AU11198731, AU11198729, AU11198727, AU11198728, AU11198726, AU11198737, AU11198725, AU11198739, AU11198736, AU11198735, AU11198734, AU11198732, AU11198730, AU11198740, AU11198747, AU11198741, AU11198742, AU11198743, AU11198745, AU11198744, AU11198746, AU11198748, AU11198750, AU11198760, AU11198777, AU11198780, AU11198773, AU11198772, AU11198759, AU11198769, AU11198771, AU11198770, AU11198774, AU11198775, AU11198776, AU11198778
  **Published:** May 2017

- **Individual Photographs:** AU11198818, AU11198820, AU11198821, AU11198822, AU11198823, AU11198824, AU11198825, AU11198826, AU11198827, AU11198829, AU11198828, AU11198830, AU11198785, AU11198786, AU11198787, AU11198779, AU11198781, AU11198782, AU11198783, AU11198784, AU11198794, AU11198805, AU11198806, AU11198816, AU11198817, AU11198819, AU11198832, AU11198833, AU11198834, AU11198839, AU11198841, AU11198850, AU11198851, AU11198856, AU11198831, AU11198837, AU11198838, AU11198840
  **Published:** June 2017

- **Individual Photographs:** AU11198880, AU11198879, AU11198878, AU11198877, AU11198875, AU11198876, AU11198874, AU11198872, AU11198871, AU11198870, AU11198865, AU11198868, AU11198867, AU11198873, AU11198863, AU11198862, AU11198859, AU11198857, AU11198860
  **Published:** July 2017

- **Individual Photographs:** AU11199062, AU11199063, AU11199067, AU11199066, AU11199068, AU11199070, AU11199071, AU11199072, AU11199073, AU11199074, AU11198897, AU11198895, AU11198893, AU11198894, AU11198896, AU11198891, AU11199075, AU11198882, AU11198892, AU11198902, AU11198899, AU11198898, AU11198900, AU11198903, AU11198901, AU11199051, AU11199069, AU11198881, AU11198997, AU11199048, AU11199049, AU11199050, AU11199052, AU11199053, AU11199065, AU11199064

  **Published:** August 2017

- **Individual Photographs:** AU11199135, AU11199110, AU11199112, AU11199125, AU11199114, AU11199116, AU11199150, AU11199151, AU11199160, AU11199076, AU11199127, AU11199128, AU11199079, AU11199078, AU11199130, AU11199192, AU11199077, AU11199129, AU11199083, AU11199149, AU11199084, AU11199086, AU11199085, AU11199087, AU11199134, AU11199136, AU11199091, AU11199092, AU11199093, AU11199096, AU11199099, AU11199097, AU11199098, AU11199082, AU11199081, AU11199193, AU11199191, AU11199094, AU11199108, AU11199107, AU11199126, AU11199088, AU11199095, AU11199137, AU11199146, AU11199101, AU11199100, AU11199147, AU11199090, AU11199089, AU11199102, AU11199103, AU11199148, AU11199109, AU11199111, AU11199104, AU11199105, AU11199106

  **Published:** October 2017

- **Individual Photographs:** AU11198527, AU11198515, AU11198514, AU11198516, AU11198519, AU11198526, AU11198528, AU11198522, AU11198523, AU11198524, AU11198529, AU11198525, AU11198521, AU11198520, AU11198530, AU11198518, AU11198517, AU11201373, AU11201370, AU11201352, AU11201375, AU11201371, AU11201369, AU11201351, AU11201372, AU11201374, AU11201350, AU11201376, AU11198558, AU11198547, AU11198549, AU11198548, AU11198550, AU11198551, AU11198552, AU11198554, AU11198553, AU11198555, AU11198556, AU11198557, AU11198499, AU11198500, AU11198513, AU11198511, AU11198510, AU11198509, AU11198508, AU11198505, AU11198504, AU11198503, AU11198512, AU11198502, AU11198501, AU11198507

  **Published:** November 2017

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Earliest Publication Date in Group:** | February 01, 2017 |
| **Latest Publication Date in Group:** | November 26, 2017 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Camilla Akrans |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | Sweden |
| **Domiciled in:** | Sweden |

Page 2 of 3



## Copyright Claimant

**Copyright Claimant:** Camilla Akrans
S:t Eriks gatan 43A, Stockholm 112 34, Sweden

## Rights and Permissions

**Organization Name:** AUGUST Image, LLC.
**Name:** Bill Hannigan
**Email:** bill@augustimage.com
**Telephone:** (212)777-0088
**Address:** 793 Broadway 2nd Floor
New York NY 10003 United States

## Certification

**Name:** Joe G. Naylor
**Date:** June 30, 2020
**Applicant's Tracking Number:** USCO-06710

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-212-178

**Effective Date of Registration:**
July 06, 2020

**Registration Decision Date:**
August 04, 2020

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   January 10, 2016 to December 23, 2016

### Title

| | |
|---|---|
| **Title of Group:** | Guerin Blask 2016 |
| **Number of Photographs in Group:** | 78 |

- **Individual Photographs:** AU2140052
  **Published:** January 2016

- **Individual Photographs:** AU2146377, AU2146376
  **Published:** February 2016

- **Individual Photographs:** AU253422, AU253426, AU253421
  **Published:** March 2016

- **Individual Photographs:** AU280567, AU280568, AU2139870, AU280573, AU280572, AU2139871, AU280569, AU280570, AU280574, AU2140029, AU2140028, AU2140027, AU2140051, AU2140031
  **Published:** May 2016

- **Individual Photographs:** AU242523, AU242558, AU242557, AU242556, AU242542, AU242539, AU242526, AU242525, AU242524, AU242506, AU242505, AU242504, AU242502, AU2126434, AU2126433, AU2145064, AU2145068, AU2126436, AU2126435, AU2145065, AU2145067, AU2145066
  **Published:** June 2016

- **Individual Photographs:** AU254557, AU254559, AU254558, AU254556, AU254555, AU254553, AU254554
  **Published:** July 2016

- **Individual Photographs:** AU245163, AU245160, AU245159, AU245158, AU245157, AU245156, AU245031, AU245030, AU245029, AU245028, AU245027, AU245026, AU245025, AU245024, AU245023, AU245022, AU245162, AU245161
  **Published:** September 2016

- **Individual Photographs:** AU277257, AU277256, AU277276, AU277258
  **Published:** November 2016

- **Individual Photographs:** AU277253, AU277252, AU277251, AU277250, AU277248, AU277255, AU277254
- **Published:** December 2016

## Completion/Publication

**Year of Completion:** 2016
**Earliest Publication Date in Group:** January 10, 2016
**Latest Publication Date in Group:** December 23, 2016
**Nation of First Publication:** United States

## Author

- **Author:** Guerin Blask
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Guerin Blask
541 Haworth Avenue, Haworth NJ 07641, United States

## Rights and Permissions

**Organization Name:** AUGUST Image, LLC.
**Name:** Bill Hannigan
**Email:** bill@augustimage.com
**Telephone:** (212)777-0088
**Address:** 793 Broadway 2nd Floor
New York NY 10003 United States

## Certification

**Name:** Joe G. Naylor
**Date:** July 06, 2020
**Applicant's Tracking Number:** USCO-06720

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs



containing the title, file name and month of publication for each photograph
included in the group must be uploaded along with other required application
materials. The list must be submitted in an approved document format such as
.XLS or .PDF. The file name for the numbered list must contain the title of the
group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-219-279

**Effective Date of Registration:**
September 22, 2020

**Registration Decision Date:**
October 17, 2020

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: January 01, 2015 to November 18, 2015

**Title** 

**Title of Group:** James Macari 2015
**Number of Photographs in Group:** 219

- **Individual Photographs:** AU11212314, AU11212310, AU11212308, AU11212305, AU11212306, AU11212304, AU11212303, AU11212300, AU11212311, AU11212312, AU11212313, AU11212315, AU11212316, AU11216686, AU11216688, AU11216690, AU11216692, AU11216693, AU11216694, AU11216695, AU11216696, AU11216638, AU11216756, AU11216755, AU11216643, AU11216642, AU11216641, AU11216640, AU11216639, AU11216757, AU11216637, AU11216636, AU11216691, AU11216687, AU11216689, AU11216761, AU11216760, AU11216762, AU11216763, AU11216764, AU11216765, AU11216759, AU11216758
  **Published:** January 2015

- **Individual Photographs:** AU11216854, AU11216855, AU11216857, AU11216858, AU11216859, AU11216861, AU11216860, AU11216853, AU11216856, AU11216852, AU11216865, AU11216866, AU11216868, AU11216867, AU11216869, AU11216870, AU11216871, AU11216872, AU11216874, AU11216862, AU11216863, AU11216864, AU11216873
  **Published:** March 2015

- **Individual Photographs:** AU11211528, AU11211536, AU11211535, AU11211527, AU11211530, AU11211579, AU11211529, AU11211533, AU11211532, AU11211531, AU11211534, AU11216719, AU11216707, AU11216709, AU11216710, AU11216718
  **Published:** April 2015

- **Individual Photographs:** AU11216796, AU11216795, AU11216791, AU11216792, AU11216793, AU11216794, AU11211346, AU11211345, AU11211355, AU11211357, AU11211359, AU11211377, AU11211376, AU11211343, AU11211344, AU11216726, AU11216735, AU11216734, AU11216733, AU11216732, AU11216731, AU11216730, AU11216729, AU11216728, AU11216809, AU11216727, AU11216679, AU11216808, AU11216811, AU11216812, AU11216815, AU11216817, AU11216819, AU11216820, AU11216822, AU11216825, AU11216826, AU11216830, AU11216839, AU11216841, AU11216681, AU11216680, AU11216682, AU11216683,

Page 1 of 3

AU11216685, AU11216684

**Published:** June 2015

- **Individual Photographs:** AU11216875, AU11216878, AU11216879, AU11216881, AU11216880, AU11216882, AU11216884, AU11216888, AU11216886, AU11216892, AU11216889

  **Published:** August 2015

- **Individual Photographs:** AU11216748, AU11216750, AU11216749, AU11216752, AU11216753, AU11216737, AU11216738, AU11216740, AU11216739, AU11216741, AU11216742, AU11216743, AU11216744, AU11216745, AU11216747, AU11216746, AU11216754, AU11216751, AU11216768, AU11216770, AU11216769, AU11216772, AU11216774, AU11216775, AU11216776, AU11216777, AU11216782, AU11216783, AU11216788, AU11216785, AU11216778, AU11216779, AU11216780, AU11216784, AU11216787, AU11216786, AU11216790, AU11216767, AU11216766, AU11216771, AU11216773, AU11216781, AU11216789

  **Published:** September 2015

- **Individual Photographs:** AU11212324, AU11212323, AU11212321, AU11212322, AU11212320, AU11212326, AU11212325, AU11212318, AU11212319, AU11212117, AU11212118, AU11212110, AU11212109, AU11212108, AU11212111, AU11212113, AU11212112, AU11212115, AU11212114, AU11212116

  **Published:** October 2015

- **Individual Photographs:** AU11216675, AU11216676, AU11216677, AU11216678, AU11216674, AU11216672, AU11212121, AU11212123, AU11212122, AU11212125, AU11212127, AU11212126, AU11212124, AU11212137, AU11212120, AU11212119

  **Published:** November 2015

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 01, 2015 |
| **Latest Publication Date in Group:** | November 18, 2015 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** James Macari
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** James Macari
391 1st Street Apt #4L, Brooklyn, NY 11215, United States

## Rights and Permissions

**Organization Name:** AUGUST
**Name:** Bill Hannigan
**Email:** bill@augustimage.com
**Telephone:** (121)777-7008x8
**Address:** 793 Broadway 2nd floor
New York NY 10003 United States

## Certification

**Name:** Joe G. Naylor
**Date:** September 22, 2020
**Applicant's Tracking Number:** USCO-06858

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-219-280

**Effective Date of Registration:**
September 22, 2020

**Registration Decision Date:**
October 18, 2020

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   January 01, 2014 to December 16, 2014

## Title

| | |
|---|---|
| **Title of Group:** | Tesh Patel 2014 |
| **Number of Photographs in Group:** | 51 |

- **Individual Photographs:** AU11056039, AU11056041, AU11056042, AU11056043, AU11056044, AU11056045, AU11056049
  **Published:** January 2014

- **Individual Photographs:** AU11056058, AU11056060, AU11056061, AU11056062, AU11056063, AU11056064
  **Published:** March 2014

- **Individual Photographs:** AU11055999, AU11056000, AU11056001, AU11056002, AU11056003, AU11056004, AU11056005, AU11056006, AU11056009, AU11056010, AU11056011, AU11056012
  **Published:** July 2014

- **Individual Photographs:** AU11056125, AU11056126, AU11056127, AU11056128, AU11056129, AU11056130, AU11056132
  **Published:** September 2014

- **Individual Photographs:** AU11053820, AU11053821, AU11053822, AU11053823, AU11053824, AU11053825, AU11053827
  **Published:** November 2014

- **Individual Photographs:** AU11053793, AU11053794, AU11053797, AU11053798, AU11053799, AU11053800, AU11053801, AU11053802, AU11053803, AU11053804, AU11053807, AU11053808
  **Published:** December 2014

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 01, 2014 |
| **Latest Publication Date in Group:** | December 16, 2014 |
| **Nation of First Publication:** | United States |

## Author

**Author:** Tesh Patel
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Tesh Patel
274 Degraw St., Brooklyn, NY 11231, United States

## Rights and Permissions

**Organization Name:** AUGUST
**Name:** Bill Hannigan
**Email:** bill@augustimage.com
**Telephone:** (121)777-7008x8
**Address:** 793 Broadway 2nd floor
New York NY 10003 United States

## Certification

**Name:** Joe G. Naylor
**Date:** September 22, 2020
**Applicant's Tracking Number:** USCO-06835

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-219-286

**Effective Date of Registration:**
September 22, 2020
**Registration Decision Date:**
October 18, 2020



---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:  January 02, 2014 to December 17, 2014

## Title

|  |  |
|---|---|
| **Title of Group:** | Camilla Akrans 2014 |
| **Number of Photographs in Group:** | 355 |

- **Individual Photographs:** AU11140084, AU1993693, AU1993694, AU1993697, AU1993699, AU1993701, AU1993703, AU1993704, AU1993706, AU1993708, AU1993709, AU1993710, AU1993711, AU1993714, AU1993715, AU11139424, AU11139423, AU11139421, AU11139418, AU11139419, AU11139420, AU11139417, AU11139422, AU11139416, AU11139414, AU11139413, AU11139412, AU11139411, AU1993688, AU11139408, AU11139410, AU11139409, AU11139407, AU11139406, AU11139404, AU11139415, AU11139403, AU11139402, AU11144229, AU11144230, AU11144227, AU11144228, AU11144226, AU11144225, AU11144222, AU11144223, AU11144224, AU11144221, AU11144220, AU11144219, AU11144217, AU11140069, AU11140067, AU11140071, AU11140072, AU11140083, AU11140070, AU11140074, AU11140073, AU11140077, AU11140075, AU11140076, AU11140078, AU11140079, AU11140080, AU11140081, AU11140082, AU11140329, AU11140330, AU11140331, AU11140332, AU11140333, AU11140323, AU11140324, AU11140325, AU11140328, AU11140327, AU11140326, AU11139345, AU11139347, AU11139346, AU11139349, AU11139344, AU11139339, AU11139340, AU11139343, AU11139342, AU11139341, AU11140147, AU11140145, AU11140143, AU11140141, AU11140144, AU11140146, AU11140148, AU11140140, AU11140149

  **Published:** January 2014

- **Individual Photographs:** AU11140482, AU11140485, AU11140487, AU11140486, AU11140472, AU11140473, AU11140474, AU11140475, AU11140477, AU11140476, AU11140480, AU11140479, AU11140478, AU11140481, AU11140484, AU11140483, AU11139705, AU11140490, AU11143649, AU11140491, AU11140492, AU11140493, AU11140494, AU11140495, AU11140488, AU11140497, AU11140489

  **Published:** April 2014

- **Individual Photographs:** AU11139190, AU11139192, AU11139191, AU1993650, AU11143431, AU11143428, AU11143429, AU11143430, AU11143432, AU11143433, AU11143427, AU11143434, AU11143435, AU11143436, AU1993666,

AU1993664, AU1993663, AU1993661, AU1993660, AU1993659,
AU1993658, AU1993657, AU1993655, AU1993654, AU1993653,
AU1993651, AU11139618, AU11139619, AU11139617, AU11139620,
AU11139622, AU11139621, AU11139625, AU11139623, AU11139624,
AU11139693, AU11139695, AU11139696, AU11139692, AU11139702,
AU11139698, AU11139697, AU11139700, AU11139699, AU11139701,
AU11139703, AU11143588, AU11143574, AU11143573, AU11143586,
AU11143585, AU11143587, AU11143570, AU11143584, AU11143452,
AU11143583, AU11143579, AU11143576, AU11143578, AU11143580,
AU11143572, AU11144258, AU11144256, AU11144257, AU11144255,
AU11144259, AU11144261, AU11144260, AU11144262, AU11144264,
AU11144263

**Published:**   May 2014

- **Individual Photographs:**   AU11140195, AU11140193, AU11140196, AU11140197, AU11140190,
AU11140194, AU11140192, AU11140199, AU11140203, AU11140200,
AU11140201, AU11140198, AU11140378, AU11140381, AU11140380,
AU11140382, AU11140383, AU11140384, AU11140386, AU11140375,
AU11140374, AU11140372, AU11140373, AU11140376, AU11140377,
AU11140379, AU11143577, AU11143575

**Published:**   June 2014

- **Individual Photographs:**   AU11139686, AU1993672, AU1993676, AU1993671, AU11139685,
AU1993675, AU11139687, AU11139198, AU11139197, AU11139194,
AU11139193

**Published:**   July 2014

- **Individual Photographs:**   AU11139690, AU1993680, AU1993677, AU1993674, AU1993669,
AU1993670, AU1993683, AU11139688, AU11139689, AU1993686,
AU11139691, AU11139694

