# EXHIBIT

# 4a.1

# August Infringements

Camila Cabello – P... ×

https://www.breatheheavy.com/category/camila-cabello/page/13/

Search



Her manager teases CC1.

## Camila Cabello, Pitbull and J Balvin Drop Video For English Cut of "Hey Ma"

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!

# BreatheHeavy.com

Live and breathe pop music.

## Camila Cabello's New Single Reportedly Drops May 5

Her manager teases CC1.



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

# BreatheHeavy.com

Live and breathe pop music.

## Machine Gun Kelly And Camila Cabello's "Bad Things" Certified Platinum

A good thing.



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



A good thing.

## Camila Cabello Has A Spiritual Secret On "Only Told The Moon"

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!

# BreatheHeavy.com

Live and breathe pop music.

## TBT: Britney Spears Gushes Over Adele In 2013 Letter

Britney called it.



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

https://www.breatheheavy.com/britney-spears-the-crucified-pop-star-rx/



Carl Jung discussed the idea of the *Persona* or "the mask and visible self taken on by the individual in response to the demands of the social environment" (Cloninger 70). On stage and in the media Spears has the image of a strong, dominant woman. She fearlessly takes to the spotlight and commands the attention of millions with ease, yet in her personal life struggles to maintain control over the custody of her children. Britney Spears, a person who is in the eyes of millions of people constantly is going to want to put on a mask when she walks out of her door every morning. Not only as a shield or exterior skin to protect her in anticipation of the negative judgment, criticism, and disrespect she will

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!

30 DAY BRITNEY C... ×

https://www.breatheheavy.com/exhale/index.php?/forums/topic/751321-30-day-britney-challenge-who-i



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!

Details anzeigen



Britney's song on Giorgio Moroder's upcoming album is "an old song." Not the

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

https://www.breatheheavy.com/exhale/index.php?/forums/topic/751321-30-day-britney-challenge-who-is-in

Q Search

🗨 Forums · 📄 Extras ▾ · 📄 Information ▾



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Britney posted a new message on Facebook with lyrics from "Kill The Lights."

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

Welcome To The Jungle: Danja Teases New Britney Music! - BreatheHeavy.com - Mozilla Firefox

Welcome To The Ju...

https://www.breatheheavy.com/welcome-to-the-jungle-danja-teases-new-britney-music/

Search

HOME    RX    BRITNEY    EXHALE    ABOUT    SHOP    ADVERTISE    CONTACT

JORDAN MILLER · BRITNEY · FEBRUARY 25, 2019 · 1 MIN READ

# WELCOME TO THE JUNGLE: DANJA TEASES NEW BRITNEY MUSIC!

SHARE

This website uses cookies to ensure you get the best experience on our website. Learn More

Decline          Allow cookies

Modified: 29 May 2019  Screenshot: 29 May 2019 04:37:33  Display Size: 1425x792px



Instead, she'd rather be measured against established icons: Cher and Tina Turner, "and all these people who came a generation before this one and showed us that you don't have to, as a young woman, have an expiration date. You can go on, and you can do what you want into your 60s and 70s and you can be powerful and be vulnerable and be human. And I think we're just carrying that on. I'd like to think I'm part of the generation that's carrying that on."



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Jennifer Lopez sings in Spanish on "Back It Up."

## Prince Royce Enlists Pitbull For "Back It Up"

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!




Jennifer Lopez finds herself on another song with Pitbull for the Spanish version of Prince Royce's "Back It Up."

(Snoop Dogg voice:) *Prince Royce released "Back It Up" last week* with Pitbull, but the latest version en español sees additional vocals provided from Miss Lopez. Her performance is the typical refreshing breath of Puerto Rican air we're used to from Lopez, but we just can't seem to convince ourselves why Pitbull is requested for every other three songs streaming in the Top 40. Does using the phrase "featuring Pitbull" after your song title increase your odds of a charting pop topper? It appears that way, and Prince Royce is smart for doing so... in multiple languages.

As we said before, it's a solid pop song and that's about it.

Listen to Prince Royce's Spanish version of "Back It Up" featuring Pitbull and JLo here:



Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



"I've always strayed from embracing all these different parts of myself as a person and as an artist, but this time I was like, 'I am all these different things,' " says Lopez. "I can be silly, I can make fun of myself, but I can also be deathly

# BreatheHeavy.com

Live and breathe pop music.

## Category: Jennifer Lopez

### JLo's "Booty" Artwork Is Hot And Predictable

JLo released the single cover art for her new single, "Booty," which I've already tirelessly played and am sick of, but the picture is hot! In the new snap Jenny from the block shows off her best asset: her smoldering eyes, of course. See it here:

### JLo Wears Tight Pants A.K.A. "Booty" Promo

Jennifer Lopez embraced her curves in skin tight leggings while out in New York City on Friday. And I mean… ALL her curves. Damn girl, give it some room to breathe! JLo is probably keeping it casual because her record label isn't shelling out what they used to! She told the Associated Press today: "It […]

### JLo's Wise Take On "A.K.A." Album Sales

Jennifer Lopez isn't going to sit back and let media bastards like myself knock all her hard work because we deem numbers define success. NO! She wants you to know she's in it for the long haul, not that insta-****. During her interview on The Breakfast Club today, JLo says it's more important focusing on […]

### JLo Shakes Her Booty On Good Morning America

Jennifer Lopez appeared on Good Morning America on Thursday to promote her new album "A.K.A.," but more importantly shook her derrière through the entire performance of her next single, "Booty." MESMERIZED. CAPTIVATED.

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!



Instead, she'd rather be measured against established icons: Cher and Tina Turner, "and all these people who came a generation before this one and showed us that you don't have to, as a young woman, have an expiration date. You can go on, and you can do what you want into your 60s and 70s and you can be powerful and be vulnerable and be human. And I think we're just carrying that on. I'd like to think I'm part of the generation that's carrying that on."



Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!



## Take it to the court!

While Katy Perry will likely turn herself into a human firework at her Super Bowl XLIX halftime show next week, Ariana Grande is probably keep things a little more low key for her headlining gig at the NBA All-Star Game halftime show on Sunday (February 15).

Y'all ready for some more Ari?

Grande's big news was announced on Thursday (January 22) via the NBA and is set to take place at New York City's Madison Square Garden. The 64th annual celebration will air on TNT and be watched by 215 countries around the globe. Additional performers for the NBA All-Star Game will be unveiled later today. Here's to hoping that there'll be some surprise Victoria Secret wings laying around the court. #BangBangIntoHerFace

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!

Ariana Grande Perf... ✕

https://www.breatheheavy.com/ariana-grande-performs-one-last-time-on-the-voice-ita/    C    Q Search



Despite releasing her newest single more than three months ago, Ariana Grande is still on the promotional trail for "One Last Time".

Ariana took time out of her sold-out Honeymoon Tour last night to perform modest hit, "One Last Time" on The Voice Italia, and in news that likely won't shock you it was a vocally outstanding, if not slightly predictable, effort.



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.    Verstanden!
Details anzeigen

https://www.breatheheavy.com/ariana-grande-and-diplo-record-new-music-together/

Q Search



**UPDATE // AUGUST 15:** Grande uploaded another new song preview onto SnapChat on Sunday. We can't confirm whether it's from her session with Diplo or not, but considering she was just in-studio with him (see below), let's assume so.

Ariana's Snapchat Story (August 14) pic.twitter.com/jRY7PuWkhg

— Ariana Grande Today (@ArianaTodayNet) August 14, 2016

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

**Verstanden!**

🔲 Taylor Swift Report... ✕ 🕂

ⓘ 🔒 https://www.breatheheavy.com/taylor-swift-reportedly-enlists-jack-antanoff-ryan-adams-and-chris-carral 🔲 | C' 🔍 Search ☆ 自 ▽ ↓ 合 ◎ ≡



## Is Taylor Swift's new album leaning towards pop-rock?

Swift's name has been synonymous with Katy Perry as of late, but alas, a story about her music!

