# EXHIBIT

# 4a.2

# August Infringements

  85ae0255771eee5... 

Search



Modified: 13 Nov 2020  Screenshot: 13 Nov 2020 11:40:23

https://picture-cdn.wheretoget.it/yvecdw-l.jpg

Search



Modified: 22 Oct 2013  Screenshot: 13 Nov 2020 11:35:14









Modified: 11 Jul 2017  Screenshot: 29 May 2019 04:46:44





britney-crucified1.j... ×

https://www.breatheheavy.com/wp-content/uploads/2019/05/britney-crucified1.jpg



Modified: 07 Nov 2020  Screenshot: 13 Nov 2020 11:33:10



facebook-message... ×

https://www.breatheheavy.com/wp-content/uploads/2013/05/facebook-message-kill-the-lights.jpg

Search



Modified: 07 Nov 2020  Screenshot: 13 Nov 2020 11:36:01



https://www.breatheheavy.com/wp-content/uploads/2014/06/jennifer-lopez-cover-new-bed-2014-billboard-(

Search



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 17:53:46



https://www.breatheheavy.com/wp-content/uploads/2015/05/prince-royce-jlo-pitbull-back-it-up-spanish.jpg



jennifer-lopez-cove... ×

https://www.breatheheavy.com/wp-content/uploads/2014/06/jennifer-lopez-cover-new-dress-2014-billboard

Search



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 17:53:27





Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:30:20

https://www.breatheheavy.com/wp-content/uploads/2015/05/ariana-grande-one-last-time-italy-performanc

Search



https://www.breatheheavy.com/wp-content/uploads/2016/08/ariana-grande-diplo-collabo.jpg









https://www.breatheheavy.com/wp-content/uploads/2017/04/taylor-swift-country-pop.jpg









https://www.breatheheavy.com/wp-content/uploads/2017/05/harry-taylor-two-ghosts.jpg







https://www.breatheheavy.com/wp-content/uploads/2017/02/lana-del-rey-bbc-interview.jpg



Modified: 07 Nov 2020  Screenshot: 13 Nov 2020 11:30:48















Case 2:21-cv-00898-JCM-BNW   Document 1-5   Filed 05/07/21   Page 40 of 147

iggy-azalea-sex-ta...

https://www.breatheheavy.com/wp-content/uploads/2014/09/iggy-azalea-sex-tape.jpg

Search



Modified: 18 May 2016   Screenshot: 29 May 2019 04:55:20







Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:10:20



https://www.breatheheavy.com/wp-content/uploads/2015/10/selena-gomez-jingle-ball.jpg

Search



Modified: 20 Jan 2021 Screenshot: 29 Jan 2021 18:37:22







 anna-todd-1d-f.j...

https://www.breatheheavy.com/wp-content/uploads/2015/07/anna-todd-1d-fan.jpg

Search



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 17:54:41











Modified: 25 Jul 2015  Screenshot: 29 May 2019 04:30:22





https://www.breatheheavy.com/wp-content/uploads/2016/02/zayn-malik-its-you-single-premiere.jpg





https://www.breatheheavy.com/wp-content/uploads/2015/01/iggy-azalea-vanity-fair.jpg

Search



katy-perry-forbes.j... ×

https://www.breatheheavy.com/wp-content/uploads/2015/11/katy-perry-forbes.jpg

Search



https://www.breatheheavy.com/wp-content/uploads/2017/03/feat-pitbull-songwriter.jpg



https://www.breatheheavy.com/wp-content/uploads/2017/03/pitbull-songwriter.jpg



Modified: 07 Nov 2020  Screenshot: 13 Nov 2020 11:55:21





https://www.breatheheavy.com/wp-content/uploads/2017/08/taylor-swift-snake.jpg















Modified: 17 May 2016  Screenshot: 29 May 2019 03:53:28

🔒 https://www.breatheheavy.com/wp-content/uploads/2016/04/feat-nick-jonas-bacon.jpg



Modified: 17 May 2016  Screenshot: 29 May 2019 04:41:06



https://www.breatheheavy.com/wp-content/uploads/2016/03/nick-jonas-close.jpg

Search



nick-jonas-close.jp...

www.breatheheavy.com/wp-content/uploads/2016/03/nick-jonas-close.jpg

Search



https://www.breatheheavy.com/wp-content/uploads/2017/09/christina-reunited.jpg

Search



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:06:19

https://www.breatheheavy.com/wp-content/uploads/2016/05/ariana-grande-new-album.jpg





https://www.breatheheavy.com/wp-content/uploads/2016/06/britney-spears-orlando.jpg





