# EXHIBIT

# 4b

# CPI Infringements

# BreatheHeavy.com
Live and breathe pop music.

## Christina Aguilera Radiates In Paper Magazine, Talks Madonna, Cardi B and Not The New Album

Legend X stuns in Paper magazine, but remains tight-lipped about new era.



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.   **Verstanden!**
Details anzeigen



### Christina Aguilera stuns in Paper magazine, but remains tight-lipped about new era.

It semi-feels like Xtina is back. The pop star shot some seriously epic photos for Paper, but in the interview doesn't offer too much about her forthcoming era. Hey, we'll take what we can get.

What can we take away from her sit-down?

[adinserter block="1"]

**She praises the Queen of Pop.** "Madonna had to go through it in her day, and she paved the way for my generation to come up. And paying it forward, now a younger generation is coming up and I'm loving what I'm seeing. It's so incredible."

**Namechecks Childish Gambino** ("He's genius"), **gives props to Chance the Rapper** ("He's made it without a label, without any strings attached, and being so charismatic at the same time") **and Cardi B** ("She makes people really crack up just by being herself, and it's genuine."

Read the full interview here then peep the photos below:





**View More on Instagram**

240 likes
**legendary.xtina**

OMG A NEW XTINA PHOTOSHOOT #christinaaguilera #xtina #xtinaaguilera #legendtina #queentina #thevoiceofourgeneration #beautiful #gorgeous #liberation #papermagazine #transformation

view all 9 comments

Add a comment...

*Instagram*

The link to this photo or video may
be broken, or the post may have
been removed.

Visit Instagram

**thextinamedia**
1,725 followers

View Profile













**christinamariaaguilera**

View Profile

View More on Instagram

♡ ○ ⬆                                                                    🔖

**2,338 likes**

**christinamariaaguilera**

~Paper Magazine~
Join our group now and be the first to know all the news about the new Era! (Link in bio)
/
Entre no maior grupo dedicado a Christina do brasil e fique por dentro das novidades
sobre a nova era em primeira mão! (Link no perfil)
#liberation

view all 25 comments

Add a comment...

Thoughts on Xtina's shoot? Leave a comment below!

And while you're at it... follow us on Facebook, Twitter & Instagram

## 2 Responses



**Chris P.** says:

This has to be one of her best photo shoots to date. I don't understand why she always puts tons of makeup when she actually looks amazing with just a hint of it.

Log in to Reply

**Nico** says:

The pictures are absolutely stunning... Whoever did her hair and make-up is a genius.
I didn't know she had freckles, they look beautiful on her (Demi has them too, and they look even better on her for some reason!)
In one of the pics she kinda looks like Twiggy!
And I love that font for her name, heh

Log in to Reply

## Leave a Reply

You must be logged in to post a comment.

Modified: 13 Nov 2020  Screenshot: 13 Nov 2020 11:09:04



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Verstanden!

Sailor's Content - B... ✕

https://www.breatheheavy.com/exhale/index.php?/profile/63199-x/content/

Search

Forums    Extras ▾    Information ▾

Existing user? Sign In ▾    **Sign up!**    ●    ♥

Search...

Home    Sailor    📧 All Activity    ▶    ⊙    f    🐦

> **Reacting to Britney's new single "Swimming in the Stars"**    ›

## Sailor
Blaze

| CONTENT COUNT | JOINED | LAST VISITED | POINTS | |
|---|---|---|---|---|
| 3,096 | December 24, 2008 | September 23 | 15 [ Give ] | 👤 View Profile |

### Everything posted by Sailor

All Activity

**PROFILES**

Status Updates

Status Replies

**FORUMS**

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.    **Verstanden!**
Details anzeigen



Sorry, we could not find that! - Mozilla Firefox

Sorry, we could not... ×

https://www.breatheheavy.com/exhale/index.php?/topic/67673-♡-christina-aguilera-♡/

Search

Forums    Extras ▾    Information ▾

Existing user? Sign In ▾    Sign up!

Home    Forums    All Activity

**Reacting to Britney's new single "Swimming in the Stars"**

!