**Published:**   August 2014

- **Individual Photographs:**   AU11191651, AU11191647, AU11191644, AU11191650, AU11191643,
AU11191645, AU11191633, AU11191634, AU11191652, AU11191648,
AU11191649, AU11191646, AU11140503, AU11140498, AU11140499,
AU11140501, AU11140500, AU11140502, AU11140504, AU11140505,
AU11140506, AU11140508, AU11140512, AU11140514, AU11140513,
AU11140507, AU11140511, AU11140509, AU11140510, AU11143452,
AU11143457, AU11143456, AU11143458, AU11143460, AU11143459,
AU11143462, AU11143461, AU11143463, AU11143464, AU11143466,
AU11143465, AU11143467, AU11143469, AU11143468, AU11143470,
AU11143471, AU11143472, AU11143455, AU11143453, AU11375787,
AU287899, AU11375946, AU11140496, AU11143454, AU11144181,
AU11144185, AU11144178, AU11144179, AU11144180, AU11144184,
AU11144183, AU11144182, AU11144176, AU11144177, AU11144175,
AU11144174

**Published:**   November 2014

- **Individual Photographs:**   AU11139353, AU11139350, AU11139351, AU11139352, AU11139355,
AU11139348, AU11139354, AU11139356, AU11139659, AU11139658,
AU11139657, AU11139663, AU11139661, AU11139660, AU11139662,
AU11139664, AU11139656, AU11139653, AU11139655, AU11139654,
AU11143715, AU11143703, AU11143735, AU11143769, AU11143612,
AU11143610, AU11143807, AU11143736, AU11143619, AU11143614,
AU11143616, AU11143615, AU11143611, AU11143608, AU11143606,
AU11143847, AU11143846, AU11143828, AU11143827, AU11143770,
AU11143674, AU11143683, AU11143702



**Published:** December 2014

## Completion/Publication

**Year of Completion:** 2014
**Earliest Publication Date in Group:** January 02, 2014
**Latest Publication Date in Group:** December 17, 2014
**Nation of First Publication:** Germany

## Author

**Author:** Camilla Akrans
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** Sweden
**Domiciled in:** Sweden

## Copyright Claimant

**Copyright Claimant:** Camilla Akrans
S:t Eriks gatan 43A, Stockholm 112 34, Sweden

## Rights and Permissions

**Organization Name:** AUGUST
**Name:** Bill Hannigan
**Email:** bill@augustimage.com
**Telephone:** (121)777-7008x8
**Address:** 793 Broadway 2nd floor
New York NY 10003 United States

## Certification

**Name:** Joe G. Naylor
**Date:** September 22, 2020
**Applicant's Tracking Number:** USCO-06831

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application

materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = rosales ramona
Search Results: Displaying 6 of 11 entries

◀ **previous**　　**next** ▶



*Ramona Rosales 2017.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002221615 / 2020-10-05 |
| **Application Title:** | Ramona Rosales 2017 |
| **Title:** | Ramona Rosales 2017. [Group registration of published photographs. 346 photographs. 2017-01-01 to 2017-12-27] |
| **Description:** | 346 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Ramona Rosales. Address: 1833 N Garfield Avenue, Pasadena, CA 91104, United States. |
| **Date of Creation:** | 2017 |
| **Publication Date Range:** | 2017-01-01 to 2017-12-27 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Ramona Rosales; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway 2nd floor, New York NY 10003, United States, (121) 777-7008 x8, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2017 (28 photographs): AU11005807, AU11005812, AU11005805, AU11006304, AU11006303, AU11007895, AU11007891, |

AU11007896, AU11007897, AU11007898, AU11007901, AU11007892, AU11007893, AU11007894, AU11007890, AU11217037, AU11217044, AU11217040, AU11016650, AU11016646, AU11016647, AU11016648, AU11016649, AU11016651, AU11016652, AU11016654, AU11217039, AU11217043

Published in October 2017 (29 photographs): AU11162080, AU11162594, AU11162492, AU11164280, AU11164317, AU11191044, AU11207924, AU11217299, AU11164279, AU11191078, AU11191069, AU11164281, AU11164314, AU11163457, AU11207921, AU11207922, AU11207930, AU11217293, AU11208107, AU11164610, AU11164086, AU11164236, AU11164237, AU11163157, AU11163150, AU11164085, AU11161989, AU11162593, AU11162788

Published in November 2017 (24 photographs): AU11191092, AU11191050, AU11191023, AU11191079, AU11191081, AU11208003, AU11164484, AU11164524, AU11164458, AU11164482, AU11163576, AU11163803, AU11162125, AU11162111, AU11163187, AU11163188, AU11162109, AU11229416, AU11162185, AU11162213, AU11162127, AU11163487, AU11163488, AU11163498

Published in December 2017 (31 photographs): AU11163286, AU11163623, AU11161997, AU11162408, AU11164612, AU11164614, AU11162108, AU11227629, AU11227626, AU11227628, AU11227627, AU11216006, AU11216008, AU11215999, AU11216005, AU11216004, AU11216003, AU11216000, AU11215996, AU11208052, AU11200653, AU11244200, AU11244230, AU11244202, AU11244201, AU11244194, AU11244195, AU11244196, AU11244197, AU11244198, AU11244199

Published in February 2017 (11 photographs): AU11025162, AU11025163, AU11025164, AU11079992, AU11016889, AU11016888, AU11022095, AU11022054, AU11022093, AU11022094, AU11022097

Published in March 2017 (22 photographs): AU11080250, AU11080289, AU11080251, AU11080290, AU11078008, AU11077929, AU11077931, AU11077930, AU11078009, AU11024764, AU11024765, AU11024766, AU11024767, AU11024768, AU11024769, AU11024770, AU11024771, AU11217187, AU11217189, AU11217190, AU11217191, AU11217192

Published in April 2017 (33 photographs): AU11080561, AU11080562, AU11080563, AU11080564, AU11080565, AU11080566, AU11080567, AU11080568, AU11080572, AU11080573, AU11080588, AU11080622, AU11080531, AU11079453, AU11079447, AU11079449, AU11079451, AU11079450, AU11079452, AU11079454, AU11079479, AU11079482, AU11079565, AU11079658, AU11079653, AU11079652, AU11079654, AU11079655, AU11079656, AU11079657, AU11079673, AU11079674, AU11079709

Published in May 2017 (29 photographs): AU11077838, AU11220473, AU11220476, AU11220475, AU11077707, AU11077720, AU11077721, AU11077758, AU11077759, AU11077740, AU11077743, AU11077668, AU11077701, AU11077774, AU11077773, AU11077667, AU11077665, AU11079606, AU11079755, AU11079754, AU11079756, AU11079770, AU11079790, AU11079792, AU11079356, AU11079345, AU11079344, AU11079388, AU11079448

Published in June 2017 (28 photographs): AU11080442, AU11080451, AU11080450, AU11080448, AU11163086, AU11163087, AU11163088, AU11163089, AU11163090, AU11163091, AU11163092, AU11163093, AU11163094, AU11163096, AU11163095, AU11163097, AU11163098, AU11163099, AU11163101, AU11163123, AU11079629, AU11079617,

AU11079651, AU11080375, AU11080387, AU11080352, AU11080426, AU11217303

Published in July 2017 (27 photographs): AU11083281, AU11083284, AU11083375, AU11162079, AU11163942, AU11106177, AU11105838, AU11106227, AU11106228, AU11106233, AU11106229, AU11106230, AU11106232, AU11106235, AU11106238, AU11106231, AU11106275, AU11106306, AU11106182, AU11106172, AU11106173, AU11106175, AU11106176, AU11106178, AU11106179, AU11106180, AU11106181

Published in August 2017 (51 photographs): AU11106074, AU11106081, AU11106072, AU11106073, AU11106078, AU11106079, AU11106080, AU11198016, AU11198015, AU11190236, AU11198017, AU11190237, AU11190238, AU11190239, AU11190240, AU11190241, AU11198019, AU11190242, AU11190243, AU11198018, AU11190244, AU11190245, AU11190381, AU11106309, AU11106310, AU11106307, AU11106312, AU11106317, AU11106325, AU11106326, AU11106378, AU11164137, AU11164278, AU11163000, AU11162999, AU11163085, AU11163084, AU11163361, AU11163360, AU11163359, AU11163379, AU11164128, AU11164129, AU11105336, AU11105519, AU11163381, AU11163380, AU11163421, AU11163455, AU11105327, AU11105324

Published in September 2017 (33 photographs): AU11163630, AU11163806, AU11163628, AU11163704, AU11217296, AU11254486, AU11254485, AU11254771, AU11254770, AU11254718, AU11254717, AU11254300, AU11254302, AU11164572, AU11162107, AU11162432, AU11162595, AU11162596, AU11162597, AU11162600, AU11162748, AU11162747, AU11162976, AU11163285, AU11164013, AU11164591, AU11164592, AU11164652, AU11164653, AU11190963, AU11162791, AU11162867, AU11190961

**Names:** [Rosales, Ramona](#)



---

| Save, Print and Email ([Help Page](#)) |
| Select Download Format  Full Record ▾  Format for Print/Save |
| Enter your email address:  [            ]  Email |

---

[Help](#) | [Search](#) | [History](#) | [Titles](#) | [Start Over](#)

[Contact Us](#) | [Request Copies](#) | [Get a Search Estimate](#) | [Frequently Asked Questions (FAQs) about Copyright](#) |
[Copyright Office Home Page](#) | [Library of Congress Home Page](#)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-221-660

**Effective Date of Registration:**
October 05, 2020

**Registration Decision Date:**
November 03, 2020

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 19, 2016 to December 01, 2016

## Title

|  |  |
|---|---|
| **Title of Group:** | Ramona Rosales 2016 |
| **Number of Photographs in Group:** | 295 |

- **Individual Photographs:** AU1865013, AU1865014, AU1865012, AU1865011, AU1865010, AU1865009
  **Published:** January 2016

- **Individual Photographs:** AU1868482, AU1868480, AU1868479, AU1866465
  **Published:** February 2016

- **Individual Photographs:** AU1866466, AU1875691, AU1865015, AU1865016, AU1865017, AU1865019, AU1865018, AU1875681, AU1875682, AU1875683, AU1875684, AU1875685, AU1875686, AU1875687, AU1875688, AU1875689, AU1875690, AU1866468, AU1866471, AU1866470, AU1866472, AU1866467, AU1866469, AU1874354, AU1874355, AU11217311, AU11217310, AU11217314, AU11217312, AU11217308, AU1874352, AU1874351, AU1874353, AU1943938
  **Published:** March 2016

- **Individual Photographs:** AU1914932, AU1912735, AU1914465, AU1914467, AU1914466, AU1913181, AU1913182, AU1914933, AU1913185, AU1913186, AU1913183, AU1913184, AU1913347, AU1913348, AU1874230, AU1875692, AU1874229, AU1875693, AU1875696, AU1875697, AU1875698, AU1875699, AU1875700, AU1875694, AU1875695, AU1874962, AU1874963, AU1913189, AU1914566, AU1915059, AU11001142, AU1913187, AU1913188, AU1914586, AU1914587, AU1915058, AU1914930, AU1914931, AU1913190, AU1914398, AU1914399, AU1913191, AU1915280, AU1915281, AU1915268, AU1912737, AU1915269, AU1915270, AU1915377, AU1915271, AU1915272, AU1915273, AU1915274, AU1915275, AU1915276, AU1915277, AU1915278, AU1915279
  **Published:** April 2016

- **Individual Photographs:** AU1914590, AU1914591, AU1914588, AU1914589, AU1915815, AU1942711, AU1944468, AU1944469, AU1944470, AU1944472, AU1944473, AU1944474

**Published:**   May 2016

- **Individual Photographs:**   AU1913423, AU11217042, AU11217028, AU1913414, AU11217038, AU1913415, AU1913416, AU11217041, AU1913417, AU1913418, AU1913420, AU1912738, AU1914568, AU1914567, AU1913192, AU1913193, AU1914709, AU1914710, AU1914898, AU1914899, AU1913194, AU1914720, AU1943874, AU1943875
   **Published:**   June 2016

- **Individual Photographs:**   AU1942787, AU1943005, AU1943623, AU1943735, AU1943736, AU1943737, AU1943738, AU1943794, AU1943466, AU1943465, AU1943467, AU1944837, AU1944838, AU1944982, AU1944983, AU11217304, AU11217306, AU11217302, AU11217305, AU1943504, AU1943505, AU1943506, AU1992464
   **Published:**   July 2016

- **Individual Photographs:**   AU1943062, AU1943063, AU1943064, AU1943065, AU1943066, AU1943067, AU1943068, AU1943069, AU11217052, AU11217056, AU11217055, AU11217185, AU1943313, AU1943314, AU1943315, AU1943317, AU1943989, AU1943990, AU1943991, AU1943992, AU1943993, AU1943994, AU1943995, AU1943996, AU1943997, AU1943998, AU1943999, AU1944622, AU1944623, AU1944624, AU1944625, AU1944626, AU1944627, AU1944628, AU1944629
   **Published:**   August 2016

- **Individual Photographs:**   AU1944105, AU1944106, AU1944107, AU1944108, AU1944109, AU1944110, AU1944111, AU1944112, AU1944113, AU1944114, AU1944115, AU1944116, AU1944117, AU11217298, AU1945024, AU1945025, AU1945026, AU1945027, AU1945028, AU1945029, AU1945031, AU11217307, AU11217309, AU11217313, AU1944879, AU1944880, AU1944881, AU1944883, AU11004967
   **Published:**   September 2016

- **Individual Photographs:**   AU1952296, AU1952311, AU1952317, AU1952333, AU1952369, AU1952395, AU1952412, AU1952426, AU1952435, AU1952449, AU1952473, AU1952495, AU1952514, AU1952533, AU1952539, AU1952544, AU1952555, AU1952589, AU1952597, AU1952609, AU1952621, AU1952648, AU1952659, AU1952673, AU1952698, AU1952704, AU1952724, AU1952741, AU1952756, AU11217300, AU11217301, AU11005717, AU11006096, AU11006139, AU11006141, AU11006215, AU1988199, AU1993139, AU11005026, AU11005033, AU11005037, AU11005043, AU11005047, AU11005051, AU11005056, AU11005060, AU11078208, AU11078191, AU11078192, AU11078193, AU11078194, AU11078211
   **Published:**   October 2016

- **Individual Photographs:**   AU11004868, AU11004920, AU11004935, AU11005704, AU11005784, AU11006079, AU11004563, AU11004564, AU11004569, AU11016821, AU11016822, AU11016823, AU11016824, AU11016825, AU11016826, AU11016827, AU11016830
   **Published:**   November 2016

- **Individual Photographs:**   AU11022244
   **Published:**   December 2016

# Completion/Publication



**Year of Completion:** 2016
**Earliest Publication Date in Group:** January 19, 2016
**Latest Publication Date in Group:** December 01, 2016
**Nation of First Publication:** United States

## Author

- **Author:** Ramona Rosales
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ramona Rosales
1833 N Garfield Avenue, Pasadena, CA 91104, United States

## Rights and Permissions

**Organization Name:** AUGUST
**Name:** Bill Hannigan
**Email:** bill@augustimage.com
**Telephone:** (121)777-7008x8
**Address:** 793 Broadway 2nd floor
New York NY 10003  United States

## Certification

**Name:** Joe G. Naylor
**Date:** October 05, 2020
**Applicant's Tracking Number:** USCO-06871

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-221-664

**Effective Date of Registration:**
September 29, 2020
**Registration Decision Date:**
November 03, 2020

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 28, 2015 to December 14, 2015

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Ramona Rosales 2015 |
| **Number of Photographs in Group:** | 216 |

- **Individual Photographs:** AU1657060, AU1657059, AU1657058, AU1657061, AU1658596
  **Published:** January 2015

- **Individual Photographs:** AU1593912, AU1593910, AU1593908, AU1593911, AU1593909, AU1593907, AU1659047, AU1659048, AU1659045, AU1659046, AU1657118, AU1657034, AU1657035, AU1657036, AU1657037, AU1657038, AU1659044, AU1657119, AU1604308, AU1604307, AU1659049, AU1659050
  **Published:** February 2015

- **Individual Photographs:** AU1657120, AU1657121, AU1657122, AU1657123, AU1657124, AU1657125, AU1657126, AU1657127, AU1657128, AU1657129, AU1657130, AU1657131, AU1657039, AU1657040, AU1657041, AU1657051, AU1657078, AU1657079, AU1657080, AU1657000, AU1657050, AU1876397, AU1876396
  **Published:** March 2015

- **Individual Photographs:** AU1657194, AU1657042, AU1657043, AU1657044, AU1657045, AU1657046, AU1657047, AU1657048, AU1657049, AU1657062, AU1657063, AU1657192, AU1657064, AU1657193
  **Published:** April 2015

- **Individual Photographs:** AU1657032, AU1657033, AU1657073, AU1657074, AU1657030, AU1657023, AU1657024, AU1657025, AU1657026, AU1657065, AU1657066, AU1657067, AU1657068, AU1657069, AU1657027, AU1657028, AU1657029, AU1657070, AU1657071, AU1657031, AU1657072, AU1766358, AU1766359, AU1766360, AU1766361, AU1766362, AU1766384, AU1766385, AU1766386, AU1766387, AU1766388, AU1656999, AU1657195, AU1657196, AU1657021, AU1657022, AU1657075, AU1657076, AU1657077, AU1657054, AU1657055, AU1657052, AU1657053, AU1656997, AU1656996, AU1656998, AU1657056, AU1657057
  **Published:** May 2015

- **Individual Photographs:** AU1766372, AU1766370, AU1766373, AU1766374, AU1766375, AU1766376, AU1766371, AU1766369
       **Published:** June 2015

- **Individual Photographs:** AU1766379, AU1766383, AU1766380, AU1766381, AU1766406, AU1766382, AU1766363, AU1766366, AU1766368, AU1766396, AU1766398, AU1766399, AU1766400, AU1766401, AU1766402, AU1766403, AU1766404, AU1766405, AU1766365, AU1766364, AU1766397, AU1766408, AU1766409, AU1766407
       **Published:** July 2015