Word on the street is that she's collaborating with Bleachers frontman Jack Antonoff, Ryan Adams and Dashboard Confessional lead singer Chris Carrabba on songs for her sixth studio album.

**Antonoff** is an obvious choice. He and Swift collaborated on a handful of tracks on *1989*, including "Out Of The Woods" and "I Wish You Would." His relationship with actress Lena Dunham even inspired "You Are In Love." Swift was asked way back when about one of the lyrics, "You're my best friend," to which she replied: "I've never had that, so I wrote

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Taylor Swift's "Blank Space" continues to dominate the charts, but Billboard's
Woman Of The Year is on to the next.

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!

Details anzeigen



## Taylor Swift has a million dollar question to answer.

She's arguably one of the most successful entertainers of our generation (and a national lightning rod for ****-shaming, according to her). *1989* dominated the charts and propelled the singer into unchartered territory. There's a lot of pressure to surpass herself with her upcoming sixth studio album, so she left behind the chaos of (welcome to) New York and journeyed to Nashville, TN, where she's hiding away to nurture the sound of the next LP. According to a new report from *Entertainment Tonight*, it's unclear whether Tay will craft another pop album, or return to her beloved country roots; she's undecided.

A source tells ET that Swift "has been busy working on her upcoming album" and has plans to release it before the

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Why these bums so mad that the queen on TIDAL?

## Billboard's Highest Paid Music Stars of 2014



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Taylor Swift met up with Harry Styles, and it might be for her "Style" music

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



"Same lips red, same eyes blue/Same white shirt, couple more tattoos."

We detailed all of the many reasons why Harry Styles' new song "Two Ghosts" is most likely about Taylor Swift in this post. It's undeniable he's singing about the 1989 singer, and BBC Radio 1 host Nick Grimshaw asked the pop star about it.

If you're interested in watching Styles squirm and avoid answering the question in any real detail, please give this video a spin:

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!



## Dua Lipa felt the wrath of the Swifties.

It's safe to say Taylor Swift is the President of the most enthusiastic fanbase on the Internet (BTS I see you though). They are the actual definition of ride or die, and Dua Lipa can attest to this.

[adinserter block="1"]

Let me explain. Last October, Dua rocked a *Speak Now* T-shirt at a meet & greet in Germany. The photos made the rounds on the Internet to the delight of Swifties. The pop star herself caught wind of it as well. "I AM SCREECHING WITH JOY," she said.

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!



He can run but he can't hide.

## Stream Harry Styles' Debut Album



Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Lana Del Rey brought the spice to her concert at the Pepsi Center in Denver, CO, on Sunday.

The singer didn't hold back when she took a dig at her ex, G-Eazy. In *Lust For Life* track "White Mustang," which is reportedly about the rapper, Lana changed the line, "couldn't stop the way I was feeling the day your record dropped," to say "his" record, and added: "and it wasn't even that good!"

The crowd immediately picked up on the shade and roared with applause.

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

**Verstanden!**



Talent wins.

## We Need To Talk About The 2018 Grammy Nominations: Snubs And Surprises

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!

Lana Del Rey – Pag... ×

https://www.breatheheavy.com/category/lana-del-rey/page/3/?filtered=oldest

Q Search

# BreatheHeavy.com

Live and breathe pop music.

## Category: Lana Del Rey

### The Girls Are Fighting: Lana Del Rey Eviscerates Azealia Banks



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

# BreatheHeavy.com

Live and breathe pop music.

## Lana Del Rey Performs "Florida Kilos" For The First Time

Because it was her father's birthday.



## Lana Del Rey performed "Florida Kilos" for her father's birthday.

While Del Rey readies her upcoming "Honeymoon" album and "Music To Watch Boys To" single, she's busy on tour promoting her last studio effort. During her recent *Ultraviolence* show in West Palm Beach, Lana surprised concert-goers with an unannounced performance of **"Florida Kilos."** According to StereoGum, Lana performed the

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

https://www.breatheheavy.com/category/lana-del-rey/page/10/?filtered=random

Q Search

# BreatheHeavy.com

Live and breathe pop music.

## Category: Lana Del Rey

### Lana Del Rey's New Album Is Titled "Lust For Life," Watch The Album Trailer



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Because it was her father's birthday.

## Lana Del Rey Shares "Honeymoon" Teaser



Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!

# BreatheHeavy.com

Live and breathe pop music.

## Category: Lana Del Rey

### Lana Del Rey cancelled the European leg of her tour due to illness

### Forgot how good Lana Del Rey's "Ultraviolence" album is

### Lana Del Rey Shares 3-Song 'Norman ******* Rockwell' Video And Announces Spoken Word Album

Tis the season of giving, and Lana Del Rey is feeling the holiday cheer.

### Ariana Grande, Miley Cyrus & Lana Del Rey Kick *** In The "Don't Call Me Angel" Video: Watch



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

**Verstanden!**



Did you know everybody loves a monster?

## Fifth Harmony's Normani Kordei Dances Like A BO$$



Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

**Verstanden!**



Today is Miss Jennifer Lopez's birthday!

## Jennifer Lopez Working With The Monsters

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



# BreatheHeavy.com

Live and breathe pop music.

## Jason Derulo's "If It Ain't Love" Feels So Good

Listen to Derulo's newest offering.



New Jasonnnn Derulooo

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!







## It's Jason Derulllllllllllllo (and J. Lo)

Good news for Jason Derulllllllllllllo: There's only one more week left until his new album, *Everything Is 4*, hits stores. Bad news for us: the Top 40 hitmaker just dropped yet another taste of the upcoming LP and this time it's his collaboration with Jennifer Lopez and Matoma called "Try Me."

Unfortunately, the intrigue behind Derulo's team-up with La Lopez stops right after the title. Over a standard island beat, the duo attempt to stir up some summer heat, but instead leave us with a generic mid-tempo tune about hooking up with a cut + paste feature from Jenny. No idea why Lopez would even agree to hop on this but considering her recent catalogue of singles, it's not exactly surprising. At least, "Cheyenne" was somewhat interesting with that whole '80s throwback trend.



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!



It's Jason Derulllllllllllllo (and J. Lo) Good news for Jason Derulllllllllllllo: There's only one more week left until his new album, Everything Is 4, hits stores. Bad news for us: the Top 40 hitmaker just dropped yet another taste of the upcoming LP and this time it's his collaboration with Jennifer Lopez and Matoma called [...]

## Sia, Fifth Harmony & Jason Derulo Perform At DWTS Finale

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!

Jason Derulo – Bre... ✕

https://www.breatheheavy.com/category/jason-derulo/?filtered=oldest

# BreatheHeavy.com

Live and breathe pop music.

## Category: Jason Derulo

### Here's A Photo Of Jason Derulo In His Underwear

Jasoooon Deruloooo.

### Jason Derulo Low-Key Shades Shawn Mendes



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!



## Reps for Iggy Azalea's booking agency claim they didn't rally their full support behind Iggy's axed tour because she couldn't fill the opening number slots.

*Uh huh*. Reports ran rampant this week following the announcement Azalea is engaged to fiance Nick Young of a cancelled tour due to a "creative change of heart" as well as **not** finding proper talent to open the show once **Nick Jonas** and **Tinashe** pulled out after the initial reschedule hullabaloo. As a result, CAA, who represents Azalea and AEG Live, say they didn't deploy their marketing material.

"As we were not able to fill the support slots on the tour in the fall, due to so many artists already having commitments and working this summer, we had not advertised or promoted the new shows since last winter," AEG Live's senior VP Debra Rathwell tells Billboard. "The dates were selling well and were going to do fine."