Modified: 06 Sep 2016  Screenshot: 29 May 2019 04:26:39





Modified: 20 Jan 2021   Screenshot: 29 Jan 2021 18:11:46





Modified: 11 Nov 2016  Screenshot: 29 May 2019 04:04:39





kanye-west-twitter-... ✕

https://www.breatheheavy.com/wp-content/uploads/2016/02/kanye-west-twitter-timeline-feb-24.jpg



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:20:04

katy-perry-convent... ✕

https://www.breatheheavy.com/wp-content/uploads/2016/04/katy-perry-convent.jpg

Search



https://www.breatheheavy.com/wp-content/uploads/2017/01/katy-perry-new-january.jpg

Search





Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 17:56:23

feat-katy-perry-rise...

https://www.breatheheavy.com/wp-content/uploads/2016/08/feat-katy-perry-rise-remixes.jpg



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 17:56:39





https://www.breatheheavy.com/wp-content/uploads/2016/12/paulina-rubio-selena-gomez.jpg



Modified: 07 Nov 2020  Screenshot: 13 Nov 2020 11:56:56













https://www.breatheheavy.com/wp-content/uploads/2015/01/ariana-grande-tv-return.jpg



Modified: 07 Nov 2020  Screenshot: 13 Nov 2020 11:55:55



miley-inspire.jpg (J...

https://www.breatheheavy.com/wp-content/uploads/2017/05/miley-inspire.jpg

Search



Modified: 16 May 2017  Screenshot: 29 May 2019 04:10:17



Modified: 16 May 2017  Screenshot: 29 May 2019 04:13:50







https://www.breatheheavy.com/wp-content/uploads/2017/03/camila-cabello-diplo.jpg



feat-jt-thr-southern... ×

https://www.breatheheavy.com/wp-content/uploads/2017/02/feat-jt-thr-southern.jpg

Search



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:06:00



Modified: 13 Jul 2017  Screenshot: 29 May 2019 04:57:34





miley-cyrus-younger-now-release-2.jpg (JPEG Image, 663 × 450 pixeis) - Mozilla Firefox

https://www.breatheheavy.com/wp-content/uploads/2017/08/miley-cyrus-younger-now-release-2.jpg

Search





Modified: 14 Aug 2017  Screenshot: 29 May 2019 04:17:12











Modified: 03 May 2018 Screenshot: 29 May 2019 04:22:51





https://www.breatheheavy.com/wp-content/uploads/2016/01/katy-perry-lady-gaga-jlo-golden-globes.jpg

Search



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:12:02



Modified: 20 Jan 2021 Screenshot: 29 Jan 2021 18:12:19



https://www.breatheheavy.com/wp-content/uploads/2016/03/jlo-new-music-soon.jpg



Modified: 07 Nov 2020  Screenshot: 13 Nov 2020 11:52:52





Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:09:52



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:09:59

taylor-adele.jpg (JP...      

https://www.breatheheavy.com/wp-content/uploads/2018/06/taylor-adele.jpg

Search



Modified: 07 Nov 2020  Screenshot: 13 Nov 2020 11:29:44



https://www.breatheheavy.com/wp-content/uploads/2018/11/lady-gaga-bradley-cooper-shallow-oscars.jpg

Search



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:15:18



Modified: 07 Nov 2020  Screenshot: 13 Nov 2020 11:47:49





Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:08:20



lady-gaga-pharrell-... ×

https://www.breatheheavy.com/wp-content/uploads/2015/06/lady-gaga-pharrell-apple-music-BreatheHeav  |  Search





https://www.breatheheavy.com/wp-content/uploads/2015/04/lady-gaga-songwriting-award-BreatheHeavy.jp



feat-ariana-grande... ✕

https://www.breatheheavy.com/wp-content/uploads/2018/12/feat-ariana-grande-imagine-1.jpg



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:19:08



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:19:23



https://www.breatheheavy.com/wp-content/uploads/2019/09/kesha-new-album-december.jpg

Q Search



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:05:41
Screenshot: 29 Jan 2021 18:05:41



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:13:27

camila-cabello-car...    ×

https://www.breatheheavy.com/wp-content/uploads/2019/06/camila-cabello-cardi-b-south-of-the-border.jpg

Search



Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:14:22
Modified: 20 Jan 2021  Screenshot: 29 Jan 2021 18:14:22

https://www.breatheheavy.com/wp-content/uploads/2018/10/feat-avril-lavigne-new-album-2019.jpg





n_007.jpg (JPEG Im... ×

www.britneypix.net/albums/PS2006/Q [James Dimmock]/n_007.jpg

Search



Modified: 01 May 2010  Screenshot: 13 Nov 2020 11:48:36