Oops!...
It appears the page you are trying to view isn't available.
Error code: 2F173/1

Contact Us    Existing user? Sign In

Home    Forums    All Activity

IPS Theme by IPSFocus
Theme ▾    Privacy Policy    Contact Us

Breathe Heavy LLC
Powered by Invision Community

Modified: 13 Nov 2020  Screenshot: 13 Nov 2020 11:48:59



Sorry, we could not... ✕

https://www.breatheheavy.com/exhale/index.php?/topic/67673-♡-christina-aguilera-♡/

Search

💬 Forums   📄 Extras ▾   📄 Information ▾

Existing user? Sign In ▾   Sign up!

Search...

Home   Forums   📖 All Activity

**Reacting to Britney's new single "Swimming in the Stars"** ❯

!

Oops!...
It appears the page you are trying to view isn't available.
Error code: **2F173/1**

Contact Us   Existing user? Sign In

Home   Forums   📖 All Activity

IPS Theme by IPSFocus
Theme ▾   Privacy Policy   Contact Us

Breathe Heavy LLC
Powered by Invision Community

Modified: 13 Nov 2020  Screenshot: 13 Nov 2020 11:48:45

Sailor's Content - B... ×

https://www.breatheheavy.com/exhale/index.php?/profile/63199-x/content/

Q Search

Forums   Extras ▾   Information ▾

Existing user? Sign In ▾   Sign up!

Search...

Home   Sailor

All Activity

**Reacting to Britney's new single "Swimming in the Stars"**

### Sailor
Blaze

| CONTENT COUNT | JOINED | LAST VISITED | POINTS |
|---|---|---|---|
| 3,096 | December 24, 2008 | September 23 | 15 [ Give ] |

View Profile

All Activity

**Everything posted by Sailor**

PROFILES

Status Updates

Status Replies

FORUMS

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

https://assets.rbl.ms/17472423/980x.jpg





Modified: 26 Mar 2018  Screenshot: 13 Nov 2020 11:48:51



Modified: 26 Mar 2018  Screenshot: 13 Nov 2020 11:48:27



Modified: 07 Nov 2020  Screenshot: 13 Nov 2020 11:48:04

www.breatheheavy.com/wp-content/uploads/2018/03/christina-aguilera-paper.jpg



christina-aguilera-paper.jpg (JPEG Image, 685 × 893 pixels) - Scaled (87%) - Mozilla Firefox

christina-aguilera-... ×

https://www.breatheheavy.com/wp-content/uploads/2018/03/christina-aguilera-paper.jpg

Search



Modified: 07 Nov 2020  Screenshot: 13 Nov 2020 11:47:13

iAlwaysSingLive's C... ×

https://www.breatheheavy.com/exhale/index.php?/profile/117654-ialwayssinglive/content/page/2/&type=fc

Search

🔍 Forums   📄 Extras ▾   📄 Information ▾

Existing user? Sign In ▾   Sign up!

Search...

Home   iAlwaysSingLive

📧 All Activity

## iAlwaysSingLive
Exhale+

| CONTENT COUNT | JOINED | LAST VISITED | DAYS WON | POINTS | |
|---|---|---|---|---|---|
| 9,119 | February 16, 2017 | 🟢 3 minutes ago | 18 | 3,694 [ Give ] | 👤 View Profile |

All Activity

### Posts posted by iAlwaysSingLive

PROFILES

Status Updates

Status Replies

« PREV  1  **2**  3  4  5  6  7  NEXT »     Page 2 of 292 ▾

FORUMS

Topics

**Lynne Spears claims Britney's relationship with Jamie is toxic and she believes it is time to start fresh**   Popular Post

in Britney Spears

Posted Sunday at 08:51 PM

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.   Verstanden!
Details anzeigen

Dua Lipa bares all, ...

https://www.breatheheavy.com/exhale/index.php?/forums/topic/776316-dua-lipa-bares-all-talks-about-fu

Search

Forums | Extras ▾ | Information ▾

Existing user? Sign In ▾ | **Sign up!**

Search...