- **Individual Photographs:** AU1766353, AU1766357, AU1766356, AU1766355, AU1766354, AU1766377, AU1766378, AU1800538, AU1766395, AU1800528, AU1800529, AU1800525, AU1800527, AU1800537, AU1801241, AU1800469, AU1766416, AU1766417, AU1766418, AU1766419, AU1766420, AU1800526, AU1800531, AU1800815, AU1800532, AU1800536, AU1766392, AU1766393, AU1766394, AU1766390, AU1766389, AU1766391, AU1838415, AU1766413, AU1766412, AU1766414, AU1766411, AU1801238, AU1800816, AU1801237, AU1798480, AU1800530, AU1949152, AU1801242, AU1803847, AU1800539, AU1800540, AU1803846
       **Published:** August 2015

- **Individual Photographs:** AU1766410, AU1766415
       **Published:** September 2015

- **Individual Photographs:** AU1866464, AU1866461, AU1866462, AU1864997, AU1868559, AU1866463, AU1866460, AU1868562, AU1868560, AU1868563, AU1865008, AU1865007, AU1864999, AU1864998
       **Published:** November 2015

- **Individual Photographs:** AU1865000, AU1865002, AU1865003, AU1865006, AU1865004, AU1865005, AU1865001, AU1866150
       **Published:** December 2015

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2015 |
| **Earliest Publication Date in Group:** | January 28, 2015 |
| **Latest Publication Date in Group:** | December 14, 2015 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Ramona Rosales |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant



**Copyright Claimant:** Ramona Rosales
1833 N Garfield Avenue, Pasadena, CA 91104, United States

## Rights and Permissions

**Organization Name:** AUGUST
**Name:** Bill Hannigan
**Email:** bill@augustimage.com
**Telephone:** (121)777-7008x8
**Address:** 793 Broadway 2nd floor
New York NY 10003 United States

## Certification

**Name:** Joe G. Naylor
**Date:** September 29, 2020
**Applicant's Tracking Number:** USCO-06867

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-227-640

**Effective Date of Registration:**
November 11, 2020
**Registration Decision Date:**
December 14, 2020



## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    **For Photographs Published:** January 21, 2014 to October 31, 2014

## Title
___

| | |
|---|---|
| **Title of Group:** | Brian Bowen Smith 2014 |
| **Number of Photographs in Group:** | 497 |

- **Individual Photographs:** AU1402067, AU1402064, AU1402065, AU1402063, AU1402062, AU1402061, AU1402066
  **Published:** January 2014

- **Individual Photographs:** AU1408599, AU1408603, AU1408605, AU1408602, AU1408604, AU1408598, AU1408597, AU1408600, AU1408586, AU1408580, AU1408579, AU1408582, AU1408584, AU1408578, AU1408581, AU1408585, AU1408583, AU1843760, AU1214959, AU11214971, AU11214972, AU11214974, AU11214973, AU11214975, AU1845656, AU11214960, AU11214957, AU11214958, AU11214970, AU11214969, AU1424003, AU1424005, AU1424007, AU1424006, AU1424004, AU1408595, AU1408596, AU1408601, AU1423899, AU1423897, AU1423896, AU1423895, AU1423894, AU1423893, AU1423892, AU1423891, AU1423889, AU1423890, AU1523064, AU1523063, AU1523062, AU1523061, AU1523060, AU1523071, AU1408592, AU1408587, AU1408594, AU1408590, AU1408591, AU1408593, AU1408588, AU1408589, AU1423898, AU1523072, AU1523070, AU1523068, AU1523069, AU1523066, AU1523067, AU1523065
  **Published:** February 2014

- **Individual Photographs:** AU1420528, AU1420526, AU1420524, AU1420521, AU1420522, AU1420520, AU1420525, AU1420523, AU1420534, AU1420532, AU1420533, AU1420531, AU1420529, AU1420530, AU1420527
  **Published:** March 2014

- **Individual Photographs:** AU1449795, AU1449813, AU1449797, AU1449792, AU1449802, AU1449794, AU1449796, AU1449798, AU1449799, AU1449803, AU1449804, AU1449806, AU1449807, AU1449808, AU1449810, AU1449793, AU1449811, AU1449809, AU1449812, AU1449800, AU1449801, AU1449805, AU1449815, AU1449816, AU1449814
  **Published:** April 2014

- **Individual Photographs:** AU1460892, AU1460896, AU1460900, AU1460899, AU1460898,

AU1460897, AU1460894, AU1460893, AU1460895, AU1524042, AU1524041, AU1524040, AU1524035, AU1524034, AU1524037, AU1524036, AU1524044, AU1524043, AU1524031, AU1524030, AU1524039, AU1524038, AU1524033, AU1524032, AU240343, AU240330, AU240344, AU1576595, AU1576600, AU1452984, AU1452986, AU1452985, AU1576591, AU1576594, AU1576599, AU1576590, AU1576598, AU1576597, AU1576593, AU1576592

**Published:** May 2014

- **Individual Photographs:** AU1572967, AU1572969, AU1572962, AU1572963, AU1572964, AU1572965, AU1572966, AU1572968

   **Published:** June 2014

- **Individual Photographs:** AU1497367, AU1497370, AU1497369, AU1497375, AU1497374, AU1497371, AU1497373, AU1497372, AU1497368

   **Published:** July 2014

- **Individual Photographs:** AU1665070, AU1665068, AU1665067, AU1665066, AU1665064, AU1665063, AU1665062, AU1665100, AU1665099, AU1665098, AU1665097, AU1665096, AU1665095, AU1665094, AU1665093, AU1665092, AU1665091, AU1665090, AU1665089, AU1665088, AU1665087, AU1665086, AU1665081, AU1665076, AU1665065, AU1665056, AU1497352, AU1497351, AU1497350, AU1497353, AU1497363, AU1497357, AU1497356, AU1497362, AU1497361, AU1497355, AU1497354, AU1497366, AU1497365, AU1497360, AU1497359, AU1497358, AU1497364, AU1497349, AU1497348, AU1665058, AU1665057, AU1665055, AU1665054, AU1665053, AU1665052, AU1665051, AU1665080, AU1665079, AU1665078, AU1665077, AU1665075, AU1665085, AU1665084, AU1665083, AU1665082, AU1665061, AU1665060, AU1665059, AU1665074, AU1665073, AU1665072, AU1665071, AU1665069, AU1497343, AU1497344, AU1497345, AU1497346, AU1497347, AU1497338, AU1497337, AU1497336, AU1497339, AU1497340, AU1497341, AU1497342, AU1666418, AU1666420, AU1666419, AU1666421, AU1666422, AU1666423, AU1666424, AU1666425, AU1666427, AU1666428, AU1666429, AU1666426, AU1666430, AU1666431, AU1666432, AU1515830, AU1515829, AU1515828, AU1515827, AU1515826, AU1515825, AU1666452, AU1666451, AU1666450, AU1666449, AU1666448, AU1666446, AU1666447, AU1666445, AU1666441, AU1666444, AU1666442, AU1666443, AU1666439, AU1666440, AU1666433, AU1666438, AU1666437, AU1666436, AU1666435, AU1666434, AU1666417

   **Published:** August 2014

- **Individual Photographs:** AU1761375, AU1780137, AU1780142, AU1780141, AU1780140, AU1780139, AU1780134, AU1780136, AU1780135, AU1780155, AU1780153, AU1780152, AU1780151, AU1780150, AU1780148, AU1780147, AU1780146, AU1780149, AU1780138, AU1780144, AU1780143, AU1780145, AU1761385, AU1761384, AU1761376, AU1761377, AU1761383, AU1761382, AU1761374, AU1761381, AU1761380, AU1761379, AU1761378, AU1651662, AU1651668, AU1651663, AU1651664, AU1651665, AU1651669, AU1651660, AU1651670, AU1651672, AU1651673, AU1651674, AU1651667, AU1651658, AU1651659, AU1651671, AU1651661, AU1605704, AU1605705, AU1605707, AU1605706, AU1605708, AU1605709, AU1651666

   **Published:** September 2014



| | |
|---|---|
| • **Individual Photographs:** | AU1513167, AU1513168, AU1513169, AU1513165, AU1513166, AU1814837, AU1814838, AU1814839, AU1814816, AU1814817, AU1814818, AU1814827, AU1814828, AU1814829, AU1814830, AU1814831, AU1814832, AU1814833, AU1814819, AU1814820, AU1814821, AU1814822, AU1814810, AU1814812, AU1814813, AU1814740, AU1814741, AU1814742, AU1814743, AU1814744, AU1814762, AU1814763, AU1814764, AU1814765, AU1814814, AU1814815, AU1814807, AU1814808, AU1814809, AU1814766, AU1814767, AU1814768, AU1814769, AU1814770, AU1814771, AU1814772, AU1814773, AU1814774, AU1814775, AU1814776, AU1814777, AU1814778, AU1814779, AU1814745, AU1814746, AU1814747, AU1814748, AU1814749, AU1814750, AU1814751, AU1814752, AU1814753, AU1814754, AU1814755, AU1814756, AU1814757, AU1814758, AU1814759, AU1814760, AU1814761, AU1814736, AU1814737, AU1814738, AU1814739, AU1814797, AU1814784, AU1814789, AU1814811, AU1814823, AU1814790, AU1814791, AU1814792, AU1814793, AU1814794, AU1814795, AU1814796, AU1814809, AU1814798, AU1814799, AU1814800, AU1814801, AU1814802, AU1814803, AU1814804, AU1814805, AU1814806, AU1814824, AU1814825, AU1814826, AU1814834, AU1814835, AU1814836, AU1814810, AU1814812, AU1814813, AU1814814, AU1814815, AU1814807, AU1814808, AU1813791, AU1813792, AU1813793, AU1813794, AU1813795, AU1813796, AU1813797, AU1813798, AU1813799, AU1813800, AU1813801, AU1813802, AU1813803, AU1813804, AU1813805, AU1813806, AU1813807, AU1813808, AU1813809, AU1813810, AU1813811, AU1813812, AU1813813, AU1813814, AU1813815, AU1813817, AU1813818, AU1813819, AU1813789, AU1813816, AU1813820, AU1813786, AU1813787, AU1813788, AU1813790 |
| **Published:** | October 2014 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | January 21, 2014 |
| **Latest Publication Date in Group:** | October 31, 2014 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Brian Bowen Smith |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Brian Bowen Smith |
| | 5910 Fairview pl, Agoura Hills, CA 91301, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AUGUST |
| **Name:** | Bill Hannigan |
| **Email:** | bill@augustimage.com |
| **Telephone:** | (121)777-7008x8 |
| **Address:** | 793 Broadway 2nd floor |
| | New York NY 10003  United States |

## Certification

| | |
|---|---|
| **Name:** | Joe G. Naylor |
| **Date:** | November 11, 2020 |
| **Applicant's Tracking Number:** | USCO-07001 |

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-227-659

**Effective Date of Registration:**
November 09, 2020
**Registration Decision Date:**
December 14, 2020

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** January 26, 2017 to December 15, 2017

## Title

| | |
|---|---|
| **Title of Group:** | Miller Mobley 2017 |
| **Number of Photographs in Group:** | 239 |

- **Individual Photographs:** AU11083120, AU11083117, AU11083115, AU11083116, AU11083114, AU11083113, AU11083112, AU11083111, AU11083110, AU11083109, AU11083108, AU11083107, AU11083106
  **Published:** January 2017

- **Individual Photographs:** AU11083471, AU11083452, AU11083401, AU11083400, AU11083399, AU11083398, AU11083386, AU11083382, AU11083381, AU11083380, AU11083379, AU11083378, AU11083377, AU11083376, AU11083639, AU11083614, AU11083557, AU11083556, AU11083554, AU11083555, AU11083552, AU11083553, AU11083550, AU11083551, AU11083549, AU11083548, AU11083508, AU11083507, AU11083478, AU11083477, AU11083476, AU11083475, AU11083474, AU11083472, AU11083473
  **Published:** February 2017

- **Individual Photographs:** AU11083147, AU11083146, AU11083145, AU11083144, AU11083131, AU11083122, AU11083121, AU11083119, AU11083118, AU11083843, AU11083785, AU11083786, AU11083784, AU11083783, AU11083779
  **Published:** March 2017

- **Individual Photographs:** AU11084135, AU11084108, AU11084106, AU11084109, AU11084090, AU11084088, AU11084083, AU11084081, AU11084221, AU11084214, AU11084213, AU11084210, AU11084209, AU11084208, AU11084207, AU11084184, AU11084182, AU11084143, AU11084142, AU11084134, AU11099399, AU11099400, AU11099401, AU11099402, AU11099403, AU11099404, AU11099405, AU11099406, AU11099407, AU11099408, AU11099409, AU11099410, AU11099411, AU11099412, AU11099413, AU11099414, AU11099415, AU11099416, AU11083637, AU11083638, AU11083661, AU11083662, AU11083702
  **Published:** April 2017

- **Individual Photographs:** AU11082985, AU11082982, AU11082981, AU11082987, AU11083094, AU11082978, AU11082977, AU11082989, AU11082979, AU11082980, AU11082983, AU11099363, AU11082984, AU11082976, AU11082975,

AU11083276, AU11083277, AU11083278, AU11083279, AU11083280, AU11083299, AU11083300, AU11083350, AU11083351, AU11083374, AU11161883

**Published:**   May 2017

Copyright Claimant

- **Individual Photographs:**   AU11083735, AU11083736, AU11083737, AU11083778, AU11083777, AU11108762, AU11108763, AU11108764, AU11108765, AU11108766, AU11108767, AU11108768, AU11108769, AU11095625, AU11095626, AU11095627, AU11095628, AU11095629, AU11095630, AU11095631, AU11095632

   **Published:**   June 2017

- **Individual Photographs:**   AU11114167, AU11114168, AU11114169, AU11114170, AU11114171, AU11114172, AU11114173, AU11114174, AU11114175

   **Published:**   July 2017

- **Individual Photographs:**   AU11114050, AU11114051, AU11114052, AU11114053, AU11114054, AU11193182, AU11193183, AU11193184, AU11290768, AU11114026, AU11114027, AU11114028, AU11114029, AU11114030, AU11114031, AU11114032, AU11114033, AU11114034, AU11114035, AU11114036, AU11114037, AU11114038, AU11114039, AU11114040, AU11114041, AU11114042, AU11114043

   **Published:**   August 2017

- **Individual Photographs:**   AU11108910, AU11108911, AU11108912, AU11108913, AU11108914, AU11108915, AU11108976, AU11108977, AU11117411, AU11117412

   **Published:**   September 2017

- **Individual Photographs:**   AU11155640, AU11155641, AU11155642, AU11155643, AU11155644, AU11155645

   **Published:**   November 2017

- **Individual Photographs:**   AU11161891, AU11161893, AU11161894, AU11161896, AU11161897, AU11161898, AU11161900, AU11161901, AU11197065, AU11197066, AU11197067, AU11197068, AU11197069, AU11197070, AU11196933, AU11196939, AU11196940, AU11196941, AU11196942, AU11196943, AU11196913, AU11196914, AU11196915, AU11196916, AU11196917, AU11196918, AU11196919, AU11196920, AU11196921, AU11197049, AU11197050, AU11197051, AU11197052, AU11453577

   **Published:**   December 2017

## Completion/Publication

**Year of Completion:**   2017
**Earliest Publication Date in Group:**   January 26, 2017
**Latest Publication Date in Group:**   December 15, 2017
**Nation of First Publication:**   United States

## Author

- **Author:**   Miller Mobley
   **Author Created:**   photographs
   **Work made for hire:**   No



**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Miller Mobley
100 Azalea Rd., Birmingham, AL 35213, United States

## Rights and Permissions

**Organization Name:** AUGUST
**Name:** Bill Hannigan
**Email:** bill@augustimage.com
**Telephone:** (121)777-7008x8
**Address:** 793 Broadway 2nd floor
New York NY 10003 United States

## Certification

**Name:** Joe G. Naylor
**Date:** November 09, 2020
**Applicant's Tracking Number:** USCO-06965

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be
registered on one application with one filing fee only under limited
circumstances. ALL of the following are required: 1. All photographs (a) were
created by the same author AND (b) were owned by the same copyright claimant
AND (c) were published in the same calendar year AND 2. The group contains
750 photographs or less AND 3. A sequentially numbered list of photographs
containing the title, file name and month of publication for each photograph
included in the group must be uploaded along with other required application
materials. The list must be submitted in an approved document format such as
.XLS or .PDF. The file name for the numbered list must contain the title of the
group and the Case Number assigned to the application.