That claim was disputed by industry insiders, saying some shows only sold at 20% capacity. Asked if they considered moving to smaller venues, Rathwell said "there was no reason to do so."

Azalea said of the tour:

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!






Major Lazer zaps their latest single titled "Too Original" onto the world wide web.

The powerhouse duo made up of DJs Diplo and Switch continue to churn out the hits! Following their release with Travi$ Scott, 2 Chainz, Pusha T and Mad Cobra for "Night Riders," their Ellie Goulding and Tarrus Riley collabo called "Powerful" and "Lean On" with DJ Snake and MØ, Major Lazer have their sights set on their latest release off their upcoming *Peace Is The Mission* album titled **"Too Original."**

With help from Swedish singer Elliphant and songwriter Jovi Rockwell, Major Lazer crafted another sick club banger that's abundant in synths and horns perfect for the summer pool parties you'll inevitably be at. The beat is obnoxiously in-your-face, but what else do you expect from a pulsating high-energy red cup anthem?

Give it a listen below:

Major Lazer - Too Original (feat. Elliphant & J...



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



## No Lady no ratings.

[adinserter block="1"]

Reviewers are going goo goo over Gaga.

There's so much hype surrounding our fav's leading role in Bradley Cooper's remake of *A Star Is Born* right now – there's already buzz Gaga will win the Oscar for Best Actress next year.

But before Bradley and Gaga set out to make the film of the year, many, many incarnations of it were in motion at one point or another.

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

News – Page 36 – B... ×

https://www.breatheheavy.com/category/news/page/36/

Search

# BreatheHeavy.com

Live and breathe pop music.

## Category: News

### Has Jennifer Lopez Stolen All Of Her Hit Songs, And Does It Matter If She Has?



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!

Check out the full line-up!



## This year's Jingle Ball line-up is good for us.

Wow, it's that time of year where Pumpkin Spice lattes are available and the line-up for the Jingle Ball music festival is announced!

One Direction, The Weeknd, Selena Gomez, 5 Seconds of Summer, Zedd Ellie Goulding, Shawn Mendes, Tove Lo, Charlie Puth, Hailee Steinfeld and DNCE are slated to perform at this year's event taking place at the Staples Center on Dec. 4 at 7:30 p.m.

 **102.7 KIIS FM** ✓
@1027KIISFM



The #KIISJingleBall presented by @CapitalOne is

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



## Selena Gomez gets redemption.

During an onslaught of interviews to promote her new record *Revival*, Gomez's biggest gripe was people view her more as a tabloid sensation and Internet icon than an artist. She said in recent weeks her record is a symbolic rebirth after immense scrutiny she endured from her relationship with ex Justin Bieber and her body all while secretly dealing with Lupus.

"I'm so tired of feeling like I'm being pulled down by something," she said of peoples' judgement. "'Revival' is the first song on the album, and the first lines are, "I feel like I've awakened—the chains around me are finally breaking."

It's her salvation, and well-deserved. Billboard announced her latest studio effort debuted atop the charts at No. 1,

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!





**UPDATE // JULY 5:** Lana Del Rey's entire scrapped "Honeymoon" music video surfaced:



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!



## Zayn Malik is 23 years old today.

As he gears up to release his first solo effort, which is said to be an electic combination of Frank Ocean-esque R&B and hard hitting urban influence, let's take a look back at what helped establish the British vocalist as one of the most anticipated solo acts to watch.

There's no doubt all eyes are on Zayn as pop fans wait to see if the product he delivers without the biggest band in the world backing him is worthwhile, but one thing is for certain – the chances of him disappointing vocally are pretty slim.

Allow us to demonstrate with 23 of Zayn's strongest vocal performances:

**23. Moments**

 Zayn Malik's Perfect high note in "Mom

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!



Malik talks about his new album, his non-existent relationship with the guys of One Direction and how he gets creative.

## Simon Cowell Calls Zayn Malik "Rude"

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!



Exactly one month from today, Zayn Malik's *Mind Of Mine* debuts.

To celebrate, Malik is sharing the studio version of his latest single, "It's You." He first premiered the track with a live performance on *The Tonight Show Starring Jimmy Fallon* and soon after shared a teaser of its upcoming music video. On "It's You," Malik shows off his soaring vocals over a minimal pulsating beat, hitting the high notes and holding onto them tight. Listen below:

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!



I had to venture over to Dictionary.com to look up that "V" word before I could

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!



## Let the bad blood carry on.

We don't usually pit women against each other like this, but Taylor started it.



Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!



## To some, Pitbull's rapping sounds like nails on a chalkboard. To others, he's Mr. Worldwide.

There's no denying he's delivered hit after hit over the years, and that feat is about to be recognized at The Songwriters Hall of Fame. The organization announced today (March 14) that Pitbull will be the first-ever recipient of the Global Ambassador Award at the 48th Annual Induction and Awards Dinner slated for Thursday, June 15th at the Marriott Marquis Hotel in New York City.

According to a press release, The Songwriters Hall of Fame's Global Ambassador Award was created to "celebrate a songwriter-artist whose music has true worldwide appeal, crossing genre, cultural and national boundaries." It notes

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

https://www.breatheheavy.com/category/pitbull/

Q Search



Lyrical genius.

## Jennifer Lopez And Pitbull's New Song "**** Body" Samples Sasha's "Dat **** Body"

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!

# BreatheHeavy.com

Live and breathe pop music.

# The Weeknd, Justin Bieber, Drake Rule The 2016 Billboard Music Awards Nominations

See the finalists.



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!



## Taylor Swift shared a third video of the snake today, and the latest is menacing.

Who would've thought a few years ago our sweet little Taylor would be teasing a new era with a venomous snake staring into your soul and hissing at you?

It's all part of her image overhaul. A source tells *Us Weekly* the *1989* singer wants to shed her old persona and share with us a new, more adult one.

There's also supposed details of her new single, which is thought to be titled "Timeless" and described as unusual and

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!

https://www.breatheheavy.com/taylor-swifts-new-single-is-reportedly-titled-timeless-and-goes-from-very

Search



## Taylor Swift's new single is pop music's Viagra.

The pop star is readying a *huge* return. Not only did she scrub her social media presence entirely, but the couple of video teasers of a slithering snake's tail are cryptic and bizarre. We see you, Joseph Kahn.

We don't know much about the forthcoming single, but it's rumored to drop this Friday (August 25). The Internet believes it's called "Timeless," ehich is registered under her name on music publishing website ASCAP. There's also a website called Timeless.com that exists and only features the following logo with the words "coming soon."

folklore

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!

https://www.breatheheavy.com/author/breatheheavy/page/369/



Swift's new single is pop music's Viagra.

## Britney Army Starts Petition To Replace Louisiana Confederate Monuments With Statues Of The Queen

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!





■ Selena Gomez is now the most followed person on Instagram with 69.4 million followers, passing Taylor Swift who previously claimed the No. 1 spot with 69.2 million. Kim Kardashian trails behind both pop divas at No. 3 with 63.6 million followers. Meanwhile, BreatheHeavy is just trying to hit that 40K mark (FOLLOW HERE PLEASE).

To celebrate, here's a new post of Selena eating McDonald's:







## Halsey opens up about a troubling time during her initial surge to super stardom.

Halsey has had a hell of a year or two. A couple of public outbursts, some bizarre interviews and lackluster performances appear to be the aftermath of some traumatic experiences the 21-year-old dealt with before releasing her debut studio album *Badlands*.

In a new interview with Rolling Stone, the "Colors" singer remembered a dark day where her team pressured her to perform hours after suffering a miscarriage. Halsey told the interviewer she read a previous report published in RS in April about Planned Parenthood and a miscarriage the writer had had.