Home   Forums   Discussions   Music News   Dua Lipa bares all, talks about Future Nostalgia leaking

All Activity

**Das digitale Konto**
**mit Büro-App**

Postbank

FEATURED! **Dua Lipa bares all, talks about Future Nostalgia leaking**

dua lipa

By zenden,
April 16 in Music News

Followers   1

Start new topic    **Reply to this topic**

zenden    Posted April 16    •••

Orion    Dua Lipa is on the cover of Elle. She's been quarantining with Anwar Hadid watching...

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

zenden's Content - ... ×

https://www.breatheheavy.com/exhale/index.php?/profile/61461-zenden78/content/page/2/&type=forums_

Forums | Extras ▾ | Information ▾

Existing user? Sign In ▾ | Sign up! | ⬤ | ♀

Search...

Home | zenden

All Activity

zenden
Blaze

| CONTENT COUNT | JOINED | LAST VISITED | POINTS | |
| 1,365 | September 26, 2008 | 10 hours ago | 6,190 [ Give ] | 👤 View Profile |

All Activity

**PROFILES**

Status Updates

Status Replies

**FORUMS**

Topics

## Posts posted by zenden

« PREV  1  **2**  3  4  5  6  7  NEXT »    Page 2 of 51 ▾

### Jamie Spears' Request for Additional Counsel in Britney's Conservatorship Battle Approved

in Britney Spears

Posted October 31

I am dissapointed by judge decision. Still hope Loeb will fight for Britney and Britney will gain more autonomy. The fact that

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!





### FEATURED! Dua Lipa bares all, talks about Future Nostalgia leaking

dua lipa

By zenden,
April 16 in Music News

Followers 1

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!

zenden's Content - ... ×

https://www.breatheheavy.com/exhale/index.php?/profile/61461-zenden78/content/page/2/&type=forums_

Search

Forums    Extras ▾    Information ▾

Existing user? Sign In ▾    Sign up!

Search...

Home    zenden

All Activity

### zenden
Blaze

| CONTENT COUNT | JOINED | LAST VISITED | POINTS | |
|---|---|---|---|---|
| 1,365 | September 26, 2008 | 10 hours ago | 6,190 [ Give ] | View Profile |

All Activity

**PROFILES**

Status Updates

Status Replies

**FORUMS**

Topics

## Posts posted by zenden

« PREV  1  **2**  3  4  5  6  7  NEXT »    Page 2 of 51 ▾

### Jamie Spears' Request for Additional Counsel in Britney's Conservatorship Battle Approved
in Britney Spears

Posted October 31

I am dissapointed by judge decision. Still hope Loeb will fight for Britney and Britney will gain more autonomy. The fact that

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.    **Verstanden!**
Details anzeigen



Forums    Extras ▾    information ▾

Existing user? Sign In ▾    Sign up!    ⚪    💡    Search...    Q

Home    zenden    📖 All Activity

## zenden
Blaze

| CONTENT COUNT | JOINED | LAST VISITED | POINTS | |
|---|---|---|---|---|
| 1,365 | September 26, 2008 | 10 hours ago | 6,190 [ Give ] | 👤 View Profile |

All Activity

### Posts posted by zenden

PROFILES

Status Updates

Status Replies

« PREV   1   **2**   3   4   5   6   7   NEXT »    Page 2 of 51 ▾

FORUMS

Topics

#### Jamie Spears' Request for Additional Counsel in Britney's Conservatorship Battle Approved
in Britney Spears

Posted October 31

I am dissapointed by judge decision. Still hope Loeb will fight for Britney and Britney will gain more autonomy. The fact that

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.    Verstanden!
Details anzeigen





SMMASS

🗨 Forums    📄 Extras ▾    📄 Information ▾

Existing user? Sign In ▾    Sign up!    ◐    ♀

Search...    🔍

Home    iAlwaysSingLive    📖 All Activity

## iAlwaysSingLive
Exhale+

| CONTENT COUNT | JOINED | LAST VISITED | DAYS WON | POINTS | |
|---|---|---|---|---|---|
| 9,119 | February 16, 2017 | ● 3 minutes ago | 18 | 3,694 [ Give ] | 👤 View Profile |

All Activity

### Posts posted by iAlwaysSingLive

PROFILES

Status Updates

Status Replies

« PREV  1  **2**  3  4  5  6  7  NEXT »    Page 2 of 292 ▾

FORUMS

Topics

**Lynne Spears claims Britney's relationship with Jamie is toxic and she believes it is time to start fresh**    Popular Post

in Britney Spears

Posted Sunday at 08:51 PM

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!