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-227-708

**Effective Date of Registration:**
December 05, 2020
**Registration Decision Date:**
December 14, 2020

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
      **For Photographs Published:**   January 01, 2001 to December 14, 2001

## Title



          **Title of Group:**   Andrew Eccles 2001
**Number of Photographs in Group:**   182

-  **Individual Photographs:**   AU1271500, AU1271501, AU1271502, AU1270877, AU1270878,
AU1270879, AU1270880, AU1270881, AU1270882, AU1270883,
AU1270884, AU1270885, AU1270886, AU1270887, AU1270888,
AU1270889, AU1270890, AU1270891, AU1270892, AU1268155,
AU1268156, AU1268157, AU1268158, AU1268159, AU1268160,
AU1268161, AU1268162, AU1268163, AU1271494, AU1271495,
AU1271496, AU1271497, AU1271498, AU1271499
          **Published:**   January 2001

-  **Individual Photographs:**   AU1270325, AU1270326, AU1270327, AU1270321, AU1270322,
AU1270323, AU1270324, AU1270579, AU1270580, AU1270581,
AU1270582, AU1270584, AU1270583, AU1270573, AU1270574,
AU1270575, AU1270576, AU1270577, AU1270578
          **Published:**   February 2001

-  **Individual Photographs:**   AU1240810, AU1270222, AU1270223, AU1270224, AU1270225,
AU1270226, AU1270227, AU1270228, AU1270229, AU1270230,
AU1240801, AU1240802, AU1240803, AU1240804, AU1240805,
AU1240806, AU1240807, AU1240808, AU1240809
          **Published:**   March 2001

-  **Individual Photographs:**   AU1270656, AU1270654, AU1270655, AU1271342, AU1271341,
AU1271340, AU1270183, AU1270182, AU1270181, AU1270180,
AU1270179, AU1270178, AU1270661, AU1270660, AU1270659,
AU1270658, AU1270657, AU1270429, AU1270464, AU1270463,
AU1270462, AU1270461, AU1270460, AU1270459, AU1270458,
AU1270457, AU1270746, AU1270745, AU1270744, AU1270743,
AU1270742, AU1270741, AU1270740, AU1270430, AU1270428
          **Published:**   April 2001

-  **Individual Photographs:**   AU1271047, AU1271048, AU1271049, AU1271050, AU1271051,
AU1271052, AU1271046, AU1271041, AU1271042, AU1271043,
AU1271044, AU1271045

Published: June 2001

- **Individual Photographs:** AU1271094, AU1271093, AU1271092
  **Published:** July 2001

- **Individual Photographs:** AU1271040, AU1271037, AU1271038, AU1271039, AU1271034, AU1271035, AU1271036, AU1270828, AU1270829, AU1270827, AU1270826, AU1270825
  **Published:** August 2001

- **Individual Photographs:** AU1270633, AU1270632, AU1270631
  **Published:** September 2001

- **Individual Photographs:** AU1270984, AU1270985, AU1270986, AU1270451, AU1270452, AU1270980, AU1270788, AU1270789, AU1270790, AU1270791, AU1270792, AU1270793, AU1270794, AU1270795, AU1270796, AU1270797, AU1270798, AU1270799, AU1270800, AU1270801, AU1270802, AU1270803, AU1270804, AU1270971, AU1270972, AU1270973, AU1270974, AU1270975, AU1270976, AU1270977, AU1270978, AU1270979, AU1270981, AU1270982, AU1270983, AU1270453, AU1270454, AU1270455, AU1270456
  **Published:** November 2001

- **Individual Photographs:** AU1269845, AU1269841, AU1269846, AU1269842, AU1269843, AU1269844
  **Published:** December 2001

## Completion/Publication

**Year of Completion:** 2001
**Earliest Publication Date in Group:** January 01, 2001
**Latest Publication Date in Group:** December 14, 2001
**Nation of First Publication:** United States

## Author

- **Author:** Andrew Eccles
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Andrew Eccles
4227 McLaughlin Ave PH 1, Los Angeles CA 90066, United States

## Rights and Permissions

**Organization Name:** AUGUST



**Name:** Bill Hannigan
**Email:** bill@augustimage.com
**Telephone:** (121)777-7008x8
**Address:** 793 Broadway, 2nd floor
New York, NY 10003 United States

## Certification

**Name:** Joe G. Naylor
**Date:** December 04, 2020
**Applicant's Tracking Number:** USCO-07043

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-227-859

**Effective Date of Registration:**
December 05, 2020
**Registration Decision Date:**
December 15, 2020

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 17, 2016 to December 16, 2016

## Title

| | |
|---|---|
| **Title of Group:** | Victor Demarchelier 2016 |
| **Number of Photographs in Group:** | 270 |

- **Individual Photographs:** AU1015127, AU1015126, AU1015125, AU1015124, AU1015123, AU1015122, AU1015121, AU1015120, AU1015128, AU1015118, AU1015117, AU1015119, AU1015110, AU1015111, AU1015112, AU1015113, AU1015114, AU1015115, AU1015116
  **Published:** January 2016

- **Individual Photographs:** AU1015143, AU1015144, AU1015140, AU1015142, AU1993951, AU1993943, AU1993944, AU1993945, AU1993947, AU1993948, AU1993949, AU1993950
  **Published:** February 2016

- **Individual Photographs:** AU1015138, AU1015136
  **Published:** March 2016

- **Individual Photographs:** AU1015087, AU1015088, AU1015089, AU1015090, AU1015091, AU1015092, AU1015093, AU1015094, AU1015096, AU1015095, AU1015097, AU1015101, AU1015102, AU1015098, AU1015099, AU1015100, AU1015086
  **Published:** April 2016

- **Individual Photographs:** AU1015031, AU1015033, AU1015021, AU1015022, AU1015023, AU1015024, AU1015025, AU1015034, AU1015026, AU1015027, AU1015028, AU1015029, AU1015030, AU1015032, AU1015104, AU1015103, AU1015105, AU1015106, AU1015107, AU1015108, AU1015109, AU1015132, AU1015133, AU1298213, AU1015129, AU1015130, AU1015131, AU1298225, AU1298227, AU1298228, AU1298230, AU1298233, AU1298235, AU1298215, AU1298217, AU1298219, AU1298221, AU1298222
  **Published:** May 2016

- **Individual Photographs:** AU1015084, AU1015074, AU1015076, AU1015075, AU1015078, AU1015079, AU1015077, AU1015080, AU1015081, AU1015082, AU1015083, AU1015085, AU11022608, AU11022600, AU11022601,

Page 1 of 3

AU11022602, AU11022603, AU11022604, AU11022605, AU11022606,
AU11022607, AU11022609, AU11022610, AU11022615, AU1993903,
AU1993904, AU1993907, AU11022543, AU11022544, AU297834,
AU297839, AU297840, AU297841, AU297844, AU297858, AU297908,
AU297909, AU297891, AU297911, AU297906, AU297916, AU11022541,
AU11022542, AU297919, AU297917

**Published:**     June 2016

- **Individual Photographs:**     AU11022528, AU1993930, AU1993942, AU1993940, AU1993939,
AU1993938, AU1993937, AU1993935, AU1993934, AU1993933,
AU1993932, AU1993929, AU11017583, AU11017569, AU11017570,
AU11017571, AU11017572, AU11017573, AU11017574, AU11017575,
AU11017576, AU11017577, AU11017578, AU11017579, AU11017580,
AU11017581, AU11017582, AU11017552, AU11017549, AU11017550,
AU11017551, AU11017553

**Published:**     July 2016

- **Individual Photographs:**     AU11016444, AU11016443, AU11016445, AU11016447, AU11016446,
AU11016448, AU11016450, AU11016449, AU11016452, AU11016451,
AU11016453, AU11016454, AU11016455, AU11016456

**Published:**     August 2016

- **Individual Photographs:**     AU11015008, AU11015009, AU11015015, AU11015016, AU11015017,
AU11015019, AU11015018, AU11016554, AU11016555, AU11016557,
AU11016559, AU11016458, AU11016457, AU11016544, AU11016548,
AU11016539, AU11016540, AU11016541, AU11016542, AU11016543,
AU11016545, AU11016546, AU11015020

**Published:**     September 2016

- **Individual Photographs:**     AU11017532, AU11017530, AU11016510, AU11016508, AU11016509,
AU11016511, AU11016518, AU11016520, AU11016521, AU11016529,
AU11016530, AU11016531

**Published:**     October 2016

- **Individual Photographs:**     AU11016429, AU11016417, AU11016424, AU11016423, AU11016425,
AU11016427, AU11016426, AU11016428, AU11017538, AU11017534,
AU11017535, AU11017536, AU11017537, AU11017540, AU11022585,
AU11022576, AU11022577, AU11022578, AU11022579, AU11022580,
AU11022581, AU11022582, AU11022583, AU11022584, AU11022586

**Published:**     November 2016

- **Individual Photographs:**     AU11017556, AU11017554, AU11017555, AU11017557, AU11017558,
AU11017559, AU11017560, AU11017561, AU11017562, AU297339,
AU297341, AU297343, AU297345, AU297496, AU297511, AU297512,
AU297524, AU297338, AU11022540, AU11024086, AU11022539,
AU11022523, AU11022524, AU11022526, AU11022531, AU11022538,
AU11022527, AU11022537, AU11022536, AU11022520, AU11022532

**Published:**     December 2016

## Completion/Publication

**Year of Completion:**     2016
**Earliest Publication Date in Group:**     January 17, 2016
**Latest Publication Date in Group:**     December 16, 2016
**Nation of First Publication:**     United States



## Author

- **Author:** Victor Demarchelier
- **Author Created:** photographs
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Victor Demarchelier
250 West street Apt 9H, New York, NY 10013, United States

## Rights and Permissions

- **Organization Name:** AUGUST
- **Name:** Bill Hannigan
- **Email:** bill@augustimage.com
- **Telephone:** (121)777-7008x8
- **Address:** 793 Broadway, 2nd floor
  New York, NY 10003 United States

## Certification

- **Name:** Joe G. Naylor
- **Date:** December 04, 2020
- **Applicant's Tracking Number:** USCO-07039

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) were owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-227-879

**Effective Date of Registration:**
October 12, 2020
**Registration Decision Date:**
December 15, 2020

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**  January 03, 2014 to December 26, 2014

## Title

| | |
|---|---|
| **Title of Group:** | Austin Hargrave 2014 |
| **Number of Photographs in Group:** | 425 |

- **Individual Photographs:** AU11068788, AU11068799, AU11068800, AU11068801, AU11068802, AU11068803, AU11068804, AU11068805, AU11068806, AU11068807, AU11068808, AU11068809, AU11068810, AU11068811, AU11068777, AU11068778, AU11068776, AU11068779, AU11068780, AU11068781, AU11068782, AU11068783, AU11068784, AU11068785, AU11068786, AU11068787, AU11068789, AU11068790, AU11068791, AU11068792, AU11068793, AU11068794, AU11068795, AU11068796, AU11068797, AU11068798, AU11311141, AU11311142, AU1671328, AU11095890, AU11095888, AU11095889, AU11384443, AU11384444, AU11384442, AU11384446, AU11384447, AU11384448
  **Published:** January 2014

- **Individual Photographs:** AU1478331, AU1402364, AU1402365, AU1402366, AU1402367, AU1478330, AU1465092, AU1464801, AU1465093, AU1465094, AU1465091, AU1447573, AU1464777, AU1464778, AU1464779, AU1464771, AU1464772, AU1464774, AU1464775, AU1464776
  **Published:** February 2014

- **Individual Photographs:** AU1807294, AU1940256, AU11426550, AU1805874, AU1808322, AU1807287, AU1807288, AU1807289, AU1807290, AU1805876, AU1805873, AU1483310, AU1483295, AU1483300, AU1483311, AU1483323, AU1483293, AU1483306, AU1483307, AU1483296, AU1593396, AU1593395, AU1511878
  **Published:** March 2014

- **Individual Photographs:** AU1456356, AU1456357, AU1852544, AU1852546, AU1852545, AU1449825, AU1449829, AU1449830, AU1449827, AU1449826, AU1449828
  **Published:** April 2014

- **Individual Photographs:** AU1756833, AU1756834, AU1756835, AU1456374, AU1456373, AU1456378, AU1456380, AU1456371, AU1456376, AU11023727, AU11023728, AU11084276, AU11084275

**Published:**    May 2014

- **Individual Photographs:**    AU1472032, AU1472031, AU1472033, AU1472034, AU1462363,
  AU1462361, AU1462362, AU1462365, AU1462364, AU1462366,
  AU1462367, AU1462368, AU1462254, AU1462258, AU1462259,
  AU1483302, AU1483304, AU1483303, AU1462253

  **Published:**    June 2014

- **Individual Photographs:**    AU1491485, AU1491481, AU1491480, AU1491482, AU1491483,
  AU1491484, AU1464881, AU1464883, AU1464885, AU1464882,
  AU1926697, AU1464826, AU1464827, AU1464828, AU1464829,
  AU1464830, AU1464831, AU1464832, AU1464773, AU1510649,
  AU1510650, AU1510651

  **Published:**    July 2014

- **Individual Photographs:**    AU1663815, AU1663814, AU1478341, AU1478334, AU11082361,
  AU1478332, AU11082364, AU1478333, AU1478336, AU1478337,
  AU1478338, AU1478335, AU1478339, AU1478340, AU11082366

  **Published:**    August 2014

- **Individual Photographs:**    AU1903447, AU1903446, AU1903448, AU1509501, AU1509500,
  AU1509502, AU1520291, AU1520292, AU1520290, AU1520288,
  AU1520289, AU1510654, AU1502855, AU1502856, AU1525540,
  AU1902078, AU1510737, AU1510738, AU1502874, AU1502873,
  AU1510739, AU1510733, AU1510732, AU1510734, AU1510735,
  AU1502834, AU1510740, AU1525541, AU1525542, AU1525537,
  AU1525536, AU1525543, AU1510746, AU1510745, AU1510744,
  AU1510743, AU1510742, AU1510741, AU1502854, AU1568529,
  AU1568530, AU1509421, AU1502814, AU1510749, AU1510748,
  AU1502843, AU1510747, AU1502842, AU1510751, AU1510750,
  AU1502826, AU1502827, AU1502828, AU1510652, AU1510754,
  AU1510755, AU1510756, AU1510762, AU1510783, AU1510782,
  AU1510784, AU1510785, AU1510787, AU1510792, AU1510793,
  AU1510794, AU1876477, AU1876483, AU11010015, AU11010017,
  AU1502861, AU1502860, AU1510753, AU1510752, AU1510789,
  AU1510788, AU1510780, AU1510781, AU1510786, AU1510779,
  AU1510778, AU1510791, AU1510796, AU1502805, AU1510795,
  AU1502816, AU1510797, AU1510798, AU1510799, AU1510800,
  AU1510801, AU1502838, AU1510758, AU1502830, AU1510757,
  AU1510764, AU1510653, AU1502864, AU1510759, AU1510760,
  AU1510763, AU1509488, AU1502841, AU1509486, AU1509487,
  AU1509505, AU1509504, AU1502829, AU1508977, AU1508978,
  AU1508979, AU1508974, AU1508973, AU1508981, AU1502809,
  AU1508972, AU1508971, AU1502858, AU1502857, AU1508966,
  AU1508967, AU1508968, AU1502819, AU1508970, AU1508969,
  AU1502807, AU1502806, AU1502818, AU1502823, AU1502844,
  AU1502845, AU1508963, AU1508964, AU1508965, AU1508976,
  AU1508975, AU1508980, AU1509420, AU1502824, AU1502836,
  AU1509412, AU1502837, AU1502835, AU1509405, AU1509407,
  AU1509406, AU1509408, AU1509424, AU1502825, AU1509425,
  AU1509426, AU1509427, AU1502817, AU1509422, AU1509423,
  AU1502863, AU1502862, AU1502846, AU1509432, AU1509434,
  AU1509433, AU1509414, AU1509416, AU1509415, AU1509417,
  AU1509418, AU1509419, AU1509409, AU1509411, AU1509430,
  AU1509431, AU1509429

  **Published:**    September 2014



- **Individual Photographs:** AU1502820, AU1509428, AU1502815, AU1502840, AU1502833, AU1509495, AU1508830, AU1510975, AU1502821, AU1510977, AU1510979, AU1509507, AU1502831, AU1509508, AU1509510, AU1509494, AU1510978, AU1510980, AU1510976, AU1509490, AU1509489, AU1509491, AU1509493, AU1502839, AU1509492, AU1502852, AU1502853, AU1509498, AU1509509, AU1502822, AU1502832, AU1509497, AU1509503, AU1509499, AU1502859, AU1509506, AU1509496
- **Published:** September 2014

- **Individual Photographs:** AU1521480, AU1521485, AU1521490, AU1521489, AU1521488, AU11306810, AU1521478, AU1521476, AU11269144, AU11269145, AU11269146, AU11269147, AU11269537, AU11306476, AU1521481, AU1521482, AU1521491, AU1521492, AU1511912, AU1511883, AU1511879, AU1511882, AU1511918, AU1511917, AU1511916, AU1520294, AU1520293, AU1521487, AU1521483, AU1521484, AU1521486, AU1521477, AU1511913, AU1511914, AU1511915, AU1511919, AU1511920, AU1511881, AU1511880
- **Published:** October 2014

- **Individual Photographs:** AU1520277, AU1520275, AU1520276
- **Published:** November 2014

- **Individual Photographs:** AU1523501, AU1603719, AU1680503
- **Published:** December 2014

## Completion/Publication

**Year of Completion:** 2014
**Earliest Publication Date in Group:** January 03, 2014
**Latest Publication Date in Group:** December 26, 2014
**Nation of First Publication:** United States

## Author

- **Author:** Austin Hargrave
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United Kingdom
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Austin Hargrave
1835 N Avenue 51, Los Angeles, CA 90042, United States

## Rights and Permissions

**Organization Name:** AUGUST
**Name:** Bill Hannigan

| | |
|---:|---|
| **Email:** | bill@augustimage.com |
| **Telephone:** | (121)777-7008x8 |
| **Address:** | 793 Broadway 2nd floor |
| | New York NY 10003 United States |

## Certification

| | |
|---:|---|
| **Name:** | Joe G. Naylor |
| **Date:** | October 12, 2020 |
| **Applicant's Tracking Number:** | USCO-06875 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-229-550

**Effective Date of Registration:**
November 02, 2020
**Registration Decision Date:**
December 29, 2020

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   January 13, 2014 to December 07, 2014

## Title 

| | |
|---|---|
| **Title of Group:** | Miller Mobley 2014 |
| **Number of Photographs in Group:** | 170 |

• **Individual Photographs:** AU1852703, AU1852706, AU1852701, AU1852704, AU1852702, AU1852705, AU1839637, AU1839634, AU1839635, AU1839626, AU1839636, AU1839639, AU1839631, AU1839633, AU1839630, AU1839629, AU1839628, AU1839627
  **Published:** January 2014

• **Individual Photographs:** AU11011282, AU11011276, AU11011283
  **Published:** February 2014

• **Individual Photographs:** AU11307014, AU11307015, AU11307012, AU11307013
  **Published:** March 2014

• **Individual Photographs:** AU1852553, AU1852552, AU1852549, AU1852547, AU1852548, AU1852550, AU1852551, AU1860578, AU1860577
  **Published:** April 2014