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!

Nick Jonas Previews New Song "Looking For Love" - BreatheHeavy.com - Mozilla Firefox

Nick Jonas Previews... ×

https://www.breatheheavy.com/nick-jonas-previews-new-song-looking-for-love/

Search

HOME    RX ▾    BRITNEY    EXHALE    ABOUT    SHOP    ADVERTISE    CONTACT

JORDAN MILLER · NICK JONAS · MAY 12, 2017 · 1 MIN READ

# NICK JONAS PREVIEWS NEW SONG "LOOKING FOR LOVE"

SHARE

This website uses cookies to ensure you get the best experience on our website. Learn More

Decline    Allow cookies

Modified: 29 May 2019  Screenshot: 29 May 2019 04:42:48  Display Size: 1425x792px

https://www.breatheheavy.com/category/nick-jonas/page/8/

HOME    RX ⌄    BRITNEY    EXHALE    ABOUT    SHOP    ADVERTISE    CONTACT



NICK JONAS

**NICK JONAS' NEW SONG RELEASE IS "CLOSE"**



DEMI LOVATO   NICK JONAS

**DEMI LOVATO & NICK JONAS PERFORM AT VICTORIA'S SECRET SWIM SPECIAL**



ELLIE GOULDING   NICK JONAS

**NICK JONAS CONFIRMS NEW ALBUM COLLABORATIONS**



NICK JONAS

**NICK JONAS – 24TH HOUR:**



NICK JONAS

**NICK JONAS COVERS**



NICK JONAS

**NICK JONAS: I'VE HAD A LOT**

Modified: 29 May 2019  Screenshot: 29 May 2019 04:46:36  Display Size: 370x490px
Screenshot: 29 May 2019 04:46:  Display Size: 370x490px



BH Buzz: Nick Jonas... ✕

https://www.breatheheavy.com/bh-buzz-nick-jonas-explains-what-his-new-song-bacon-is-about/

HOME    RX ⌄    BRITNEY    EXHALE    ABOUT    SHOP    ADVERTISE    CONTACT

JORDAN MILLER · BH BUZZ · NICK JONAS · APRIL 8, 2016 · 3 MIN READ

# BH BUZZ: NICK JONAS EXPLAINS WHAT HIS NEW SONG "BACON" IS ABOUT

This website uses cookies to ensure you get the best experience on our website. Learn More

Decline        Allow cookies

Modified: 29 May 2019  Screenshot: 29 May 2019  04:44:32  Display Size: 1425x792px

Case 2:21-cv-00898-JCM-BNW   Document 1-4   Filed 05/07/21   Page 69 of 150

HOME     RX ⌄     BRITNEY     EXHALE     ABOUT     SHOP     ADVERTISE     CONTACT

JORDAN MILLER · ELLIE GOULDING · NICK JONAS · FEBRUARY 23, 2016 · 1 MIN READ

# NICK JONAS CONFIRMS NEW ALBUM COLLABORATIONS

This website uses cookies to ensure you get the best experience on our website. Learn More

Decline     Allow cookies

Modified: 29 May 2019  Screenshot: 29 May 2019 04:47:44  Display Size: 1425x792px



## Nick Jonas' new single is reportedly titled "Close."

Jonas is reuniting with "Chains" producer Jason Evigan as well as Nolan Lambroza, who crafted "Jealous," on his upcoming album, and it might drop sooner than you think. The album, which Jonas will name once it's finalized, is expected to feature collaborations from from Ty Dolla $ign and a female artist which he has yet to not name, but word on the street says it's Ellie Goulding. He might confirm it by next Friday (March 25), the date his new song is rumored to drop... at least according to Republic label exec Charlie Walk, who posted the following screen cap on SnapChat: "Nick. Close. 3/25. So good."

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

# BreatheHeavy.com

Live and breathe pop music.

# Christina Aguilera On New Album: "It Will All Come Together And Will Be Reunited Again"

Come through, Christina.



Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Ariana Grande's new album *Dangerous Woman* debuts on Friday, but she's always making new music.

If your fingers are on the pulse of the music industry's rapid heartbeat, you're well aware Grande's entire new record has surfaced ahead of its May 20 release date. Babes just need to wait one more day to let her new music course through their veins, and that's not all they have to look forward to.

**Ariana Grande Embraces Her Super Hero Bunny Persona For Billboard**

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

Nearly 200 Top Mu... ✕

https://www.breatheheavy.com/nearly-200-top-music-artists-executives-co-sign-billboards-open-letter-to



Britney Spears, Lady Gaga, Selena Gomez and dozens of other A-list artists are standing behind Billboard's open letter to congress urging them for stricter gun laws.

The letter was prompted as a heated response to the gun violence that took 49 lives and injured 53 more at Pulse nightclub in Orlando, as well as the death of singer Christina Grimme.

It's time for change, and some of the most influential people on the planet are demanding it.

Billboard writes, "Like the rest of the country and the world, Billboard editors were horrified by the mass killing at

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!





Camila Cabello Arc... ✕

https://www.breatheheavy.com/category/camila-cabello/page/13/

Search

HOME    RX ⌄    BRITNEY    EXHALE    ABOUT    SHOP    ADVERTISE    CONTACT



CAMILA CABELLO

**CAMILA CABELLO AND MACHINE GUN KELLY COVER JAMES ARTHUR'S "SAY YOU WON'T LET GO" ON LIVE LOUNGE**



CAMILA CABELLO

**CAMILA CABELLO AND MACHINE GUN KELLY PERFORM "BAD THINGS" ON ELLEN: WATCH**



CAMILA CABELLO

**CAMILA CABELLO TEAMS UP WITH CASHMERE CAT ON "LOVE INCREDIBLE"**



CAMILA CABELLO    FIFTH HARMONY

**FIFTH HARMONY IS "BACK"**



CAMILA CABELLO

**CAMILA CABELLO WASN'T COOL WITH BEING**



CAMILA CABELLO

**CAMILA CABELLO READIES NEW ALBUM FOR 2017,**

Modified: 29 May 2019  Screenshot, 29 May 2019 04:30:14  Display Size: 370x490px



Camila Cabello Tea... ×

https://www.breatheheavy.com/camila-cabello-teams-up-with-cashmere-cat-on-love-incredible/

Search

HOME    RX ▾    BRITNEY    EXHALE    ABOUT    SHOP    ADVERTISE    CONTACT

JORDAN MILLER · CAMILA CABELLO · JANUARY 25, 2017 · 1 MIN READ

# CAMILA CABELLO TEAMS UP WITH CASHMERE CAT ON "LOVE INCREDIBLE"

This website uses cookies to ensure you get the best experience on our website. Learn More

Decline    Allow cookies

Modified: 29 May 2019  Screenshot: 29 May 2019 04:30:42  Display Size: 1425x792px



JORDAN MILLER · BREAKING   FIFTH HARMONY · SEPTEMBER 6, 2016 · 2 MIN READ

# CAMILA CABELLO WALKS OFF STAGE MID-CONCERT DUE TO ANXIETY

This website uses cookies to ensure you get the best experience on our website. Learn More

Decline     Allow cookies

Modified: 29 May 2019  Screenshot: 29 May 2019 04:29:00  Display Size: 1425x792px

Fifth Harmony Confirm They're Making A New Album, Want "No Way" As Next Single - BreatheHeavy.com - Mozilla Firefox

Fifth Harmony Conf... ×

https://www.breatheheavy.com/fifth-harmony-confirm-theyre-making-a-new-album-want-no-way-as-next-single/