Dua Lipa bares all, ... ×

https://www.breatheheavy.com/exhale/index.php?/forums/topic/776316-dua-lipa-bares-all-talks-about-fi

Q Search



Forums   Extras ▾   Information ▾

Existing user? Sign In ▾   Sign up!

Home   Forums   Discussions   Music News   Dua Lipa bares all, talks about Future Nostalgia leaking

All Activity

**FEATURED!** Dua Lipa bares all, talks about Future Nostalgia leaking

dua lipa

★ ★ ★ ★ ★

By zenden,
April 16 in Music News

Followers   1

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



ELLE


Modified: 20 Nov 2020 Screenshot: 20 Nov 2020 14:17:36



ELLE



Modified: 20 Nov 2020 Screenshot: 20 Nov 2020 14:18:42

# BreatheHeavy.com

Live and breathe pop music.

## Tag: dates

### Kim Petras' New Song "Sweet Spot" Is Euro-Dance Pop Perfection: Listen



I wanna with youuuu. Kim Petras' reign won't let up. She's released a new song every week for four consecutive weeks, and has delivered yet another bop ahead of schedule. It's titled "Sweet Spot," an electric-tinged, euro-dance bop that finds the singer cooing over an infectious disco beat. It might be my favorite track she's [...]

### Summer Saved! The Jonas Brothers Announce The 'Happiness Begins' Tour: See The Dates





*Uncontrollably screams and cries.* Male pop stars don't get enough recognition in 2019, so I'm pleased to report that the Jonas Brothers are making money moves. After topping the Hot 100 with their comeback single, "Sucker," The Jo Bros have decided to take their new tunes on the road. The guys just announced their lengthy [...]

## In Demand! Christina Aguilera Adds Additional 'X Tour' Arena Date



For the first time in 13 years, Christina Aguilera will tour Europe. If you need to get a hold of Xtina... better act quick! The pop star is booked throughout the rest of 2019. Related: Breathe Heavy's Setlist For Christina Aguilera's Vegas Xperience In between dates of her Las Vegas residency, The Xperience, kicking off [...]

## Let's Get Loud! Jennifer Lopez Announces The 'It's My Party' Summer Tour: See The Updated Dates





Jennifer Lopez is touring this summer! It's been years since JLo hit the road with a proper tour, but that's about to change! Following her three-year residency in Las Vegas, and to celebrate her 50th birthday in July, Lopez confirmed a US tour called the It's My Party: The Live Celebration Tour. It kicks off June [...]

# Christina Announces Las Vegas Residency, 'The Xperience'



Christina Aguilera will embark on a new Las Vegas residency this year named The Xperience. It's official: Las Vegas is THE music capital of the world. In just a few weeks, artists including Cardi B, Mark Ronson, Above & Beyond, G-Eazy, Skrillex and more have announced residences in the city of sin. Drake is also [...]

# BreatheHeavy.com

Live and breathe pop music.

## Tag: Jonas Brothers

### New Music Friday: Jonas Brothers, Zara Larsson, Rita Ora, Anitta, Poppy And More



Happy New Music Friday! Every Friday, an avalanche of new music stampedes digital culture. It's a full-time job to keep up with it (trust), so BreatheHeavy puts together a weekly cheat sheet for your convenience. Here are a handful of new tunes worth your undivided attention. After that, you're on your own! Jonas Brothers – [...]