• **Individual Photographs:** AU1836998, AU1836995, AU1836997, AU1836994, AU1836993, AU1836996, AU1973012, AU1949241, AU1949240, AU1853225, AU1853223, AU1853224
  **Published:** May 2014

• **Individual Photographs:** AU1837731, AU1837732, AU1837733, AU1837728, AU1837729, AU1837730, AU1853214, AU1853215, AU1853520, AU1853318, AU1853317, AU1853316, AU1853315, AU1853314, AU1853313, AU1853312
  **Published:** June 2014

• **Individual Photographs:** AU1852719, AU1852718, AU1852717, AU1849082, AU1849083, AU1849084, AU1849079, AU1849081, AU1849080, AU1852713, AU1852709, AU1852708, AU1852707, AU1852710, AU1852711, AU1852712
  **Published:** July 2014

- **Individual Photographs:** AU1837122, AU1837109, AU1837110, AU1837111, AU1837112, AU1837113, AU1837114, AU1837116, AU1837115, AU1837117, AU1837118, AU1837120, AU1837119, AU1837123, AU1837121, AU1853217, AU1853218, AU1853216, AU1852860, AU1852861, AU1852057, AU1852058, AU1852056
  **Published:** August 2014

- **Individual Photographs:** AU1860711, AU1860712, AU1860713, AU1860714, AU1860715, AU1860716, AU1860717, AU1860718, AU1852875, AU1852876, AU1852877, AU1852878, AU1852879, AU1852880, AU1852881, AU1852874, AU1852873, AU1852872, AU1852871, AU1852870, AU1852869
  **Published:** September 2014

- **Individual Photographs:** AU1853501, AU1853502, AU1853500, AU1853495, AU1853496, AU1853497, AU1853499, AU1853498, AU1856843, AU1852846, AU1852843, AU1852844, AU1852845, AU1852847, AU1852848, AU1852849, AU1852850, AU1852851, AU1852852, AU1852853, AU1852557, AU1852554, AU1852555, AU1852558, AU1852559, AU1853178, AU1852902, AU1852903, AU1853181, AU1853180, AU1853179
  **Published:** October 2014

- **Individual Photographs:** AU1857522, AU1857523, AU1857524, AU1857525, AU1857526, AU1857527, AU1837103, AU1837102, AU1857519, AU1857520, AU1857521, AU1837104
  **Published:** November 2014

- **Individual Photographs:** AU1853519, AU1853522, AU1853523, AU1853524, AU1853525
  **Published:** December 2014

## Completion/Publication

**Year of Completion:** 2014
**Earliest Publication Date in Group:** January 13, 2014
**Latest Publication Date in Group:** December 07, 2014
**Nation of First Publication:** United States

## Author

- **Author:** Miller Mobley
  **Author Created:** photographs
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Miller Mobley
100 Azalea Rd., Birmingham, AL 35213, United States

## Rights and Permissions

**Organization Name:** AUGUST
**Name:** Bill Hannigan
**Email:** bill@augustimage.com
**Telephone:** (121)777-7008x8
**Address:** 793 Broadway 2nd floor
New York NY 10003 United States

## Certification

**Name:** Joe G. Naylor
**Date:** November 02, 2020
**Applicant's Tracking Number:** USCO-06963

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-229-843

**Effective Date of Registration:**
October 07, 2020
**Registration Decision Date:**
December 31, 2020

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   January 04, 2003 to December 15, 2003

## Title _____

**Title of Group:** Andrew Eccles 2003
**Number of Photographs in Group:** 121

- **Individual Photographs:** AU1261696, AU1261699, AU1261695, AU1261694, AU1261693,
  AU1261705, AU1261706, AU1261704, AU1261702, AU1261697,
  AU1261703, AU1261700, AU1261701
  **Published:** January 2003

- **Individual Photographs:** AU1261389, AU1261390, AU1240838, AU1240837
  **Published:** March 2003

- **Individual Photographs:** AU1261384, AU1261386, AU1246922, AU1246926, AU1246924,
  AU1246923
  **Published:** May 2003

- **Individual Photographs:** AU1268174, AU1268173, AU1268172, AU1268171, AU1268170,
  AU1268169, AU1268168, AU1268167, AU1268166, AU1268165,
  AU1268164, AU1268180, AU1268179, AU1268181, AU1268178,
  AU1268177, AU1268176, AU1268175
  **Published:** June 2003

- **Individual Photographs:** AU1242022, AU1242054, AU1242053, AU1242052, AU1242051,
  AU1242050, AU1242049, AU1242048, AU1242047, AU1242046,
  AU1242045, AU1242044, AU1242043, AU1242042, AU1242041,
  AU1242040, AU1242039, AU1242038, AU1242037, AU1242036,
  AU1242035, AU1242034, AU1242033, AU1242032, AU1242031,
  AU1242030, AU1242029, AU1242028, AU1242027, AU1242026,
  AU1242025, AU1242024, AU1242023
  **Published:** August 2003

- **Individual Photographs:** AU1255926, AU1255923, AU1255924, AU1255919, AU1255918,
  AU1255940, AU1255937, AU1255933, AU1255932, AU1255930,
  AU1255929, AU1261410, AU1261405, AU1261406, AU1261407,
  AU1261408, AU1261409, AU1261411, AU1261412, AU1261413,
  AU1270258, AU1270259, AU1270260, AU1270261, AU1270262,
  AU1270263, AU1270347, AU1270348, AU1270349, AU1270350

**Published:** November 2003

• **Individual Photographs:** AU1261404, AU1261403, AU1261401, AU1261402, AU1261397, AU1261400, AU1261395, AU1261394, AU1268256, AU1268252, AU1268253, AU1268254, AU1268255, AU1268251, AU1268257, AU1261391, AU1268258

**Published:** December 2003

## Completion/Publication

**Year of Completion:** 2003
**Earliest Publication Date in Group:** January 04, 2003
**Latest Publication Date in Group:** December 15, 2003
**Nation of First Publication:** United States

## Author

• **Author:** Andrew Eccles
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Andrew Eccles
4227 McLaughlin Ave PH 1, Los Angeles, CA 90066, United States

## Rights and Permissions

**Organization Name:** AUGUST
**Name:** Bill Hannigan
**Email:** bill@augustimage.com
**Telephone:** (121)777-7008x8
**Address:** 793 Broadway 2nd floor
New York NY 10003  United States

## Certification

**Name:** Joe G. Naylor
**Date:** October 07, 2020
**Applicant's Tracking Number:** USCO-06914

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited



circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3: A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Mobley Miller
Search Results: Displaying 5 of 7 entries



---

Labeled View

---

*Miller Mobley 2018.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002231277 / 2020-11-09 |
| **Application Title:** | Miller Mobley 2018 |
| **Title:** | Miller Mobley 2018. [Group registration of published photographs. 182 photographs. 2018-01-24 to 2018-11-26] |
| **Description:** | 182 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Miller Mobley. Address: 100 Azalea Rd., Birmingham, AL 35213, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-01-24 to 2018-11-26 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Miller Mobley; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway 2nd floor, New York NY 10003, United States, (121) 777-7008 x8, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2018 (10 photographs): AU11197088, AU11197087, AU11197080, AU11197086, AU11197085, AU11197084, AU11197083, AU11197082, AU11197081, AU11445481 |

Published in October 2018 (17 photographs): AU11308470, AU11308471, AU11308472, AU11308473, AU11308474, AU11308475, AU11308467, AU11308468, AU11308469, AU11306283, AU11306285, AU11306284, AU11306288, AU11306286, AU11306289, AU11306290

Published in November 2018 (40 photographs): AU11310672, AU11310673, AU11310670, AU11310671, AU11310668, AU11310669, AU11330141, AU11330137, AU11330145, AU11330143, AU11330144, AU11330138, AU11330142, AU11330140, AU11330139, AU11325331, AU11325329, AU11325335, AU11325334, AU11325318, AU11325323, AU11325322, AU11325325, AU11325328, AU11325332, AU11325338, AU11325319, AU11325327, AU11325330, AU11325333, AU11325326, AU11325324, AU11325321, AU11325320, AU11325336, AU11325337, AU11356422, AU11356425, AU11356420, AU11356423

Published in February 2018 (20 photographs): AU11238679, AU11238680, AU11238681, AU11238682, AU11238683, AU11238684, AU11238685, AU11238686, AU11238687, AU11238688, AU11238676, AU11238672, AU11238673, AU11238674, AU11238675, AU11238671, AU11238670, AU11238677, AU11238669, AU11238678

Published in March 2018 (12 photographs): AU11229832, AU11229833, AU11229834, AU11229887, AU11229888, AU11229889, AU11229890, AU11229891, AU11229892, AU11229900, AU11241493, AU11241494

Published in April 2018 (12 photographs): AU11229674, AU11229666, AU11229669, AU11229670, AU11229671, AU11229672, AU11229673, AU11229675, AU11229676, AU11229677, AU11229678, AU11229679

Published in May 2018 (30 photographs): AU11238666, AU11238668, AU11238667, AU11235179, AU11235178, AU11235177, AU11235176, AU11235175, AU11235174, AU11235173, AU11235172, AU11235146, AU11235137, AU11235138, AU11235139, AU11235140, AU11235141, AU11235142, AU11235143, AU11235144, AU11235145, AU11235136, AU11285847, AU11285846, AU11285845, AU11285220, AU11285849, AU11285249, AU11285848, AU11285230

Published in June 2018 (6 photographs): AU11241496, AU11241531, AU11241534, AU11241497, AU11241522, AU11241495

Published in August 2018 (5 photographs): AU11292875, AU11292870, AU11292872, AU11292874, AU11292873

Published in September 2018 (30 photographs): AU11294600, AU11351711, AU11311163, AU11351931, AU11352084, AU11352099, AU11351708, AU11351709, AU11351713, AU11352086, AU11352085, AU11352097, AU11352083, AU11352095, AU11352098, AU11352096, AU11311162, AU11311177, AU11311164, AU11311176, AU11291078, AU11291079, AU11291075, AU11291076, AU11291077, AU11294594, AU11294595, AU11294583, AU11294592, AU11294593

**Names:** Mobley, Miller



---

**Save, Print and Email (Help Page)**

Select Download Format  Full Record ▾    Format for Print/Save

Enter your email address:    [                    ]    Email

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = sannwald daniel

Search Results: Displaying 1 of 1 entries

◀ previous     next ▶



*Daniel Sannwald 2019.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002234970 / 2021-01-29 |
| **Application Title:** | Daniel Sannwald 2019 |
| **Title:** | Daniel Sannwald 2019. [Group registration of published photographs. 35 photographs. 2019-01-01 to 2019-10-15] |
| **Description:** | 35 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Daniel Sannwald. Address: 51 Clarkegrove Road, Sheffield S10 2NH UK, United Kingdom. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-01-01 to 2019-10-15 |
| **Nation of First Publication:** | Italy |
| **Authorship on Application:** | Daniel Sannwald; Domicile: United Kingdom; Citizenship: Germany. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway, Second Floor, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2019 (13 photographs): AU11363500, AU11363503, AU11363505, AU11363501, AU11363502, AU11363504, AU11363506, |

AU11363507, AU11363508, AU11363484, AU11363496, AU11363497, AU11363485

Published in October 2019 (11 photographs): AU222779, AU222780, AU222781, AU222782, AU222783, AU222784, AU222776, AU222775, AU222785, AU222777, AU222778

Published in February 2019 (6 photographs): AU11363510, AU11363513, AU11363512, AU11363515, AU11363514, AU11363511

Published in June 2019 (5 photographs): AU2234730, AU2234727, AU2234729, AU2234728, AU2234731

**Names:** Sannwald, Daniel



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-235-006

**Effective Date of Registration:**
January 29, 2021
**Registration Decision Date:**
February 01, 2021

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** February 08, 2012 to December 23, 2012

## Title

|  |  |
| --- | --- |
| **Title of Group:** | Brooke Nipar 2012 |
| **Number of Photographs in Group:** | 131 |

- **Individual Photographs:** AU1672532, AU1672533, AU1672528, AU1672529, AU1672534, AU1672530, AU1672544, AU1672545, AU1672535, AU1672537, AU1672538, AU1672539, AU1672540, AU1672541, AU1672542, AU1672543, AU1672546, AU1672518, AU1672519, AU1672520, AU1672521, AU1672522, AU1672523, AU1672524, AU1672525, AU1672526, AU1672531, AU1672527, AU1672602, AU1672574, AU1672575, AU1672576, AU1672577, AU1672578, AU1672579, AU1672580, AU1672581, AU1672607, AU1672582, AU1672589, AU1672599, AU1672600, AU1672598, AU1672597, AU1672596, AU1672594, AU1672593, AU1672592, AU1672591, AU1672590, AU1672552, AU1672553, AU1672554, AU1672555, AU1672556, AU1672557, AU1672558, AU1672559, AU1672560, AU1672601, AU1672603, AU1672604, AU1672605, AU1672606
  **Published:** February 2012

- **Individual Photographs:** AU1672615, AU1672951, AU1672642, AU1672643, AU1672641, AU1672623, AU1672622, AU1672621, AU1672620, AU1672619, AU1672618, AU1672617, AU1672616, AU1672624, AU1672649, AU1672644, AU1672645, AU1672646, AU1672647, AU1672648
  **Published:** May 2012

- **Individual Photographs:** AU1672731, AU1672728, AU1672729, AU1672730, AU1672733, AU1672735, AU1672739, AU1672738, AU1672737, AU1672736, AU1672734
  **Published:** August 2012

- **Individual Photographs:** AU1672778, AU1672768, AU1672769, AU1672770, AU1672771, AU1672773, AU1672774, AU1672775, AU1672777, AU1672776, AU1672779, AU1672740, AU1672741, AU1672742, AU1672743, AU1672744, AU1672745, AU1672746, AU1672747, AU1672748, AU1672749, AU1672750, AU1672751, AU1672763, AU1672765, AU1672766
  **Published:** October 2012

- **Individual Photographs:** AU1672918, AU1672917, AU1672916, AU1672915, AU1672919, AU1672920, AU1672921, AU1672922, AU1672939, AU1672940
**Published:** December 2012

## Completion/Publication

**Year of Completion:** 2012
**Earliest Publication Date in Group:** February 08, 2012
**Latest Publication Date in Group:** December 23, 2012
**Nation of First Publication:** United States

## Author

- **Author:** Brooke Nipar
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Brooke Nipar
3211 W. 30th St., Los Angeles, CA 90018, United States

## Rights and Permissions

**Organization Name:** AUGUST
**Name:** Bill Hannigan
**Email:** bill@augustimage.com
**Telephone:** (212)777-0088
**Address:** 793 Broadway, Second Floor
New York, NY 10003  United States

## Certification

**Name:** Joe G. Naylor
**Date:** January 29, 2021
**Applicant's Tracking Number:** USCO-07193

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains



750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Martin Schoeller Britney 2003
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶



*Martin Schoeller Britney 2003.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002236370 / 2021-01-20 |
| **Application Title:** | Martin Schoeller Britney 2003 |
| **Title:** | Martin Schoeller Britney 2003. [Group registration of published photographs. 8 photographs. 2003-10-10 to 2003-10-10] |
| **Description:** | 8 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Martin Schoeller. Address: 105 Hudson Street, Suite 300, New York, NY 10013, United States. |
| **Date of Creation:** | 2003 |
| **Publication Date Range:** | 2003-10-10 to 2003-10-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Martin Schoeller; Domicile: United States; Citizenship: Germany. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway, New York NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in October 2003 (8 photographs): AU1479517, AU1121258, AU1121257, AU1121256, AU1121255, AU1121254, AU1121253, AU1121252 |



**Names:** Schoeller, Martin

◀ **previous**    **next** ▶

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾    Format for Print/Save |
| Enter your email address: [                    ]    Email |

Help    Search    History    Titles    Start Over



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = martin schoeller 2014
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶



*Martin Schoeller 2014.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002238548 / 2021-02-05 |
| **Application Title:** | Martin Schoeller 2014 |
| **Title:** | Martin Schoeller 2014. [Group registration of published photographs. 222 photographs. 2014-01-03 to 2014-12-20] |
| **Description:** | 222 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Martin Schoeller. Address: 105 Hudson Street, Suite 300, New York, NY 10013, United States. |
| **Date of Creation:** | 2014 |
| **Publication Date Range:** | 2014-01-03 to 2014-12-20 |
| **Nation of First Publication:** | Germany |
| **Authorship on Application:** | Martin Schoeller; Domicile: United States; Citizenship: Germany. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway 2nd fl, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2014 (48 photographs): AU1419889, AU1445874, AU1419882, AU1419883, AU1419881, AU1419880, AU1419876, AU1419875, |

AU1419874, AU1479633, AU1419925, AU1419923, AU1419885, AU1419884, AU1419879, AU1419895, AU1419894, AU1419893, AU1419891, AU1419890, AU1419878, AU1419877, AU1419869, AU1419868, AU1419867, AU1419866, AU1419865, AU1419864, AU1419873, AU1419872, AU1419871, AU1419870, AU1408318, AU1419927, AU1419888, AU1419887, AU1419886, AU1419926, AU1479640, AU1403519, AU1403518, AU1403517, AU1403516, AU1403515, AU1403514, AU1403513, AU1403512, AU1403511

Published in October 2014 (27 photographs): AU11230370, AU1514303, AU1514302, AU1514301, AU1514300, AU1502942, AU1502941, AU1502940, AU1502939, AU1502938, AU1502936, AU1502937, AU1502935, AU1514304, AU1508136, AU1508135, AU1508137, AU1508139, AU1508138, AU1513583, AU1513587, AU1513586, AU1513585, AU1513584, AU1513581, AU1513582, AU1513580

Published in November 2014 (22 photographs): AU1605675, AU1605673, AU1576502, AU1576501, AU1576500, AU1576499, AU1576498, AU1521701, AU1521699, AU1521702, AU1521700, AU1521670, AU1521671, AU1521669, AU1605676, AU1521668, AU1521667, AU1521666, AU11230256, AU1521665, AU1521664, AU1605674