Search

# Breathe Heavy

HOME    RX ⌄    BRITNEY    EXHALE    ABOUT    SHOP    ADVERTISE    CONTACT

JORDAN MILLER · FIFTH HARMONY · DECEMBER 12, 2016 · 2 MIN READ

# FIFTH HARMONY CONFIRM THEY'RE MAKING A NEW ALBUM, WANT "NO WAY" AS NEXT SINGLE

This website uses cookies to ensure you get the best experience on our website. Learn More

Decline    Allow cookies

Modified: 29 May 2019   Screenshot: 29 May 2019 03:58:05

Case 2:21-cv-00898-JCM-BNW Document 1-4 Filed 05/07/21 Page 79 of 150

Fifth Harmony's R&... ×

🔒 https://www.breatheheavy.com/fifth-harmonys-rb-tinged-727-b-side-is-oh-so-sensitive/

🔍 Search

# Breathe Heavy

HOME    RX ⌄    BRITNEY    EXHALE    ABOUT    SHOP    ADVERTISE    CONTACT

JORDAN MILLER · FIFTH HARMONY · SEPTEMBER 12, 2016 · 1 MIN READ

# FIFTH HARMONY'S R&B-TINGED '7/27' B-SIDE IS OH SO "SENSITIVE"

This website uses cookies to ensure you get the best experience on our website. Learn More

Decline    Allow cookies

Modified: 29 May 2019  Screenshot: 29 May 2019 04:00:42



Someone help Chance The Rapper get in touch with Gwen Stefani.

Chance Tweeted out to his 7.55 million followers he needs help linking up with Gwen.

[adinserter block="1"]

I love the music industry. You can be one of the most famous artists on the planet and still have trouble penetrating a

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

https://www.breatheheavy.com/category/alicia-keys/    |    Q Search



Some of the world's most influential musicians discuss their passions in a Songwriter Roundtable.

## Alicia Keys' New Album 'Here' Debuts At No. 2



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.    Verstanden!
Details anzeigen

TAKE. IT. BACK.

# Here's What Happens When JT, Sting, Alicia Keys, Tori Amos, John Legend and Pharrell Sit At A Roundtable



Some of the world's most influential musicians discuss their passions in a Songwriter Roundtable.

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!



Some of the world's most influential musicians discuss their passions in a Songwriter Roundtable.

## John Mayer Drops New Song "Love On The Weekend" Just In Time For... The Weekend

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!

https://www.breatheheavy.com/heres-what-happens-when-jt-sting-alicia-keys-tori-amos-john-legend-and Search

# BreatheHeavy.com

Live and breathe pop music.

# Here's What Happens When JT, Sting, Alicia Keys, Tori Amos, John Legend and Pharrell Sit At A Roundtable

Some of the world's most influential musicians discuss their passions in a Songwriter Roundtable.



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

Giorgio Moroder Featuring Karen Harding – "Good For Me" Video - BreatheHeavy.com - Mozilla Firefox

Giorgio Moroder Fe... ✕

https://www.breatheheavy.com/giorgio-moroder-drops-disco-ditty-good-for-me-featuring-karen-harding-video/

Search

HOME    RX ⌄    BRITNEY    EXHALE    ABOUT    SHOP    ADVERTISE    CONTACT

JORDAN MILLER · GIORGIO MORODER · JANUARY 19, 2017 · 1 MIN READ

# GIORGIO MORODER FEATURING KAREN HARDING – "GOOD FOR ME" VIDEO

This website uses cookies to ensure you get the best experience on our website. Learn More

Decline    Allow cookies

Modified: 29 May 2019  Screenshot: 29 May 2019 04:07:28  Display Size: 1425x792px

Giorgio Moroder Ar... ✕

https://www.breatheheavy.com/category/giorgio-moroder/

HOME    RX ⌄    BRITNEY    EXHALE    ABOUT    SHOP    ADVERTISE    CONTACT



GIORGIO MORODER

**GIORGIO MORODER FEATURING KAREN HARDING – "GOOD FOR ME" VIDEO**



GIORGIO MORODER   X

**GIORGIO MORODER SELECTS "TOM'S DINER" AS ONE OF HIS GREATEST COLLABS**

GIORGIO MORODER

**GIORGIO MORDOER'S DÉJÀ VU GETS A REMIX FROM SALUTE**



GIORGIO MORODER



FEATURED   GIORGIO MORODER   SIA

**GIORGIO MORODER AND SIA**

Modified: 29 May 2019  Screenshot: 29 May 2019 04:04:47  Display Size: 370x490px



## A mess. Lies, and a mess.

Kanye West's Twitter rant on February 24, 2016 was one of epic proportions. Not only did he mistakenly boast he has the most streamed song on Twitter this week, he promised a new album by summer (KanyeToThe claims it's titled *WATCH THE THRONE 2*), asked reps for the GRAMMYs to reach out to discuss how they can make it more culturally relevant, admitted his personal debt etc. etc. Because there's so many Tweets today, we thought it best to embed his entire timeline.

By the way, Kanye thinks "Waves" is the most streamed song this week, but that chart actually represents the most shared and/or mentioned songs on Twitter.

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social-Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Kanye West axed the rest of the Saint Pablo Tour, including the European leg.

## John Legend Thinks Kanye West's Photo-Op With Donald Trump Was A Publicity Stunt



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!

https://www.breatheheavy.com/bh-buzz-judge-grants-katy-perry-the-right-to-purchase-a-convent-from-u

Q Search



Katy Perry is victorious in her legal battle to ****** up a Los Feliz convent. Los Angeles County Superior Court Judge Stephanie Bowick announced on Wednesday (April 13) that she will block an effort by two nuns to sell the convent to a competing buyer – restaurateur Dana Hollister.

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



## Katy Perry has her new music video on the brain.

Last week, the pop star jokingly posted an Insta story of a squirrel running on a wheel and said it was a teaser of her next video. Turns out it was a sign of things to come, because according to a report from French website Melty, Perry has plans to shoot her new visual in L.A. on Jan. 18, 19 and 20th.

**Related:**
*Katy Perry Could Be Collaborating With Chance The Rapper*

The website is in French, so according to Google Translate, they said this:

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.



## Katy Perry's "Rise" gets *transformed*.

I'm giving my Spotify account a rest from streaming Britney Spears's new album *Glory* and Carly Rae Jepsen's *Side B* release with a few plays of Katy Perry's official "Rise" remixes.

She enlisted Purity Ring, Monsieur Adi and TĀLĀ to reimagine the Olympics theme song into something suitable for either the dance floor or smoking a bowl and chilling in your bedroom. Depends on which one you play first – Purity Ring's will get ya to light one up, Monsieur Adi's will assist in any weekend shenanigans, or if you're running a few errands stream TĀLĀ's.

Listen here.

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!



## Selena Gomez is responding to the hate with her music.

The "Revival" singer found herself in controversy this past week when she stupidly involved herself in Taylor Swift's drama and, more importantly, made some comments on the Black Lives Matter movement.

After tweet-deleting and going dark on social media, she has shared a clip of her latest single "Kill 'Em With Kindness" reworked as a piano ballad.

The synth-pop whistle bop's lyrics take on new meaning when stripped back, and the metaphorical message can relate to many issues around the world today, regardless of whether Selena is only doing this to defend her pop squad.

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!



Paulina Rubio confirms she has a song with Selena Gomez in the works.

It's been over five years since Rubio released 2011's *Brava!*, but the pop star is hard at work on a followup which is expected to debut next year. We don't know much about the sound she's aiming for, but one thing's for sure: expect a collaboration with Selena Gomez.

In a new interview with *Vanidades* magazine, Rubio mentioned her duet with the "Hands To Myself" singer and expects it to drop in the first quarter of 2017.

"It's truly a warrior, [in the sense that] it has a little of something from each genre, like banda, and pop, collaborations with DJ Snake and Selena Gomez," Rubio says.