### Summer Saved! The Jonas Brothers Announce The 'Happiness Begins' Tour: See The Dates





*Uncontrollably screams and cries.* Male pop stars don't get enough recognition in 2019, so I'm pleased to report that the Jonas Brothers are making money moves. After topping the Hot 100 with their comeback single, "Sucker," The Jo Bros have decided to take their new tunes on the road. The guys just announced their lengthy [...]

dates – BreatheHeavy.com

www.breatheheavy.com/tag/dates/





Featured – Page 37 – BreatheHe  ×  +

← → C  🔒 www.breatheheavy.com/category/featured-2/page/37/

# Summer Saved! The Jonas Brothers Announce The 'Happiness Begins' Tour: See The Dates





Modified: 19 Jun 2020  Screenshot: 23 Jun 2020 10:31:54









Modified: 19 Jun 2020  Screenshot: 23 Jun 2020 08:45:28

## BreatheHeavy.com
Live and breathe pop music.

# How Do We Feel About Kim Kardashian Covering Billboard Magazine?

Non-artist Kim Kardashian is the face of Billboard magazine this week.





Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

**Verstanden!**

Non-artist Kim Kardashian is the face of Billboard magazine this week.

The music giant made an interesting choice to plop reality TV star Kardashian on their cover this week, considering she's not a musician or artist (Business woman? We'll give her that). Does Kim have ties to one of the more impressionable artists of our generation a la **Kanye West**? Absolutely, but her perspective on music is limited to the feud with **Taylor Swift**, hanging with **Britney Spears** at the VMAs and some creative input on Kanye's recent musical offerings.

It's preposterous.

On the other hand, the fashion industry howled in horror when she landed on the cover of Vogue, and to say Kim doesn't make a splash in that industry is irresponsible. She wouldn't dare attempt to release another song (it happened), so let's just keep an open mind on this. For the sake of not unravelling before the weekend hits.

The highlights:

Invalid ID: MTJzNTE5OQ==





Sorry

**On her feud with Taylor Swift:**

"Ugh, do we really have to talk about Taylor Swift?...I'm so over it," she says with a laugh. "If it were up to Kanye, it all would probably never have come out. He can handle it, he has no hard feelings. He doesn't even really care. I just wanted to protect my husband. I saw him getting a lot of ****." 'You did a good job of it. "It wasn't even about a look or anything, or to have this feud — it was like, 'OK, here's the truth.' Done. Let's all move on. I feel like I don't want to talk about her anymore."

**On how she always wanted to be a reality star:**

When she was in grade school, Kardashian West became enthralled by the first season of MTV's The Real World. "I was like, 'Oh, my God, that's what I want to do,' " she says. "It's crazy that it has come full circle — the producers of my show were the ones that created The Real World." She got some of her first genuine media exposure as a sober pal to a hard-partying crew that included Paris Hilton. "I just thank God for my rhinestone Sidekick," she says of that era. "I would sit there checking Myspace all the time. They probably thought I was so boring."

**Her first pregnancy was a surprise:**

"I freaked the f— out," she says. "We weren't trying or -planning on it and I just didn't think I was ready. But you're never ready. It -happens when it's -supposed to happen and at the right time."

**On how she felt bringing children into a life of fame:**

"Both times when I was pregnant I'd literally just pray, 'I hope my baby can handle this life,' " she says. "I believe their souls choose us to be their parents — that they choose this life. That's my belief."

**On hanging out with Britney at the VMA's:**

"She's Britney!...I mean, how fun."

**She reveals her favorite artists:**

"Back in the day I loved Shania Twain," she says. "Celine Dion is my favorite, -favorite, -favorite. I love Ariana Grande. Sam Smith." Her preferred non-Kanye rappers? "Chance the Rapper is pretty dope. Big Sean, Eminem."

**On when she went into the GA pit at Kanye's concert:**

"Everyone was grabbing my ****," she says, sounding amused but vaguely scandalized. "I was like, 'I have to get out of here.' "

**On her creative input in Kanye's work:**

"I'll be a full critic," she says. "I could just say, 'OK, the lighting should be different here.' He loves the opinion. And then he will go into rehearsal the whole next day and totally perfect it."

## Thoughts? Let us know in Exhale.

# BreatheHeavy.com
Live and breathe pop music.

# There's A Rumor That Kim Kardashian Will Be A Judge On American Idol

Makes sense.



/center>

Kim Kardashian is reportedly joining American Idol.