Published in December 2014 (25 photographs): AU1525040, AU1574775, AU1574774, AU1574773, AU1574772, AU1574771, AU1574770, AU1574769, AU1574768, AU1525048, AU1525047, AU1525045, AU1525044, AU1525043, AU1525042, AU1525041, AU1525039, AU1525038, AU1525037, AU1757213, AU1574763, AU1574762, AU1574764, AU1574765, AU11230366

Published in February 2014 (1 photographs): AU1463521

Published in March 2014 (7 photographs): AU1446436, AU1458970, AU1458969, AU11230341, AU1756829, AU1446427, AU1446426

Published in April 2014 (23 photographs): AU1458968, AU1458966, AU1456568, AU1450021, AU1450020, AU1450019, AU1450018, AU1450017, AU1450016, AU1450015, AU1450014, AU1450013, AU1479595, AU1450012, AU11230303, AU1458967, AU1452370, AU1458965, AU1458964, AU1458963, AU1452371, AU1465509, AU1479557

Published in May 2014 (17 photographs): AU1450025, AU1464380, AU1464379, AU1464378, AU1464377, AU1464376, AU1896289, AU1450034, AU1450033, AU1450031, AU1450030, AU1450029, AU1450027, AU1450026, AU1450024, AU1450023, AU1450022

Published in June 2014 (23 photographs): AU1464374, AU1464373, AU1464372, AU1464371, AU1464370, AU1464369, AU1464273, AU1464375, AU1464387, AU1476228, AU1476227, AU1476226, AU1476225, AU1464391, AU1464390, AU1464389, AU1464388, AU1464386, AU1464385, AU1464384, AU1464383, AU1464382, AU1464381

Published in July 2014 (11 photographs): AU1479577, AU1476712, AU1476710, AU1476707, AU1476706, AU1476705, AU1476711, AU11230310, AU1479654, AU1476708, AU1476709

Published in September 2014 (18 photographs): AU11230268, AU1508958, AU1508957, AU1508956, AU1508954, AU1508955, AU1508953, AU1508951, AU1508952, AU1508950, AU11230336, AU1508959, AU1508962, AU1508961, AU1508960, AU1513992, AU1513991, AU1513990

**Names:** Schoeller, Martin



Select Download Format | Full Record ▼ | Format for Print/Save

Enter your email address: [               ] | Email

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = gavin bond 2015 part 1
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶



***Gavin Bond 2015 part 1.***

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002240190 / 2021-01-23 |
| **Application Title:** | Gavin Bond 2015 part 1 |
| **Title:** | Gavin Bond 2015 part 1. [Group registration of published photographs. 55 photographs. 2015-03-23 to 2015-09-07] |
| **Description:** | 55 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Gavin Bond. Address: 254 Nth 6th St Apt C, Brooklyn, NY 11211, United States. |
| **Date of Creation:** | 2015 |
| **Publication Date Range:** | 2015-03-23 to 2015-09-07 |
| **Nation of First Publication:** | United Kingdom |
| **Authorship on Application:** | Gavin Bond; Domicile: United States; Citizenship: United Kingdom. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway, New York NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in March 2015 (15 photographs): AU1868391, AU1868392, AU1868393, AU1869656, AU1870028, AU1870031, AU1870033, AU1870034, AU1870026, AU1870027, AU1870029, AU1870030, AU1870032, AU1870035, AU1870036 |

Published in April 2015 (7 photographs): AU1870272, AU1870276, AU1870274, AU1870275, AU1870270, AU1870271, AU1870273

Published in May 2015 (11 photographs): AU1870284, AU1870285, AU1896290, AU1868358, AU1868359, AU1868354, AU1868355, AU1868360, AU1868361, AU1868356, AU1868357

Published in July 2015 (13 photographs): AU1797038, AU1797029, AU1797027, AU1797026, AU1797028, AU1797031, AU1797030, AU1797032, AU1797033, AU1797034, AU1797035, AU1797036, AU1797037

Published in August 2015 (2 photographs): AU1869657, AU1869658

Published in September 2015 (7 photographs): AU1870281, AU1870283, AU1870277, AU1870278, AU1870279, AU1870280, AU1870282

**Names:** Bond, Gavin



| | Save, Print and Email (**Help Page**) | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help    Search    History    Titles    Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Watch Page Recordation


United States Copyright Office

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Title = camilla akrans 2012

Search Results: Displaying 1 of 1 entries

◀ previous　　next ▶



*Camilla Akrans 2012.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002240307 / 2021-01-27 |
| **Application Title:** | Camilla Akrans 2012 |
| **Title:** | Camilla Akrans 2012. [Group registration of published photographs. 250 photographs. 2012-01-01 to 2012-12-18] |
| **Description:** | 250 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Camilla Akrans. Address: Sankt Eriksgatan 43A, Stockholm Sweden, Sweden. |
| **Date of Creation:** | 2012 |
| **Publication Date Range:** | 2012-01-01 to 2012-12-18 |
| **Nation of First Publication:** | Germany |
| **Authorship on Application:** | Camilla Akrans; Domicile: Sweden; Citizenship: Sweden. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway, Second Floor, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2012 (51 photographs): AU11143592, AU11139899, AU11139898, AU11139900, AU11139901, AU11139903, AU11139904, AU11139905, AU11139906, AU11139909, AU11139908, AU11140437, AU11143593, AU11143601, AU11140440, AU11140456, AU11140455, |

AU11140442, AU11140443, AU11140445, AU11140446, AU11140444, AU11140447, AU11140448, AU11140449, AU11140450, AU11140452, AU11140451, AU11140453, AU11140454, AU11140457, AU11143591, AU11143590, AU11143594, AU11143595, AU11143597, AU11143598, AU11143599, AU11143600, AU11143603, AU11143602, AU11143605, AU11143607, AU11140438, AU11140441, AU11139201, AU11139195, AU11139202, AU11139199, AU11139200, AU11139209

Published in October 2012 (2 photographs): AU11139173, AU11139172

Published in November 2012 (15 photographs): AU11143669, AU11143670, AU11139881, AU11139883, AU11139884, AU11139885, AU11139886, AU11139887, AU11139888, AU11139890, AU11143648, AU11143667, AU11143672, AU11143673, AU11143671

Published in December 2012 (22 photographs): AU11144037, AU11144039, AU11144040, AU11144041, AU11144044, AU11144043, AU11144045, AU11144047, AU11144048, AU11144046, AU11144049, AU11144051, AU11140120, AU11140299, AU11140301, AU11140300, AU11140302, AU11140304, AU11140303, AU11140305, AU11140306, AU11140307

Published in March 2012 (15 photographs): AU11139249, AU11139262, AU11139255, AU11139260, AU11139251, AU11139261, AU11139257, AU11139258, AU11139259, AU11139264, AU11139263, AU11139254, AU11139252, AU11139253, AU11139256

Published in April 2012 (51 photographs): AU11139160, AU11139157, AU11139156, AU11139162, AU11139164, AU11139165, AU11139166, AU11139158, AU11139169, AU11139159, AU11139161, AU287898, AU287917, AU1996437, AU1996412, AU1996414, AU1996415, AU1996418, AU1996421, AU1996426, AU1996428, AU1996430, AU1996432, AU1996433, AU1996434, AU11140427, AU11140426, AU11140424, AU11140425, AU11140428, AU11140429, AU11140430, AU11140432, AU11140435, AU11140436, AU11140433, AU11140434, AU11140439, AU11140431, AU1996461, AU1996447, AU1996448, AU1996449, AU1996451, AU1996452, AU1996453, AU1996455, AU1996456, AU1996457, AU1996459, AU1996460

Published in May 2012 (26 photographs): AU11140172, AU11140175, AU11140171, AU11140174, AU11140173, AU11140178, AU11140177, AU11140176, AU11140179, AU11140008, AU11140009, AU11140010, AU11140012, AU11140013, AU11140014, AU11140015, AU11139573, AU11139561, AU11139572, AU11139567, AU11139569, AU11139566, AU11139565, AU11139568, AU11139570, AU11139563

Published in June 2012 (30 photographs): AU11144266, AU11144267, AU11144269, AU11144268, AU11144271, AU11144270, AU11144265, AU11144272, AU11144273, AU11144274, AU11144275, AU11143914, AU11143915, AU11143916, AU11143918, AU11143917, AU11143920, AU11143919, AU11143921, AU11143922, AU11143923, AU11139974, AU11139976, AU11139978, AU11139975, AU11139977, AU11139979, AU11139980, AU11139981, AU11139986

Published in July 2012 (25 photographs): AU11143525, AU11143541, AU11143540, AU11143542, AU11143544, AU11143543, AU11143545, AU11143547, AU11143546, AU11140346, AU11140348, AU11140347, AU11140349, AU11140350, AU11140351, AU11140352, AU11140355, AU1996380, AU1996379, AU1996381, AU1996384, AU1996383, AU1996385, AU1996376, AU1996377

Published in September 2012 (13 photographs): AU287913, AU11139168, AU11139180, AU11139171, AU11139181, AU11139178, AU11139167, AU11139170, AU11139174, AU11139176, AU11139175, AU11139177, AU11139179

WebVoyage Record View

**Names:** [Akrans, Camilla](#)



| **Save, Print and Email ([Help Page](#))** |
|---|
| Select Download Format   Full Record ▾   [ Format for Print/Save ] |
| Enter your email address:   [_____]   [ Email ] |

[Help](#)    [Search](#)    [History](#)    [Titles](#)    [Start Over](#)

[Contact Us](#)   |   [Request Copies](#)   |   [Get a Search Estimate](#)   |   [Frequently Asked Questions (FAQs) about Copyright](#)   |
[Copyright Office Home Page](#)   |   [Library of Congress Home Page](#)



United States Copyright Office

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Kenneth Willardt 2010
Search Results: Displaying 1 of 1 entries



◀ previous    next ▶

---

Labeled View

*Kenneth Willardt 2010.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002240320 / 2021-01-27 |
| **Application Title:** | Kenneth Willardt 2010 |
| **Title:** | Kenneth Willardt 2010. [Group registration of published photographs. 162 photographs. 2010-01-01 to 2010-12-26] |
| **Description:** | 162 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Kenneth Willardt. Address: 529 w 20th st, 10th floor, New York NY 10011, United States. |
| **Date of Creation:** | 2010 |
| **Publication Date Range:** | 2010-01-01 to 2010-12-26 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Kenneth Willardt; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway, Second Floor, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2010 (39 photographs): AU2110619, AU2113426, AU2113427, AU2113428, AU2113429, AU2113430, AU2113431, AU2113432, |

AU2113433, AU2113434, AU2110608, AU2110610, AU2110609, AU2110615, AU2110616, AU2110612, AU2110614, AU2110611, AU2110613, AU2110618, AU2120028, AU11326168, AU11326169, AU11326170, AU11326171, AU11326172, AU11326173, AU11326174, AU11326176, AU11326177, AU2119403, AU2119404, AU2119405, AU2119409, AU2119412, AU2120014, AU2120016, AU2120018, AU2120031

Published in November 2010 (29 photographs): AU2120047, AU2120045, AU2120046, AU2120042, AU2120050, AU2120039, AU2120037, AU2120049, AU2120044, AU2120041, AU2120048, AU2120043, AU2120040, AU2120038, AU2112972, AU2112974, AU2112973, AU2112975, AU2112976, AU2112977, AU2112978, AU2112979, AU2112980, AU2112900, AU2112901, AU2112902, AU2112903, AU2112904, AU2112905

Published in December 2010 (20 photographs): AU2112600, AU2112611, AU2112610, AU2112609, AU2120051, AU2122425, AU2122416, AU2122424, AU2122430, AU2122429, AU2122428, AU2122415, AU2122419, AU2122423, AU2122407, AU2112605, AU2112604, AU2112601, AU2112608, AU2112597

Published in February 2010 (11 photographs): AU2122391, AU2122402, AU2122395, AU2122405, AU2122394, AU2122396, AU2110452, AU2110454, AU2110453, AU2110455, AU2110462

Published in April 2010 (25 photographs): AU2113850, AU2113851, AU2113852, AU2113853, AU2113854, AU2113855, AU2113856, AU2113857, AU2113729, AU2113721, AU2113722, AU2113724, AU2113726, AU2113727, AU2113728, AU2113652, AU2113658, AU2113657, AU2113656, AU2113662, AU2113655, AU2113663, AU2113664, AU2113661, AU2113660

Published in May 2010 (11 photographs): AU2112811, AU2112812, AU2112813, AU2112814, AU2112815, AU2112818, AU2112819, AU2112821, AU2112820, AU2112822, AU2112816

Published in June 2010 (13 photographs): AU2111031, AU2111038, AU2111033, AU2111040, AU2111034, AU2111035, AU2111026, AU2111030, AU2111029, AU2111039, AU2111028, AU2111027, AU2111032

Published in July 2010 (14 photographs): AU2111343, AU2111342, AU2111344, AU2111083, AU2111081, AU2111086, AU2111084, AU2111085, AU2122431, AU295603, AU295605, AU295607, AU295609, AU2122384

**Names:** Willardt, Kenneth



| Save, Print and Email (**Help Page**) | | |
| --- | --- | --- |
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = brian bowen smith 2015
Search Results: Displaying 1 of 1 entries

◀ previous     next ▶

---



*Brian Bowen Smith 2015.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002241666 / 2021-01-27 |
| **Application Title:** | Brian Bowen Smith 2015 |
| **Title:** | Brian Bowen Smith 2015. [Group registration of published photographs. 130 photographs. 2015-01-28 to 2015-11-24] |
| **Description:** | 130 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Brian Bowen Smith. Address: 5910 Fairview pl, Agoura Hills, CA 91301, United States. |
| **Date of Creation:** | 2015 |
| **Publication Date Range:** | 2015-01-28 to 2015-11-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Brian Bowen Smith; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway, Second Floor, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2015 (2 photographs): AU1665049, AU1665050 |
| | Published in October 2015 (1 photographs): AU2194861 |

Published in November 2015 (21 photographs): AU1806965, AU1806964, AU1838560, AU1869646, AU1869647, AU1869648, AU1869642, AU1869643, AU1869644, AU1869649, AU1869645, AU1814871, AU1814867, AU1814868, AU1814869, AU1814870, AU1814872, AU1814873, AU1814874, AU1814875, AU1814876

Published in March 2015 (15 photographs): AU2194863, AU2194859, AU2194862, AU2194850, AU2194849, AU2194851, AU2194852, AU2194853, AU2194854, AU2194856, AU2194855, AU2194858, AU2194857, AU2194860, AU1679607

Published in May 2015 (7 photographs): AU1656573, AU1656576, AU1656571, AU1656572, AU1656574, AU1656570, AU1656575

Published in June 2015 (4 photographs): AU1678739, AU1678738, AU1678736, AU1678737

Published in July 2015 (3 photographs): AU1686689, AU1686690, AU1686691

Published in August 2015 (15 photographs): AU1814884, AU1814887, AU1814886, AU1814885, AU1814883, AU1814882, AU1814881, AU1814880, AU1814879, AU1814878, AU1814877, AU1776953, AU1766340, AU1766338, AU1766339

Published in September 2015 (62 photographs): AU1789656, AU1789657, AU1789658, AU1789659, AU1789660, AU1789661, AU1789662, AU1789663, AU1789664, AU1789665, AU1789666, AU1789667, AU1834780, AU1834781, AU1834782, AU1814840, AU1814841, AU1814842, AU1814843, AU1814844, AU1814846, AU1814845, AU1814847, AU1814848, AU1814849, AU1814850, AU1814851, AU1814852, AU1814853, AU1814854, AU1814855, AU1814856, AU1814857, AU1814859, AU1814858, AU1814860, AU1814861, AU1814862, AU1814863, AU1814864, AU1814865, AU1814866, AU1813902, AU1813772, AU1813775, AU1813773, AU1813774, AU1813776, AU1813777, AU1813778, AU1813779, AU1813780, AU1813781, AU1813782, AU1813783, AU1813785, AU1813784, AU1806667, AU1806665, AU1806663, AU1806664, AU1806666

**Names:** Bowen Smith, Brian



| **Save, Print and Email (Help Page)** | |
| --- | --- |
| Select Download Format  Full Record  Format for Print/Save | |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|-----------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = kenneth willardt 2015
Search Results: Displaying 1 of 1 entries

◀ previous   next ▶



Labeled View

*Kenneth Willardt 2015.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002241679 / 2021-01-27
**Application Title:** Kenneth Willardt 2015
**Title:** Kenneth Willardt 2015. [Group registration of published photographs. 132 photographs. 2015-01-01 to 2015-12-20]
**Description:** 132 photographs : Electronic file (eService)
**Copyright Claimant:** Kenneth Willardt. Address: 529 w 20th st , 10th floor, New York NY 10011, United States.
**Date of Creation:** 2015
**Publication Date Range:** 2015-01-01 to 2015-12-20
**Nation of First Publication:** United States
**Authorship on Application:** Kenneth Willardt; Domicile: United States; Citizenship: United States. Authorship: photographs.
**Rights and Permissions:** Bill Hannigan, AUGUST, 793 Broadway, Second Floor, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.
**Photographs:** Published in January 2015 (24 photographs): AU11239421, AU11247388, AU11247390, AU11247391, AU11247392, AU11247394, AU11247393,

AU11247389, AU11247374, AU11247383, AU11247384, AU11247385, AU11247386, AU11247387, AU11239416, AU11239419, AU11239411, AU11239412, AU11239420, AU11239413, AU11239414, AU11239415, AU11239417, AU11239418

Published in October 2015 (12 photographs): AU11230942, AU11230943, AU11230590, AU11230589, AU11230591, AU11230592, AU11230593, AU11230594, AU11230595, AU11230596, AU11230597, AU11230598

Published in November 2015 (11 photographs): AU11230935, AU11230938, AU11230934, AU11230936, AU11230937, AU11230939, AU11230599, AU11230580, AU11230581, AU11230582, AU11230583

Published in December 2015 (15 photographs): AU11230570, AU11230571, AU11230572, AU11230573, AU11230574, AU11230575, AU11230576, AU11230577, AU11230578, AU11230579, AU11230584, AU11230585, AU11230563, AU11230586, AU11230587