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



https://www.breatheheavy.com/more-new-rihanna-music-has-landed/



Okay, it's another cut from the 'Home' soundtrack. And yes, it's 15 seconds long. But beggars can't be choosers, eh?

Another Rihanna snippet has ended up online, entitled "As Real as You and Me" and taken once more from her upcoming animated debut, DreamWorks Animation's 'Home'. And you know what? It's actually pretty promising!

The thirst for #R8 must be real if we're getting this excited about a snippet of a deep cut from a kid's movie, but you can listen to the latest tease below:

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!



Star-studded.

## Missy Elliott Covers ELLE's Women In Music Issue



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!

Christina Aguilera I... ×

https://www.breatheheavy.com/christina-aguilera-isnt-getting-mtvs-vanguard-award-at-the-vmas-sigh-b

Search

# BreatheHeavy.com

Live and breathe pop music.

## Christina Aguilera Isn't Getting MTV's Vanguard Award At The VMAs (Sigh) But Missy Elliott Is (Yay)

Or is she?



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

"I really miss me."

## Sounds Like Prince: A Tribute To Inspiration



Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Prince's estate is finalizing a deal to put the late singer's greatest hits on Apple Music and Spotify.

The legendary singer's essence will be revived in more ways than one come Grammy-night next month. Currently, Prince's music catalogue is only available to stream on Tidal, though his estate sued the streaming company in November claiming they never cleared that, but soon all of the other major platforms will have a piece of the pie.

Billboard via *Bloomberg* reports Prince's music will no longer live exclusively on Tidal. His estate reportedly inked a deal with Universal Music Publishing with access to his entire catalog, though it is believed his biggest singles will make their way onto Apple Music and Spotify first.

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!



Nicki Minaj (maybe) comes for Iggy Azalea in new rap.

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!

https://www.breatheheavy.com/the-chainsmokers-next-memories-do-not-open-single-is-honest/

# BreatheHeavy.com

Live and breathe pop music.

## The Chainsmokers' Next 'Memories... Do Not Open' Single Is "Honest"

The next radio takeover.



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

# BreatheHeavy.com

Live and breathe pop music.

# The Chainsmokers Feel Personally Victimized By Lady Gaga

The Chainsmokers think Lady Gaga's "A-Yo" is a diss track aimed at them.



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

# BreatheHeavy.com

Live and breathe pop music.

## BH Buzz: The Chainsmokers, Coldplay, Ed Sheeran, Sophie Ellis-Bextor, Stormzy

A roundup in case you missed it.



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!



## All she wants to do is get high by the beach and listen to music to watch boys to.

Sounds like the perfect day for Lana Del Rey, who previews two new songs from her forthcoming album **Honeymoon** out Sep. 18 in a new four-minute album trailer, including "Freak" and "Music To Watch Boys To."

The music continues in line with her previous releases off the record. They're haunting, breathy ballads that requires a certain mood to fully enjoy, but can be still be appreciated from afar.

One fan described the chorus in "Freak" like a "muddy down-tempo Florida Kilos. It's like a darker HBTB with some echoey guitar strums."

"Music To Watch Boys To" will serve as the album's second countdown single following "Terrence Loves You."

Check out the trailer below:

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!




## Florence Welch of Florence + The Machine confirms Rihanna's borrowing from "Only If For A Night."

Florence Welch says Rihanna asked for her permission to sample the "Ceremonials" song for her new #R8 song appropriately titled "A Night."

> "I was so thrilled, because I'm such a huge fan... she sent me the song and I said 'of course,' but we've never actually managed to speak in person about it. We got to like hug it out."

It's bound to be an interesting collaboration between the two – Rihanna's organic vocals should mesh perfectly with the song's dramatic ambiance. But can she *brihthe* enough life into "A Night" and give it that fresh spin the Navy's hoping

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!

Miley Cyrus Releasing New Song "Malibu" Next Friday - BreatheHeavy.com - Mozilla Firefox

Miley Cyrus Releasi... ×

https://www.breatheheavy.com/miley-cyrus-reportedly-releasing-new-song-malibu-next-friday/#card_8179_109964_1

Q Search

RX ⌄   BH ⌄   EX ⌄   APPAREL   ABOUT ⌄



This website uses cookies to ensure you get the best experience on our website. Learn More

Decline          Allow cookies

Modified: 05 Jun 2019  Screenshot: 05 Jun 2019 11:34:28  Display Size: 626x940px



## Miley Cyrus' new LP is a nod to her former self... now.

The "Inspired" singer has revealed the title of her forthcoming record is *Younger Now* and confirms it debuts on September 29.

The pop star subtly made the announcement on her website in the early hours of Tuesday morning.

She explained the title to Billboard. "I just think for girls to celebrate being young right now would be a great thing," she said, adding that the particular phrase was inspired by something her mother had recently said to her. "She was like, 'I swear to God, you are younger now at 24 than you were at 4!' And so it just hit me, like I am f–king younger now, and I



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Miley Cyrus Has A ... ×

https://www.breatheheavy.com/miley-cyrus-has-a-new-song-on-her-album-titled-inspire-a-k-a-the-climb-2-0/

Search

HOME   RX ⌄   BRITNEY   EXHALE   ABOUT   SHOP   ADVERTISE   CONTACT

This website uses cookies to ensure you get the best experience on our website. Learn More

Decline        Allow cookies



This website uses cookies to ensure you get the best experience on our website. Learn More

Decline          Allow cookies



## Miley Cyrus honors the late Tom Petty with a beautiful cover of "Wildflowers."

Music lost a legend this week. Petty died unexpectedly after suffering full-on cardiac arrest, and Miley is paying tribute by singing the title track from his 1994 record, *Wildflowers*, during her appearance on Howard Stern today (Oct. 4).

It's absolutely stunning and sounds cohesive with everything featured on *Younger Now*. Miley's first-week sales aren't looking too hot, but does it matter when she creates music magic like this?

Give it a spin below:

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



## Queen of collabs Nicki Minaj enlists Ariana Grande for "The Pinkprint."

In a sly move to one up Iggy Azalea, Nicki Minaj's requesting the vocal services of Ariana Grande for her upcoming album, "The Pinkprint," out December 15.

Listen To Ariana Grande's "Santa Tell Me."

Ariana posted a photo of her in the recording studio on Instagram with a caption confirming the feature, but later changed it.

From:

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!



She's coming.

## Solange, Pharrell and Lil' Wayne to Headline 10th Annual Roots Picnic

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



**UPDATE // MAY 3:**

According to a new registry on music publishing website ASCAP, Major Lazer has a new song titled "Know No Better" featuring Camila Cabello, Quavo from Migos and Travis Scott.

Get ready…



@RodeoTheAlbum · Mar 26, 2017
Major Lazer feat. Camila Cabello & Travis Scott

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!



Southern, but modern.