The rumors swirling around the American Idol reboot this year are wild. All we know for sure is that Katy Perry is a judge. However, that might change. Word on the street is that production delays may conflict with the pop star's upcoming Witness Tour and force her to drop out (and lose out on that $25 million paycheck). That'd give the show a lot of wiggle room to secure Kim Kardashian, who might take a seat on the judging panel. That is, if we are to believe a report from Naughty Gossip.

"While producers have been looking at Lionel Richie, Luke Bryan, Keith Urban and other people within the music business, Ryan [Seacrest] thinks the show should hire Kim. Promotion and social media are now just as important to

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!

Ryan is worried that if they just follow the format of the old show, that is will feel dated. Adding Kim will be a game-changer."

The audacity that a show will give reigning Reality TV queen Kim Kardashian the power to judge the fate of up and coming singers... This would be worth tuning in for.

Thoughts on Kim Kardashian judging American Idol? Let us know in Exhale.

And while you're at it... leave a comment and follow us on Facebook, Twitter & Instagram and subscribe to our YouTube channel.

Modified: 13 Nov 2020  Screenshot: 13 Nov 2020 11:46:50

# BreatheHeavy.com
Live and breathe pop music.

## Category: Kim Kardashian

### Collab Incoming?! Madonna Hangs Out With Cardi B At Oscars After-Party



Madonna and Cardi B posed for a few photos together at an Oscars afterparty, leading some fans to wonder if the two have plans to link up in the recording studio.

### Kim Kardashian Gifted Taylor Swift And Other Haters Her New Perfume For Valentine's Day



Kim Kardashian buries hatchets but she keeps maps of where she put em.

### Kim Kardashian and Kanye West Welcome Baby Girl





The couple's third child has arrived via a surrogate.

## Here Is The Kardashian West Christmas Photo We've Been Waiting For



Kim and Kanye serve face in their new holiday family photo.

## JLo and Kim Kardashian Serve Face On Taco Wednesday



Server looks and proper skin care.

## Merry Christmas! Here's an Xmas Selfie Of Christina Aguilera and Kim Kardashian



Christmastina!

## There's A Rumor That Kim Kardashian Will Be A Judge On American Idol



Makes sense.

## Kim Kardashian And Kanye West Expecting Baby Number Three



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.   Verstanden!
Details anzeigen

The West-Kardashian family expands.

## TBT: Here's A Video Of Kim Kardashian In 2009 Saying She's The Biggest Taylor Swift Fan



ET's Throwback Thursday game on point.

## Kanye West And Kim Kardashian's Daughter North Blew Out Her Friend's Birthday Candles: Watch



"I'ma let you finish, but…"

← older

Modified: 13 Nov 2020  Screenshot: 13 Nov 2020 11:46:35



Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.

Details anzeigen

Verstanden!



/center>

## Kim Kardashian is reportedly joining American Idol.

The rumors swirling around the American Idol reboot this year are wild. All we know for sure is that Katy Perry is a judge. However, that might change. Word on the street is that production delays may conflict with the pop star's upcoming *Witness* Tour and force her to drop out (and lose out on that $25 million paycheck). That'd give the show a lot of wiggle room to secure Kim Kardashian, who might take a seat on the judging panel. That is, if we are to believe a report from Naughty Gossip.

"While producers have been looking at Lionel Richie, Luke Bryan, Keith Urban and other people within the music business, Ryan [Seacrest] thinks the show should hire Kim. Promotion and social media are now just as important to

Wir verwenden Cookies, um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern.
Details anzeigen

Verstanden!



Makes sense.