Published in February 2015 (19 photographs): AU11239392, AU11239393, AU11239394, AU11239395, AU11239396, AU11239399, AU11239400, AU11239401, AU11239402, AU11239403, AU11239404, AU11238785, AU11238783, AU11238786, AU11238784, AU11238787, AU11238788, AU11238790, AU11238791

Published in March 2015 (2 photographs): AU11238781, AU11238782

Published in May 2015 (10 photographs): AU11238761, AU11238762, AU11238705, AU11238706, AU11238707, AU11238720, AU11238710, AU11238719, AU11238721, AU11238725

Published in June 2015 (33 photographs): AU11238614, AU11238610, AU11238611, AU11238612, AU11238613, AU11238745, AU11238727, AU11238726, AU11238728, AU11238742, AU11238744, AU11238741, AU11238746, AU11238724, AU11238608, AU11238609, AU11230971, AU11230968, AU11230970, AU11230969, AU11230972, AU11230973, AU11230980, AU11231014, AU11231015, AU11231016, AU11230963, AU11230951, AU11230952, AU11230962, AU11230966, AU11230965, AU11230967

Published in August 2015 (2 photographs): AU11230949, AU11230950

Published in September 2015 (4 photographs): AU11230945, AU11230944, AU11230946, AU11230947

**Names:** Willardt, Kenneth



| Save, Print and Email (**Help Page**) |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: _____   Email |

---

Help   Search   History   Titles   Start Over

---



United States Copyright Office

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Danielle levitt 2015
Search Results: Displaying 1 of 1 entries



---

Labeled View

*Danielle Levitt 2015.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002241685 / 2021-01-26 |
| **Application Title:** | Danielle Levitt 2015 |
| **Title:** | Danielle Levitt 2015. [Group registration of published photographs. 141 photographs. 2015-01-06 to 2015-11-29] |
| **Description:** | 141 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Danielle Levitt. Address: 405 E 14th Street, #3D, New York, NY 10009, United States. |
| **Date of Creation:** | 2015 |
| **Publication Date Range:** | 2015-01-06 to 2015-11-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Danielle Levitt; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway, 2nd Floor, New York, NY 10003, United States, (121) 277-7008 x8, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2015 (12 photographs): AU1579402, AU1579401, AU1579403, AU1579404, AU1571088, AU1571089, AU1576416, AU1576415, |

AU1576418, AU1576417, AU1576419, AU1576420

Published in October 2015 (14 photographs): AU1790280, AU1790279, AU1790281, AU1790287, AU1790282, AU1790288, AU1790285, AU1790283, AU1790286, AU1790284, AU1840264, AU2232825, AU1840267

Published in November 2015 (57 photographs): AU1840238, AU1840239, AU1840258, AU1840259, AU1840240, AU1840241, AU1840265, AU1840242, AU1840243, AU1840244, AU1840245, AU1840246, AU1840247, AU1840249, AU1840266, AU1840250, AU1840253, AU1840260, AU1840261, AU1840252, AU1840254, AU1840255, AU1840256, AU1840257, AU1840263, AU1840248, AU1840251, AU1810104, AU11064070, AU11068693, AU11068694, AU1810102, AU1810103, AU1810101, AU1810100, AU1868331, AU1868329, AU1868332, AU1868333, AU1868334, AU1868335, AU1868336, AU1868337, AU1868338, AU1868339, AU1868341, AU1868340, AU1868343, AU1868342, AU1868327, AU1868347, AU1868328, AU1868350, AU1868346, AU1868344, AU1868345, AU1868330

Published in March 2015 (4 photographs): AU1658173, AU1658174, AU1658175, AU1644902

Published in April 2015 (29 photographs): AU1644751, AU1644752, AU1644753, AU1644754, AU1645133, AU1645132, AU1645130, AU1645135, AU1645137, AU1645140, AU1645125, AU1645127, AU1645128, AU1645134, AU1645131, AU1645136, AU1645138, AU1645139, AU1645124, AU1645126, AU1645129, AU1657679, AU1657680, AU1657681, AU1657682, AU1657683, AU1657684, AU1644709, AU11117521

Published in May 2015 (2 photographs): AU1762364, AU1762365

Published in June 2015 (1 photographs): AU1679773

Published in August 2015 (20 photographs): AU1762368, AU1762376, AU1762367, AU1762366, AU1762370, AU1762372, AU1762369, AU1762373, AU1762371, AU1762375, AU1762374, AU1765691, AU1765693, AU1765692, AU1765486, AU1765485, AU1765484, AU1765483, AU1765487, AU1765488

Published in September 2015 (2 photographs): AU1931992, AU1931993

**Names:** Levitt, Danielle



| Save, Print and Email (**Help Page**) | |
| --- | --- |
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = ramona rosales 2014
Search Results: Displaying 1 of 1 entries

◄ previous    next ►



*Ramona Rosales 2014.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002241708 / 2021-01-26 |
| **Application Title:** | Ramona Rosales 2014 |
| **Title:** | Ramona Rosales 2014. [Group registration of published photographs. 222 photographs. 2014-02-03 to 2014-12-29] |
| **Description:** | 222 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Ramona Rosales. Address: 1833 N Garfield Avenue, Pasadena, CA 91104, United States. |
| **Date of Creation:** | 2014 |
| **Publication Date Range:** | 2014-02-03 to 2014-12-29 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Ramona Rosales; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway, 2nd Floor, New York, NY 10003, United States, (121) 277-7008 x8, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in October 2014 (10 photographs): AU1509186, AU11217049, AU1576508, AU11217045, AU11217048, AU11217046, AU11217047, |

AU11217051, AU11217053, AU11217054

Published in November 2014 (27 photographs): AU1576516, AU1576517, AU1521523, AU1521520, AU1521522, AU1521524, AU1577174, AU1577172, AU1577173, AU1577176, AU1577175, AU1576509, AU1574784, AU1574787, AU1574786, AU1574790, AU1574785, AU1521518, AU1574788, AU1574789, AU1574782, AU1574781, AU1574780, AU1521521, AU1574783, AU1521517, AU1521519

Published in December 2014 (23 photographs): AU1577169, AU1577171, AU1577170, AU1577167, AU1577166, AU1576510, AU1576512, AU1576513, AU1576514, AU1576515, AU1576511, AU1649788, AU1649789, AU1838405, AU11217295, AU11217194, AU11217193, AU1838407, AU1838406, AU1649785, AU1649786, AU1649787, AU1659056

Published in February 2014 (11 photographs): AU1449146, AU1471868, AU1448550, AU1448548, AU1448552, AU1448553, AU1448546, AU1448554, AU1448547, AU1448551, AU1448549

Published in March 2014 (12 photographs): AU1466378, AU1658595, AU1658594, AU1466379, AU1466380, AU1465822, AU1465821, AU1466377, AU1466046, AU1471883, AU1466107, AU1471939

Published in April 2014 (10 photographs): AU1448431, AU1448432, AU1448433, AU1466132, AU1466137, AU1466133, AU1466136, AU1466135, AU1466134, AU1466131

Published in May 2014 (18 photographs): AU1471901, AU1465605, AU1465604, AU1471869, AU1471894, AU1471957, AU1466037, AU1768667, AU1768672, AU1768671, AU1768670, AU1768669, AU1768668, AU1466264, AU1466263, AU1466262, AU1473535, AU1473534

Published in June 2014 (26 photographs): AU1466366, AU1466367, AU1466368, AU1466369, AU1466370, AU1466373, AU1466371, AU1466372, AU1466374, AU1466376, AU1466375, AU1466364, AU1466363, AU1466365, AU1465651, AU1465662, AU1465660, AU1473944, AU1473945, AU1465658, AU1465659, AU1465657, AU1465656, AU1465655, AU1465653, AU1465652

Published in July 2014 (16 photographs): AU1577181, AU1577180, AU1577178, AU1577177, AU1577179, AU1576505, AU1576504, AU1465900, AU1465899, AU1465901, AU1465902, AU1465897, AU1465898, AU1465663, AU1465661, AU1465664

Published in August 2014 (61 photographs): AU1574795, AU1574794, AU1574796, AU1574793, AU1509285, AU1509317, AU1509318, AU1509286, AU1658522, AU1509287, AU1509050, AU1509051, AU1509075, AU1509076, AU1509077, AU1509078, AU1509139, AU1509138, AU1768679, AU1659774, AU1659775, AU1659776, AU1509166, AU1768702, AU1768701, AU1768700, AU1768699, AU2154036, AU1768698, AU1768697, AU1768696, AU1768695, AU1768687, AU1768684, AU1768686, AU1768685, AU1768683, AU1768682, AU1768681, AU1768680, AU1768678, AU1768677, AU1768676, AU1768675, AU1768674, AU1768673, AU1768619, AU1768618, AU1671331, AU1768666, AU1768664, AU1768665, AU1502644, AU1502642, AU1502641, AU1502640, AU1502639, AU1502647, AU1502646, AU1502645, AU1502643

Published in September 2014 (8 photographs): AU1576503, AU1490891, AU1490890, AU1490892, AU1490893, AU1502761, AU1502760, AU1502759

**Names:** Rosales, Ramona



previous    next

**Save, Print and Email (Help Page)**

Select Download Format | Full Record ▾ | Format for Print/Save

Enter your email address: [                    ] | Email

---

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



United States Copyright Office

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = miller mobley 2016
Search Results: Displaying 1 of 1 entries



previous    next

Labeled View

*Miller Mobley 2016.*

|   |   |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002243555 / 2021-03-03 |
| **Application Title:** | Miller Mobley 2016 |
| **Title:** | Miller Mobley 2016. [Group registration of published photographs. 249 photographs. 2016-01-02 to 2016-12-21] |
| **Description:** | 249 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Miller Mobley. Address: 100 Azalea Rd., Birmingham, AL 35213, United States. |
| **Date of Creation:** | 2016 |
| **Publication Date Range:** | 2016-01-02 to 2016-12-21 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Miller Mobley; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway, 2nd Floor, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2016 (14 photographs): AU1865912, AU1865913, AU1865914, AU1865830, AU1928942, AU11011290, AU1865835, AU1865831, AU1865832, AU1865833, AU1865834, AU1865836, AU1865837, AU1865838 |

Published in October 2016 (3 photographs): AU1986060, AU1986067, AU1986082

Published in November 2016 (36 photographs): AU1986418, AU1986419, AU11095688, AU11095687, AU1992054, AU1992055, AU1992056, AU1992057, AU1992058, AU1992059, AU1992060, AU1992061, AU1992062, AU1992064, AU1992063, AU1992065, AU1992066, AU1992067, AU1986295, AU1986298, AU1986304, AU1986317, AU1986318, AU1986325, AU1986329, AU1986050, AU1986429, AU1986444, AU1986459, AU1986470, AU1986493, AU1986498, AU1986501, AU1986505, AU1986519, AU1986526

Published in December 2016 (15 photographs): AU1987938, AU1987939, AU1987940, AU1987941, AU1987942, AU1987943, AU1987946, AU11083703, AU11083704, AU11083705, AU11083706, AU11083707, AU11083708, AU11083733, AU11083732

Published in March 2016 (29 photographs): AU1877807, AU1877808, AU1877809, AU1877810, AU1877811, AU1877812, AU1877813, AU1877814, AU1877816, AU1877815, AU1899199, AU1899200, AU1899203, AU1899204, AU1899205, AU1899206, AU1899207, AU1899209, AU1899208, AU1899210, AU1899212, AU1899211, AU1899213, AU1899214, AU1899215, AU11072948, AU11072949, AU11072950, AU1899171

Published in April 2016 (23 photographs): AU1899521, AU1899522, AU1899524, AU1899525, AU1898943, AU1898945, AU1898944, AU1898946, AU1898953, AU1898952, AU1898955, AU1898954, AU1898956, AU1898957, AU1898958, AU1898959, AU1898961, AU1898960, AU1898963, AU1898962, AU1951011, AU1951012, AU1951013

Published in May 2016 (19 photographs): AU1899572, AU1899573, AU1899574, AU1899577, AU1899576, AU1899579, AU1899578, AU1899580, AU1899581, AU1899402, AU1899403, AU1899407, AU1899406, AU1899408, AU1899409, AU1899410, AU1899500, AU1899501, AU1899502

Published in June 2016 (18 photographs): AU1985965, AU1985981, AU1985985, AU1985995, AU1986002, AU1986015, AU1986021, AU1986029, AU11312632, AU1932814, AU1932813, AU1932821, AU1932820, AU1932822, AU1932823, AU1932824, AU1932826

Published in July 2016 (38 photographs): AU1986341, AU1986344, AU1986361, AU1932884, AU1932885, AU1932888, AU1932889, AU1932890, AU1932891, AU1932892, AU1932893, AU1933034, AU1933036, AU1933035, AU1933037, AU1933038, AU1933040, AU1933039, AU1933041, AU1933043, AU1933044, AU1933042, AU1933045, AU1933048, AU1933047, AU1932943, AU1932944, AU1932948, AU1932949, AU1932951, AU1932950, AU1932952, AU1932953, AU1932954, AU1932955, AU1932956, AU1932958, AU1932960

Published in August 2016 (54 photographs): AU1933099, AU1933103, AU1933104, AU1933105, AU1933106, AU1933108, AU1933107, AU1933109, AU1933110, AU1933112, AU1932860, AU11084024, AU11084025, AU11084026, AU11084027, AU11084028, AU11084029, AU11084030, AU11084031, AU11084032, AU11084033, AU11084034, AU11084035, AU11084036, AU11084037, AU11084038, AU11084039, AU11084041, AU11084040, AU11084042, AU11084048, AU11084049, AU11084051, AU11084082, AU1986177, AU1986205, AU1986213, AU1986220, AU1986232, AU1986236, AU1986239, AU1986257, AU1986259, AU1986260, AU1986263, AU1986267, AU1986284, AU1986092, AU1986118, AU1986152, AU1986171, AU1986382, AU1986394, AU1986398

**Names:** [Mobley, Miller](#)



**Save, Print and Email ([Help Page](#))**

| Select Download Format | Full Record ▾ | Format for Print/Save |
|---|---|---|
| Enter your email address: | | Email |

---

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = miller mobley 2015
Search Results: Displaying 1 of 1 entries



---

| Labeled View |

*Miller Mobley 2015.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002243613 / 2021-03-03 |
| **Application Title:** | Miller Mobley 2015 |
| **Title:** | Miller Mobley 2015. [Group registration of published photographs. 309 photographs. 2015-01-15 to 2015-12-15] |
| **Description:** | 309 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Miller Mobley. Address: 100 Azalea Rd., Birmingham, AL 35213, United States. |
| **Date of Creation:** | 2015 |
| **Publication Date Range:** | 2015-01-15 to 2015-12-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Miller Mobley; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Bill Hannigan, AUGUST, 793 Broadway, 2nd Floor, New York, NY 10003, United States, (212) 777-0088, bill@augustimage.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2015 (25 photographs): AU1853227, AU1853228, AU1853229, AU1853226, AU1853230, AU1853231, AU1853232, AU1853503, AU1853504, AU1853505, AU1853506, AU1853507, AU1853508, AU1853509, |

AU1853510, AU1853511, AU1853512, AU1853513, AU1853514, AU1850328, AU1850329, AU1850330, AU1850331, AU1850333, AU1850334

Published in October 2015 (32 photographs): AU1839855, AU1839856, AU1848143, AU1848142, AU1848141, AU1853491, AU1853492, AU1853493, AU1853494, AU1853593, AU1853752, AU1853753, AU1851329, AU1852686, AU1852687, AU1852688, AU1852689, AU1852690, AU1852691, AU1852692, AU1852693, AU1852694, AU1852910, AU1852911, AU1852909, AU1852560, AU1852561, AU1852562, AU1852563, AU1852564, AU1852565, AU1852566

Published in November 2015 (46 photographs): AU1835467, AU1835468, AU1835469, AU1835500, AU1835499, AU1835501, AU1835502, AU1835503, AU1835504, AU1835505, AU1835506, AU1835508, AU1835507, AU1835511, AU1835512, AU1835513, AU1835514, AU1835515, AU1835516, AU1837735, AU1837734, AU1837736, AU1839415, AU1839416, AU1856841, AU1856842, AU1860634, AU1860635, AU11106914, AU11106915, AU1813035, AU1813036, AU1813037, AU1813038, AU1813039, AU11159234, AU11159235, AU1837365, AU1837366, AU1839413, AU1839412, AU1839414, AU1856839, AU1856840, AU1835509, AU1835510

Published in December 2015 (22 photographs): AU1812830, AU1812832, AU1812833, AU1812834, AU1812835, AU1812836, AU1812837, AU1812831, AU1813086, AU1813087, AU1813088, AU1813089, AU1813090, AU1813091, AU1813092, AU1838567, AU1812885, AU1812886, AU1812887, AU1813083, AU1813084, AU1813085

Published in February 2015 (23 photographs): AU1849994, AU1849995, AU1849996, AU1849997, AU1849998, AU1850000, AU1849999, AU1850001, AU1850002, AU1860571, AU1860572, AU1860573, AU1860574, AU1860575, AU1860576, AU1912061, AU1912067, AU1912069, AU1951005, AU1852914, AU1852842, AU1852912, AU1852913

Published in March 2015 (44 photographs): AU1840015, AU1840014, AU1840016, AU1840018, AU1840017, AU1853221, AU1853222, AU1987883, AU1987884, AU1840013, AU1852882, AU1852883, AU1852884, AU1852885, AU1852888, AU1852886, AU1852887, AU1852889, AU1852890, AU1852891, AU1852892, AU1852893, AU1852894, AU1852895, AU1852896, AU1852897, AU1852898, AU1852899, AU1852900, AU1852901, AU1852569, AU1852570, AU1852571, AU1852572, AU1838999, AU1839000, AU1839002, AU1839001, AU1839003, AU1839004, AU1839005, AU1839006, AU1839007, AU1839008