## Lady Gaga Soars In Super Bowl Halftime Show Performance: Watch

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

Fifth Harmony Arch...   ×

https://www.breatheheavy.com/category/fifth-harmony/page/5/

Search

HOME    RX    BRITNEY    EXHALE    ABOUT    SHOP    ADVERTISE    CONTACT



CAMILA CABELLO   DRAMA   FIFTH HARMONY

CAMILA CABELLO UNFOLLOWS FIFTH HARMONY AFTER THEY SAID THEY'RE BETTER OFF WITHOUT HER



CAMILA CABELLO   FIFTH HARMONY   RIHANNA

CAMILA CABELLO HAS RESPONDED TO FIFTH HARMONY'S BILLBOARD INTERVIEW



CAMILA CABELLO   FEATURED   FIFTH HARMONY

FIFTH HARMONY SAYS THEY'RE IN A BETTER PLACE NOW THAT CAMILA CABELLO IS GONE



BREAKING   CAMILA CABELLO   FIFTH HARMONY

CAMILA CABELLO WAS



FEATURED   FIFTH HARMONY   MAIN PAGE SLIDER

FIFTH HARMONY – "DOWN"



FIFTH HARMONY

FIFTH HARMONY'S NEW ALBUM INCLUDES "STRONG

Modified: 29 May 2019   Screenshot: 29 May 2019 04:59:31, Display Size: 370x490px

JORDAN MILLER · CAMILA CABELLO · FEATURED · FIFTH HARMONY · JULY 13, 2017 · 1 MIN READ

# FIFTH HARMONY SAYS THEY'RE IN A BETTER PLACE NOW THAT CAMILA CABELLO IS GONE

This website uses cookies to ensure you get the best experience on our website. Learn More

Decline          Allow cookies

Modified: 29 May 2019  Screenshot: 29 May 2019 04:59:21  Display Size: 1425x792px



## Katy Perry's "Rise" gets *transformed*.

I'm giving my Spotify account a rest from streaming Britney Spears's new album *Glory* and Carly Rae Jepsen's *Side B* release with a few plays of Katy Perry's official "Rise" remixes.

She enlisted Purity Ring, Monsieur Adi and TĀLĀ to reimagine the Olympics theme song into something suitable for either the dance floor or smoking a bowl and chilling in your bedroom. Depends on which one you play first – Purity Ring's will get ya to light one up, Monsieur Adi's will assist in any weekend shenanigans, or if you're running a few errands stream TĀLĀ's.

Listen here.

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

Case 2:21-cv-00898-JCM-BNW Document 1-4 Filed 05/07/21 Page 118 of 150

Miley Cyrus Is Getti...

https://www.breatheheavy.com/miley-cyrus-is-getting-the-ultimate-choice-award-at-the-tcas/

Search

HOME    RX ⌄    BRITNEY    EXHALE    ABOUT    SHOP    ADVERTISE    CONTACT



JORDAN MILLER · FEATURED · MAIN PAGE SLIDER · MILEY CYRUS · AUGUST 4, 2017 · 1 MIN READ

# MILEY CYRUS IS GETTING THE ULTIMATE CHOICE AWARD AT THE TCAS

This website uses cookies to ensure you get the best experience on our website. Learn More

Decline    Allow cookies

Miley Cyrus Lands In Harper's Bazaar - BreatheHeavy.com - Mozilla Firefox

Miley Cyrus Lands I...   ✕

https://www.breatheheavy.com/miley-cyrus-covers-harpers-bazaar/



*Breathe Heavy*

HOME   RX ⌄   BRITNEY   EXHALE   ABOUT   SHOP   ADVERTISE   CONTACT       f   🐦   📷

JORDAN MILLER · MILEY CYRUS  PHOTOSHOOT  PRETTY · JULY 11, 2017 · 1 MIN READ

# MILEY CYRUS LANDS IN HARPER'S BAZAAR

This website uses cookies to ensure you get the best experience on our website. Learn More

Decline        Allow cookies

Modified: 29 May 2019  Screenshot: 29 May 2019 04:34:05
Modified: 29 May 2019  Screenshot: 29 May 2019 04:34:05





This website uses cookies to ensure you get the best experience on our website. Learn More

Decline          Allow cookies





## Ciara defends her Jackie album sales.

Cici recently announced she's canceling her tour to focus on recording her next studio album. She told fans "Unfortunately, my upcoming tour is moving again.. Why?...I'm currently in the process of making the best album of my career!" I want to give all of you an incredible show... A show that you deserve! Therefore, I gotta stay focused in the studio and commit myself to this new music."

Ciara didn't mention less than stellar ticket sales could be to blame, but she *is* touching on the topic in a new interview in regards to her latest record, *Jackie*.

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!



Ciara is making new music.

## Ciara And Husband Russell Wilson Announce Pregnancy



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Ciara is making new music.

# Ciara And Husband Russell Wilson Announce Pregnancy



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Ciara Hits The Recording Studio – BreatheHeavy.com - Mozilla Firefox



## Ciara is making new music!

The R&B singer has made headlines in recent months for everything but her craft. She tied the knot with husband **Russell Wilson**, traded digs with her ex, rapper **Future**, who she's embroiled in a legal spat and custody battle with, and most recently, announced she's pregnant with her second child (her first with Wilson).

**But fear not, the songstress is back in the recording studio.**

She captioned a photo on Instagram: "My Other Home"

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!

Get Your Coins Ready: Christina Aguilera Confirms 'Liberation' Tour - BreatheHeavy.com - Mozilla Firefox

Get Your Coins Rea... ×

🔒 https://www.breatheheavy.com/get-your-coins-ready-christina-aguilera-confirms-liberation-tour/

🔍 Search



HOME    RX ∨    BRITNEY    EXHALE    ABOUT    SHOP    ADVERTISE    CONTACT

JORDAN MILLER · CHRISTINA AGUILERA · MAY 3, 2018 · 1 MIN READ

# GET YOUR COINS READY: CHRISTINA AGUILERA CONFIRMS 'LIBERATION' TOUR

This website uses cookies to ensure you get the best experience on our website. Learn More

Decline          Allow cookies

Modified: 29 May 2019  Screenshot: 29 May 2019 04:25:37
Modified: 29 May 2019  Screenshot: 29 May 2019 04:25:37



## Christina Aguilera reflects on her rise to stardom.

In case you're living under a very large rock, Xtina made a *huge* return this week. The pop star dropped her Kanye West-produced new single "Accelerate," featuring Ty Dolla $ign and 2 Chainz, released the music video for it, revealed her forthcoming studio album *Liberation* drops June 15 and confirmed a tour is in the works! Well *damn!*

[adinserter block="1"]

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Katy Perry, Lady Gaga and Jennifer Lopez are presenters at the 73rd Annual Golden Globe Awards on Sunday (Jan. 10).

Not only is Lady Gaga handing out an award that night, she might even collect one for Best Actress in a Miniseries or Television Film for *American Horror Story: Hotel*.

Perry will present Best Original Song, and of course JLo is celebrating Jenuary with the debut of *Shades Of Blue* on NBC and the launch of her Vegas residency *All I Have*.

The ladies will join a lengthy list of A-list presenters, including Mark Wahlberg, Jamie Foxx, Amy Adams, Channing Tatum,

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!

JLo Confirms Drake... ×

https://www.breatheheavy.com/jlo-confirms-drake-collaboration/

# BreatheHeavy.com

Live and breathe pop music.

## JLo Confirms Drake Collaboration

Cause her love don't cost a thing.



Cause her love don't cost a thing.

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

https://www.breatheheavy.com/jennifer-lopez-my-new-music-dropping-very-soon/

Q Search



Expect new music from JLo sooner than later.

Last week, Lopez announced she's returning to Epic Records and will continue recording her next studio album under the watchful eye of LA Reid. Reid said he was "thrilled to welcome Jennifer back home with me to Epic Records" and is "excited to be working together again." This begs the question what kind of music she'll put forth and when. We only have one song to go off of ahead of her impending release – a dance track titled "Breaking Me Down" which she premiered at a Las Vegas nightclub last fall.

 jlo ●
@JLo



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Jenny from the block is making her way back to Epic records.

Last summer, it was rumored Lopez left Epic for Republic Records to begin focusing on her next studio album. She's involved herself in projects like NBC's cop drama *Shades Of Blue* and her Las Vegas residency *All I Have*, but aside from a sloppy preview of a dance track titled "Breaking Me Down" she previewed at a Las Vegas club following her iHeartRadio Music Festival performance, JLo has offered no new music since 2014's *A.K.A.* That's all about to change.