## Kim Kardashian And Kanye West Expecting Baby Number Three

Wir verwenden Cookies um Inhalte und Anzeigen zu personalisieren, um Social-Media-Funktionen zur Verfügung zu stellen und unseren Traffic zu analysieren. Wir teilen auch Informationen über Ihre Nutzung unserer Website mit unseren Social Media-, Werbe- und Analysepartnern. Details anzeigen

Verstanden!






kim-kardashian-am...

https://www.breatheheavy.com/wp-content/uploads/2017/09/kim-kardashian-american-idol.jpg



Modified: 07 Nov 2020  Screenshot: 13 Nov 2020 11:46:42

kim-kardashian-bill... ×   ✚

https://www.breatheheavy.com/wp-content/uploads/2016/09/kim-kardashian-billboard-cover.jpg   ⟳   🔍 Search   ☆ 自 ▽ ↓ ⌂ 💬 ≡



Proof Britney sang *** out of Lips - New Vocals - Page 5 - Britney Spears - BreatheHeavy | Exhale - Mozilla Firefox

Proof Britney sang ...

https://www.breatheheavy.com/exhale/index.php?/forums/topic/735848-proof-britney-sang-sht-out-of-liar-n

Search



# BreatheHeavy.com

Live and breathe pop music.

## Category: The Weeknd

### Selena Gomez Avoids Answering Question About Justin Bieber In Billboard Cover Story



The Revival singer had no qualms talking about social media, but goes into PR mode when asked about The Weeknd and Justin Bieber.

### Pop Emergency! Katy Perry And The Weeknd Are Reportedly Collaborating Together



Dream team.

### Ariana Grande And The Weeknd's "Love Me Harder" Gets A Totally Rad '80s-Inspired Remix





You're gonna love this harder.

## The Weeknd Premieres "Secrets" Music Video



Follow The Weeknd through a trippy maze hotel.

## The Weeknd's Next 'Starboy' Single Is Reportedly "Reminder"





Recommend play my song on the radio.

## Selena Gomez And The Weeknd Are Instagram Official



Couples goalz.

## Halsey Might Have A Collaboration With The Weeknd On 'hopeless fountain kingdom'

Track No. 3.

## Lana Del Rey's Album Title Track "Lust For Life" Out Next Month

Does it feature The Weeknd or not?

## Selena Gomez And The Weeknd Reportedly Have A Collaboration In The Works

They make magic in the studio, too.

# The Weeknd Finds Otherworldly Love In The "I Feel It Coming" Music Video Featuring Daft Punk

Just a simple touch and it can set you free.

← older
newer →

# BreatheHeavy.com
Live and breathe pop music.

## Category: Justin Bieber

### Praise! Justin Bieber Sings Christian Pop Song In Impromptu Performance At Coachella



Justin Bieber's next album will reportedly be a Christian pop movement.

### Watch Justin Bieber Smack A Fan's Phone Out Of Their Hand





A Belieber got a little too close for comfort.

# Poo Bear's Justin Bieber Collab "Hard 2 Face Reality" Featuring Jay Electronica Is Out



Poo Bear's Justin Bieber-assisted track, "Hard 2 Face Reality," featuring Jay Electronica, has arrived.

# Here's A Video Of Justin Bieber Showing His **** To The Paparazzi



This is very very important.

## This Video Of Justin Bieber Blinking Rapidly On The Red Carpet at The Midnight Sun Premiere Will Make You Really Uncomfortable



Is Justin Bieber OK?

## Justin Bieber's Fifth Studio Album Is Officially In The Works



Justin Bieber couldn't attend the Grammys because he's hard at work on his new album.

Justin Bieber couldn't attend the Grammys because he's hard at work on his new album.

## Justin Bieber Was Originally Meant To Record "For You" With Rita Ora Instead Of Liam Payne



Justin Bieber got dibs on recording "For You" with Rita Ora for the Fifty Shades Freed soundtrack first.

## Watch A Shirtless Justin Bieber Decorate A Christmas Tree



Justin gave Beliebers an early Xmas present.

## Selena Gomez Avoids Answering Question About Justin

## Bieber In Billboard Cover Story



The Revival singer had no qualms talking about social media, but goes into PR mode when asked about The Weeknd and Justin Bieber.

## Selena Gomez And Justin Bieber Were Spotted Kissing And The Internet Has Feelings



Jelena is back.

← older
newer →

# BreatheHeavy.com

Live and breathe pop music.

## Category: Selena Gomez

### Here's One Plausible Theory As To Why Selena Gomez Made Her Instagram Account Private



Selena is THE most followed person on Instagram, but that didn't stop the pop star from setting her account to 'private.'