Published in April 2015 (25 photographs): AU1851914, AU1851915, AU1851916, AU1851917, AU1851918, AU1851919, AU1851920, AU1851921, AU1851922, AU1851923, AU1851924, AU1851925, AU1851926, AU1851927, AU1851928, AU1851929, AU1853212, AU1853213, AU1853515, AU1853516, AU1848366, AU1848367, AU1848368, AU1848369, AU1848370

Published in May 2015 (14 photographs): AU1852915, AU1852917, AU1852916, AU1853517, AU1853518, AU1860719, AU1860720, AU1860721, AU1860723, AU1860722, AU1860725, AU1860724, AU1860726, AU1860727

Published in June 2015 (6 photographs): AU1860624, AU1860625, AU1860627, AU1860626, AU1860628, AU1860629

Published in July 2015 (20 photographs): AU1836819, AU1836820, AU1836821, AU1836822, AU1836823, AU1836824, AU1836825, AU1836826, AU1836827, AU1836828, AU1860630, AU1860631, AU1860633, AU1860632, AU1852696, AU1852697, AU1852698, AU1852695, AU1852699, AU1852700

Published in August 2015 (27 photographs): AU1837105, AU1837106, AU1837107, AU1837108, AU1837247, AU1837248, AU1837249, AU1837250, AU1837251, AU1837252, AU1837253, AU1837254, AU1837255, AU1860644, AU1848144, AU1848145, AU1848146, AU1848147, AU1848148, AU1848149, AU1852863, AU1852862, AU1852864, AU1852865, AU1852866, AU1852867, AU1852868

Published in September 2015 (25 photographs): AU1836738, AU1836739,
AU1836740, AU1836741, AU1836742, AU1836743, AU1836744, AU1853164,
AU1853165, AU1853166, AU1853167, AU1853219, AU1853220, AU1860636,
AU1860637, AU1860638, AU1860639, AU1860640, AU1860641, AU1860642,
AU1860643, AU1852905, AU1852908, AU1852906, AU1852907

**Names:** [Mobley, Miller](#)



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:  _____  Email |

---

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

---

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = vau001177344
Search Results: Displaying 1 of 1 entries



---

Labeled View

---

*2014 Proofs Part 1.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001177344 / 2014-08-19 |
| **Application Title:** | 2014 Proofs Part 1. |
| **Title:** | 2014 Proofs Part 1. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Joseph Pugliese. Address: 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038. |
| **Date of Creation:** | 2014 |
| **Authorship on Application:** | Joseph Pugliese; Domicile: United States; Citizenship: United States. Authorship: photograph(s) |
| **Rights and Permissions:** | Joseph Pugliese, 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038, (323) 466-2120, studio@joepug.com |
| **Names:** | Pugliese, Joseph |



---

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help    Search    History    Titles    Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



**Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = vau001221541

Search Results: Displaying 1 of 1 entries



---

Labeled View

***Pugliese 9808to9816 et al.***

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001221541 / 2015-06-22 |
| **Application Title:** | Pugliese Proofs 2015 Part 1. |
| **Title:** | Pugliese 9808to9816 et al. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Joseph Pugliese. Address: 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038. |
| **Date of Creation:** | 2015 |
| **Authorship on Application:** | Joseph Pugliese; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Joseph Pugliese, 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038, (323) 466-2120, studio@joepug.com |
| **Copyright Note:** | Basis for Registration: Unpublished collection |
| **Names:** | Pugliese, Joseph |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record ▾    Format for Print/Save |
| Enter your email address:                  Email |

---

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Case 2:21-cv-00898-JCM-BNW Document 1-8 Filed 05/07/21 Page 126 of 144



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = vau001244524
Search Results: Displaying 1 of 1 entries

◄ previous    next ►

Labeled View

*Pugliese 2015 Proofs 2.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001244524 / 2016-02-22 |
| **Application Title:** | Pugliese 2015 Proofs 2. |
| **Title:** | Pugliese 2015 Proofs 2. |
| **Description:** | electronic file. |
| **Copyright Claimant:** | Joseph Pugliese. Address: 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038. |
| **Date of Creation:** | 2015 |
| **Authorship on Application:** | Joseph Pugliese; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Joseph Pugliese, 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038, (323) 466-2120, studio@joepug.com |
| **Copyright Note:** | Basis for Registration: Unpublished Collection |
| **Names:** | Pugliese, Joseph |

◄ previous    next ►

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [_____]  [Email] |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



**Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = pugliese joseph

Search Results: Displaying 15 of 51 entries



---

Labeled View

### *PUGLIESE PROOFS 2016 PART2.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001307309 / 2017-07-26 |
| **Application Title:** | PUGLIESE PROOFS 2016 PART2. |
| **Title:** | PUGLIESE PROOFS 2016 PART2. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Joseph Pugliese. Address: 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038. |
| **Date of Creation:** | 2016 |
| **Authorship on Application:** | Joseph Pugliese; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Joseph Pugliese, 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038, (323) 466-2120, studio@joepug.com |
| **Copyright Note:** | Basis for Registration: unpublished collection. |
| **Names:** | Pugliese, Joseph |



---

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: ⌷⌷⌷⌷⌷⌷⌷   Email |

---

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Case 2:21-cv-00898-JCM-BNW Document 1-8 Filed 05/07/21 Page 130 of 144



**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. <u>More</u>.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = vau001307309
Search Results: Displaying 1 of 1 entries



[ Labeled View ]

### *PUGLIESE PROOFS 2016 PART2.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001307309 / 2017-07-26 |
| **Application Title:** | PUGLIESE PROOFS 2016 PART2. |
| **Title:** | PUGLIESE PROOFS 2016 PART2. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Joseph Pugliese. Address: 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038. |
| **Date of Creation:** | 2016 |
| **Authorship on Application:** | Joseph Pugliese; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Joseph Pugliese, 6311 Romaine St, STE 7233, Los Angeles CA, CA, 90038, (323) 466-2120, studio@joepug.com |
| **Copyright Note:** | Basis for Registration: unpublished collection. |
| **Names:** | Pugliese, Joseph |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [ Full Record ▾ ]   [ Format for Print/Save ] |
| Enter your email address: [                    ]   [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# Exhibit

# 3b
# CPI Certificates

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-956-633

**Effective Date of Registration:**
April 21, 2015

## Title

**Title of Work:** Miley Cyrus Collection by Vijat Mohindra

**Previous or Alternate Title:** Group Registration/Photos

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** February 01, 2011
**Nation of 1ˢᵗ Publication:** United States

## Author

**Author:** Vijat Mohindra
**Author Created:** photograph
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1985

## Copyright Claimant

**Copyright Claimant:** Vijat Mohindra
1523 Gordon Street, #11, Los Angeles, CA, 90028, United States

## Rights and Permissions

**Organization Name:** CPi Syndication
**Name:** Geoff Katz
**Email:** geoff@cpi-ny.com
**Telephone:** (212)500-0911
**Alt. Telephone:** (212)683-1455
**Address:** 32 East 31st Street
2nd Floor
New York, NY 10016 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Teske*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-100-305

**Effective Date of Registration:**
April 24, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
> **For Photographs Published:**   December 09, 2017 to December 09, 2017

### Title

| | |
|---|---|
| **Title of Group:** | Selena Gomez for Billbord 2017 |
| **Number of Photographs in Group:** | 14 |
| • **Individual Photographs:** | 20171030_BILLBOARD_SELENA_GOMEZ_S01_049-scr, |
| | 20171030_BILLBOARD_SELENA_GOMEZ_S01_095-scr, |
| | 20171030_BILLBOARD_SELENA_GOMEZ_S01_100-scr, |
| | 20171030_BILLBOARD_SELENA_GOMEZ_S02_004-scr, |
| | 20171030_BILLBOARD_SELENA_GOMEZ_S02_083_COLOR-scr, |
| | 20171030_BILLBOARD_SELENA_GOMEZ_S03_023-scr, |
| | 20171030_BILLBOARD_SELENA_GOMEZ_S03_097-scr, |
| | 20171030_BILLBOARD_SELENA_GOMEZ_S03_107-scr, |
| | 20171030_BILLBOARD_SELENA_GOMEZ_S04_016_COLOR-scr, |
| | 20171030_BILLBOARD_SELENA_GOMEZ_S04_042_COLOR-scr, |
| | 20171030_BILLBOARD_SELENA_GOMEZ_S05_049-scr, |
| | 20171030_BILLBOARD_SELENA_GOMEZ_S05_075-scr, |
| | 20171030_BILLBOARD_SELENA_GOMEZ_S06_006_COLOR-scr, |
| | 20171030_BILLBOARD_SELENA_GOMEZ_S06_024_COLOR-scr |
| **Published:** | December 2017 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Earliest Publication Date in Group:** | December 09, 2017 |
| **Latest Publication Date in Group:** | December 09, 2017 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Ruven Afanador |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

**Copyright Claimant:** Ruven Afanador
420 West 25th Street #7-b, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** CPi Syndication
**Name:** Geoff Katz
**Email:** geoff@cpi-syndication.com
**Telephone:** (212)500-0990
**Address:** 135 East 57th Street, 15th Floor
New York, NY, 10022  United States

## Certification

**Name:** Joe G. Naylor
**Date:** April 24, 2018
**Applicant's Tracking Number:** USCO-04907

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-105-011

**Effective Date of Registration:**
May 11, 2018

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   March 05, 2018 to March 05, 2018

### Title

|  |  |
|---|---|
| **Title of Group:** | Christina Aguilera by Zoey Grossman (ZGR18001) |
| **Number of Photographs in Group:** | 14 |

• **Individual Photographs:** 180305_ZoG_PAPER_C_AGUILERA_SHOT_01_0090_v4-scr,
180305_ZoG_PAPER_C_AGUILERA_SHOT_01_0189_v3-scr,
180305_ZoG_PAPER_C_AGUILERA_SHOT_02_0333_v3-scr,
180305_ZoG_PAPER_C_AGUILERA_SHOT_02_0342_v1-scr,
180305_ZoG_PAPER_C_AGUILERA_SHOT_03_0551_v5-scr,
180305_ZoG_PAPER_C_AGUILERA_SHOT_04_0623_v3-scr,
180305_ZoG_PAPER_C_AGUILERA_SHOT_04_0629_v3-scr,
180305_ZoG_PAPER_C_AGUILERA_SHOT_05_0977_v1-scr,
180305_ZoG_PAPER_C_AGUILERA_SHOT_06_1069_v2-scr,
180305_ZoG_PAPER_C_AGUILERA_SHOT_06_1085_v2-scr,
180305_ZoG_PAPER_C_AGUILERA_SHOT_07_1240_v6-scr,
180305_ZoG_PAPER_C_AGUILERA_SHOT_08_1289_v2-scr,
180305_ZoG_PAPER_C_AGUILERA_SHOT_08_1452_v1-scr,
180305_ZoG_PAPER_C_AGUILERA_SHOT_08_1545_v4-scr

**Published:**   March 2018

### Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | March 05, 2018 |
| **Latest Publication Date in Group:** | March 05, 2018 |
| **Nation of First Publication:** | United States |

### Author

|  |  |
|---|---|
| • **Author:** | Zoey Grossman |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

Page 1 of 2

## Copyright Claimant

|  |  |
| --- | --- |
| **Copyright Claimant:** | Zoey Grossman<br>1339 McCallum Street, Los Angeles, CA 90026, United States |

## Rights and Permissions

|  |  |
| --- | --- |
| **Organization Name:** | CPi Syndication |
| **Name:** | Geoff Katz |
| **Email:** | geoff@cpi-syndication.com |
| **Telephone:** | (212)500-0990 |
| **Address:** | 135 East 57th Street, 15th Floor<br>New York, NY, 10022  United States |

## Certification

|  |  |
| --- | --- |
| **Name:** | Joe G. Naylor |
| **Date:** | May 11, 2018 |
| **Applicant's Tracking Number:** | USCO-04964 |

---

| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| --- | --- |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Lyle*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-159-392

**Effective Date of Registration:**
July 12, 2019

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   April 11, 2019 to April 11, 2019

### Title

|  |  |
|---|---|
| **Title of Group:** | Jonas Brothers for Rolling Stone April 2019 by Ruven Afanador (RAN19004) |
| **Number of Photographs in Group:** | 10 |

- **Individual Photographs:**   20190411_BILLBOARD_JONAS_BROTHERS_S011_053_R5-scr,
20190411_BILLBOARD_JONAS_BROTHERS_S10_123_R5-scr,
20190411_BILLBOARD_JONAS_BROTHERS_S09_103_R5-scr,
20190411_BILLBOARD_JONAS_BROTHERS_S06_073_R5-scr,
20190411_BILLBOARD_JONAS_BROTHERS_S07_033_R5-scr,
20190411_BILLBOARD_JONAS_BROTHERS_S04_026_R5-scr,
20190411_BILLBOARD_JONAS_BROTHERS_S02_005_R5-scr,
20190411_BILLBOARD_JONAS_BROTHERS_PLATES_0087_85_80_R5_no_car-scr,
20190411_BILLBOARD_JONAS_BROTHERS_PLATES_026_R5-scr,
20190411_BILLBOARD_JONAS_BROTHERS_S08_078_R5-scr

**Published:**   April 2019

### Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2019 |
| **Earliest Publication Date in Group:** | April 11, 2019 |
| **Latest Publication Date in Group:** | April 11, 2019 |
| **Nation of First Publication:** | United States |

### Author

|  |  |
|---|---|
| **Author:** | Ruven Afanador |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

### Copyright Claimant

**Copyright Claimant:** Ruven Afanador
7B 420 west 25th street, NY 10003, United States

## Rights and Permissions

**Organization Name:** Creative Photographers Inc
**Name:** Geoffrey Katz
**Email:** geoff@cpi-ny.com
**Telephone:** (212)683-1455
**Address:** 135 East 57th Street  14th Floor
New York, NY 10022  United States

## Certification

**Name:** Joe G. Naylor
**Date:** July 12, 2019
**Applicant's Tracking Number:** USCO-05946

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = grossman zoey
Search Results: Displaying 3 of 34 entries



---

Labeled View

---

### *Dua Lipa by Zoey Grossman for Elle US (ZGR20001)*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002200791 / 2020-03-26 |
| **Application Title:** | Dua Lipa by Zoey Grossman for Elle US (ZGR20001) |
| **Title:** | Dua Lipa by Zoey Grossman for Elle US (ZGR20001) [Group registration of published photographs. 16 photographs. 2020-02-19 to 2020-02-19] |
| **Description:** | 16 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Zoey Grossman. Address: 1339 Mccollum Street, Los Angeles CA 90026, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-02-19 to 2020-02-19 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Zoey Grossman; Domicile: United States; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Geoffrey Katz, Creative Photographers Inc, 135 East 57th Street 14th Floor, New York, NY 10022, United States, (212) 683-1455, geoff@cpi-ny.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in February 2020 (16 photographs): SHOT_02_062_v5, SHOT_03_031_v5, SHOT_04_002_v5_EXT, SHOT_04_079_v3, |

SHOT_04_107_v6_EXT, SHOT_04_139_v4_BW, SHOT_04_139_v4,
SHOT_05_021_v5_EXT, SHOT_05_043_050_v6_EXT, SHOT_06_023_v4_EXT,
SHOT_06_029_v4_EXT, SHOT_07_042_v4, SHOT_07_061_EXT_v3_OPT1,
SHOT_07_061_EXT_v3_OPT2, SHOT_08_006_v4, SHOT_08_105_v8

**Names:** [Grossman, Zoey](#)

[◀ previous]  [next ▶]

| **Save, Print and Email ([Help Page](#))** |
|---|
| Select Download Format  [Full Record ▼]  [Format for Print/Save] |
| Enter your email address:  [_____]  [Email] |

---

[Help](#)   [Search](#)   [History](#)   [Titles](#)   [Start Over](#)

---

[Contact Us](#)  |  [Request Copies](#)  |  [Get a Search Estimate](#)  |  [Frequently Asked Questions (FAQs) about Copyright](#)  |
[Copyright Office Home Page](#)  |  [Library of Congress Home Page](#)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-210-984

**Effective Date of Registration:**
June 02, 2020
**Registration Decision Date:**
July 22, 2020

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: March 03, 2016 to August 24, 2016

## Title

**Title of Group:** Zoey Grossman 2016 K Kardashian16009 R Negga16004 B Larson & C Ehrlich16002
**Number of Photographs in Group:** 24

- **Individual Photographs:** ZGR16002_01_006-hpr, ZGR16002_03_003-hpr, ZGR16002_01_005-hpr, ZGR16002_03_002-hpr, ZGR16002_01_001-hpr, ZGR16002_01_002-hpr, ZGR16002_01_003-hpr, ZGR16002_01_004, ZGR16002_03_001-hpr, ZGR16002_02_001-hpr
  **Published:** March 2016

- **Individual Photographs:** ZGR16004_05_002, ZGR16004_01_001, ZGR16004_01_002, ZGR16004_02_001, ZGR16004_03_001, ZGR16004_04_001, ZGR16004_05_001, ZGR16004_06_001
  **Published:** June 2016

- **Individual Photographs:** SHOT_01_0039_v4, SHOT_05_0062_v5, SHOT_04_0134_v4, SHOT_04_0026_v5, SHOT_03_0011_v5_EXT, SHOT_02_0086_v4
  **Published:** August 2016

## Completion/Publication

**Year of Completion:** 2016
**Earliest Publication Date in Group:** March 03, 2016
**Latest Publication Date in Group:** August 24, 2016
**Nation of First Publication:** United States

## Author

- **Author:** Zoey Grossman
  **Author Created:** photographs
  **Work made for hire:** No

**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Zoey Grossman
1339 Mccollum Street, Los Angeles CA, 90026, United States

## Rights and Permissions

**Organization Name:** Creative Photographers Inc
**Name:** Geoffrey Katz
**Email:** geoff@cpi-ny.com
**Telephone:** (212)683-1455
**Address:** 135 East 57th Street  14th Floor
New York, NY 10022  United States

## Certification

**Name:** Joe G. Naylor
**Date:** June 02, 2020
**Applicant's Tracking Number:** USCO-06664

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.