JLo announced the news Wednesday afternoon, saying "Heading Back Home!! Jennifer Lopez Signs New Deal With L.A. Reid's Epic Records."

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

https://www.breatheheavy.com/category/janet-jackson/page/2/



Janet Jackson opens up about the creation process for her new album.

## Nothing Else Matters Except Janet Jackson's Explosive Medley At The Billboard Music Awards


Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

https://www.breatheheavy.com/category/news/page/58/

Q Search

# Gentlemen, Start Your Engines! Britney Spears Is Headlining The US Grand Prix

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!



## Grammy queens unite.

Taylor Swift shared a photo of her and **Adele**, and another of her with **JK Rowling**.

[adinserter block="1"]

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Lady Gaga promised she and Bradley Cooper will perform "Shallow" at the Oscars if it gets nominated, and Mother Monster came through.

[adinserter block="1"]

Gaga and Bradley will perform "Shallow" at the upcoming Oscars, The Academy confirms. Their duet was nominated for best song.

Last year, Variety asked Gaga if "Shallow" gets nominated, will she and Cooper perform it? "One hundred percent," Gaga said at the time. She's a woman of her word!

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!

Demi Lovato Recor... ✕

https://www.breatheheavy.com/demi-lovato-recorded-spanish-language-version-tell-love-listen/    Q Search



## Demi Lovato breathes new life into album title track "Tell Me You Love Me" with a Spanish-language reworking of the song.

You are probably seeing tunnel vision waiting for her collaboration with Christina Aguilera to drop, but in the mean time check out Demi's new version of "Tell Me You Love Me."

It still features all the dramatics from the original, just in a different language.

"Hoy me acusas otra vez / Nada logrará que me," she sings over brooding strings and overpowering background vocals. Perdones, perdones / Para amar yo soy un aprendiz / Pues inocente, nunca fuí / Son graves mis errores."

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.    Verstanden!
Details anzeigen



## Apple Music have hit the ground running with celebrity endorsements from Pharrell Williams and Lady Gaga.

Following yesterday's announcement of their music streaming service, Apple Music are wasting no time in building hype surrounding their debut venture. Although their press conference may not have made quite the splash that TIDAL's did in April, Apple are proving that they have the power to pull in as many big names as their competitors.

Lady Gaga pledged her allegiance to the company over Twitter this morning…



**Lady Gaga** 
@ladygaga

So happy for Tim, Jimmy and everyone at

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!



## Lady Gaga's considerable talent as a songwriter is being recognised by the Songwriters Hall of Fame.

In just seven short years Lady Gaga appears to have thoroughly earned herself the title of icon thanks to her stage theatrics, controversial costumes and, most importantly, her brilliant pop songs. The Songwriters Hall of Fame haven't missed the fact that Gaga has a hand in writing the vast majority of her solo material and, according to the Associated Press, will award the "Bad Romance" star their very first Contemporary Icon Award on June 19.

Gaga's in good company, also being inducted into the hall of fame this year are Cyndi Lauper and Linda Perry amongst others and her status alongside said prolific songwriters is a welcome vote of confidence from the HoF.

Many will question Gaga's suitability for such a title given the comparative brevity of her career, but the award appears to be aimed at working, current artists more so than those with decades of experience under their belts. It's also worth remembering that 2015 marks the first time the group will award this award so we don't have any past winners with

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Ariana Grande's new song "Imagine" is a sweet tribute to her relationship with Mac Miller.

[adinserter block="1"]

Ariana's best-performing song ever, "Thank U, Next," is still topping the Hot 100, but the singer already has another new tune for us. It's titled "Imagine," presumably off the forthcoming *Sweetener* followup. It's worth mentioning *Billboard* says Sweetener is the number one album of the year. I love Ari, but I have to laugh.

**Related:** Ariana Grande Wanted To Include 'Crossroads' In Her "Thank U, Next" Music Video

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Ariana Grande's new album is said to be her best ever.

[adinserter block="1"]

AG5 songwriter, Savan, gushed about Ari's *Sweetener* followup on Twitter. He showered the singer with compliments, labeling the new LP a masterpiece.

It even caught the attention of the pint-sized singer. She had a couple of glasses of somethin' probably alcoholic, so she had all the feels. The most interesting part of her response is how she put pressure on label Republic Records to release the next LP. It's another example of an artist ready to pull the trigger, but the label continues to drag its feet.

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!

# BreatheHeavy.com

Live and breathe pop music.

## Author: Jordan Miller

### Lady Gaga: "I didn't do this for fame, I did it for impact."



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Ed Sheeran's mixtape is star-studded. Ed just dropped the No.6 Collaborations Project, and it's jam-packed. It features collaborations with Camila Cabello and Cardi B (on the same song), Travis Scott, Eminem & 50 Cent, Stormzy, Skrillex, H.E.R., and many more. This post is highlighting Camila and Cardi's track together, because it seemingly comes out of [...]

## Ed Sheeran, Bruno Mars And Chris Stapleton Rock Out On New Song "BLOW": Listen

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Ed Sheeran's mixtape is star-studded. Ed just dropped the No.6 Collaborations Project, and it's jam-packed. It features collaborations with Camila Cabello and Cardi B (on the same song), Travis Scott, Eminem & 50 Cent, Stormzy, Skrillex, H.E.R., and many more. This post is highlighting Camila and Cardi's track together, because it seemingly comes out of [...]

## Are You An Independent Pop Artist? Join BreatheHeavy Creators

Camila Cabello – B... ×

https://www.breatheheavy.com/tag/camila-cabello/

Search



Ed Sheeran's mixtape is star-studded. Ed just dropped the No.6 Collaborations Project, and it's jam-packed. It features collaborations with Camila Cabello and Cardi B (on the same song), Travis Scott, Eminem & 50 Cent, Stormzy, Skrillex, H.E.R., and many more. This post is highlighting Camila and Cardi's track together, because it seemingly comes out of [...]

## Camila Cabello Is A Blonde Bombshell In The "Find U Again" Video With Mark Ronson

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!



Ed Sheeran's mixtape is star-studded. Ed just dropped the No.6 Collaborations Project, and it's jam-packed. It features collaborations with Camila Cabello and Cardi B (on the same song), Travis Scott, Eminem & 50 Cent, Stormzy, Skrillex, H.E.R., and many more. This post is highlighting Camila and Cardi's track together, because it seemingly comes out of […]

## Camila Cabello Is A Blonde Bombshell In The "Find U Again" Video With Mark Ronson

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!

Ed Sheeran – Breat... ×

https://www.breatheheavy.com/tag/ed-sheeran/

Q Search



Ed Sheeran's mixtape is star-studded. Ed just dropped the No.6 Collaborations Project, and it's jam-packed. It features collaborations with Camila Cabello and Cardi B (on the same song), Travis Scott, Eminem & 50 Cent, Stormzy, Skrillex, H.E.R., and many more. This post is highlighting Camila and Cardi's track together, because it seemingly comes out of [...]

## Ed Sheeran, Bruno Mars And Chris Stapleton Rock Out On New Song "BLOW": Listen

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



## Those Vocals Though! Watch Avril Lavigne's Latest Performance Of "Head Above Water"



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!

https://www.breatheheavy.com/avril-lavignes-new-album-final-mixing-stages-im-f-ing-pumped/



Avril Lavigne's forthcoming album will arrive in early 2019.

[adinserter block="1"]

**UPDATE // OCTOBER 18:**

The "Head Above Water" singer is Billboard's newest cover star.

In her story, the music giant confirms Avril's highly-anticipated (fight me) new record won't drop until early next year.

I know we were all hoping for a Q4 release, but we've waited five years for a new album, what's another few months?

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!

https://cdn-0.breatheheavy.com/wp-content/uploads/2016/10/chainsmokers-gaga-bbc.jpg