### Rihanna, Taylor Swift, Selena Gomez, Ariana Grande, Ed Sheeran Are Spotify's Most-Streamed Artists Of 2017



Who surfed the digital waves the most in 2017?

### Selena Gomez's Billboard Woman of the Year Acceptance Speech Will Move You To Tears





Selena tearfully accepts Billboard's Woman of the Year award.

## Selena Gomez Avoids Answering Question About Justin Bieber In Billboard Cover Story



The Revival singer had no qualms talking about social media, but goes into PR mode when asked about The Weeknd and Justin Bieber.

## Beyonce, Selena Gomez (and Cristiano Ronaldo) Rule Instagram's Top 10 Most-Liked Photos List



A lot of tapping took place in 2017.

## It Appears Selena Gomez's Jax Jones Collab "This Is Real" Will Drop On Friday





It's about time!

## Selena Gomez's Woman Of The Year Promo Has Arrived



Sultry.

## Watch Selena Gomez's Television Debut Of "Wolves" At The AMAs

One time only.

## Selena Gomez Walks on Water In The "Wolves" Music Video: Watch

Dreary pop.

## Watch Selena Gomez Rehearse "Wolves" For The AMAs

A special night.

← older
newer →

 Justin Bieber – Page 5 – Breathe

www.breatheheavy.com/category/justin-bieber/page/5/

# Selena Gomez Avoids Answering Question About Justin Bieber In Billboard Cover Story



The Revival singer had no qualms talking about social media, but goes into PR mode when asked about The Weeknd and Justin Bieber.

**URL:** https://www.breatheheavy.com/category/justin-bieber/page/5/

**Screenshot Taken:** 2020-11-13 12:15 (Europe/Dublin)  **HTML Updated:** "www.breatheheavy.com" reports "11/13/2020 12:15:51".  **Case ID:** CAS-100951  **URL ID:** UID-00719254



Selena Gomez – Page 6 – Breat ×   +

www.breatheheavy.com/category/selena-gomez/page/6/

# Selena Gomez Avoids Answering Question About Justin Bieber In Billboard Cover Story



The Revival singer had no qualms talking about social media, but goes into PR mode when asked about The Weeknd and Justin Bieber.

**URL:** https://www.breatheheavy.com/category/selena-gomez/page/6/

**Screenshot Taken:** 2020-11-13 12:17 (Europe/Dublin)   **HTML Updated:** "www.breatheheavy.com" reports "11/13/2020 12:18:00".   **Case ID:** CAS-100951   **URL ID:** UID-00772748



The Weeknd – Page 2 – Breathe ✕    +

www.breatheheavy.com/category/the-weeknd/page/2/      

# Category: The Weeknd

## Selena Gomez Avoids Answering Question About Justin Bieber In Billboard Cover Story



The Revival singer had no qualms talking about social media, but goes into PR mode when asked about The

URL: https://www.breatheheavy.com/category/the-weeknd/page/2/
Screenshot Taken: 2020-11-13 12:16 (Europe/Dublin)   HTML Updated: "www.breatheheavy.com" reports "11/13/2020 12:16:29".   Case ID: CAS-100951   URL ID: UID-00719255

    

www.breatheheavy.com/category/selena-gomez/page/6/

## Category: Selena Gomez

# Here's One Plausible Theory As To Why Selena Gomez Made Her Instagram Account Private



Selena is THE most followed person on Instagram, but that didn't stop the pop star from setting her account to 'private.'

**URL:** https://www.breatheheavy.com/category/selena-gomez/page/6/

**Screenshot Taken:** 2020-11-13 12:12 (Europe/Dublin)   **HTML Updated:** "www.breatheheavy.com" reports "11/13/2020 12:12:34".   **Case ID:** CAS-100951   **URL ID:** UID-00719204



Modified: 19 Jun 2020  Screenshot: 23 Jun 2020 09:54:44



Modified: 19 Jun 2020  Screenshot: 23 Jun 2020 08:47:17





Modified: 19 Jun 2020  Screenshot: 23 Jun 2020 02:54:55