AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.   DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | Breathe Heavy, LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# **EXHIBIT 1 – TABLE OF WORKS**

# EXHIBIT 1 – TABLE OF WORKS

| Title | Author | Registration Number | Registration Date |
|---|---|---|---|
| **AUGUST WORKS** | | | |
| AU11000168.jpg | Sebastian Kim | VA 2-198-319 | 2/27/2020 |
| AU11000819.jpg | Sebastian Kim | VA 2-199-785 | 3/11/2020 |
| AU11035259.jpg | Mark Jonathan Williams | VA 2-120-245 | 8/24/2018 |
| AU11056012.jpg | Tesh Patel | VA 2-219-280 | 9/22/2020 |
| AU11065931.jpg | Brian Bowen Smith | VA 2-110-392 | 7/13/2018 |
| AU11065935.jpg | Brian Bowen Smith | VA 2-110-392 | 7/13/2018 |
| AU11065941.jpg | Brian Bowen Smith | VA 2-110-392 | 7/13/2018 |
| AU11065942.jpg | Brian Bowen Smith | VA 2-110-392 | 7/13/2018 |
| AU11065943.jpg | Brian Bowen Smith | VA 2-110-392 | 7/13/2018 |
| AU11082364.jpg | Austin Hargrave | VA 2-227-879 | 10/12/2020 |
| AU11083110.jpg | Miller Mobley | VA 2-227-659 | 11/9/2020 |
| AU11083111.jpg | Miller Mobley | VA 2-227-659 | 11/9/2020 |
| AU11083399.jpg | Miller Mobley | VA 2-227-659 | 11/9/2020 |
| AU11085496.jpg | Joe Pugliese | VAu 1-303-859 | 7/26/2017 |
| AU11139691.jpg | Camila Akrans | VA 2-219-286 | 9/22/2020 |
| AU11153249.jpg | Camila Akrans | VA 2-211-783 | 6/30/2020 |
| AU11153260.jpg | Camila Akrans | VA 2-211-783 | 6/30/2020 |
| AU11153261.jpg | Camila Akrans | VA 2-211-783 | 6/30/2020 |
| AU11153263.jpg | Camila Akrans | VA 2-211-783 | 6/30/2020 |
| AU11162109.jpg | Ramona Rosales | VA 2-221-615 | 10/5/2020 |
| AU11211359.jpg | James Macari | VA 2-219-279 | 9/22/2020 |

# EXHIBIT 1 – TABLE OF WORKS

| Title | Author | Registration Number | Registration Date |
|---|---|---|---|
| AU11211376.jpg | James Macari | VA 2-219-279 | 9/22/2020 |
| AU11211377.jpg | James Macari | VA 2-219-279 | 9/22/2020 |
| AU1121252.jpg | Martin Schoeller | VA 2-236-370 | 1/20/2021 |
| AU1121257.jpg | Martin Schoeller | VA 2-236-370 | 1/20/2021 |
| AU11229677.jpg | Miller Mobley | VA 2-231-277 | 11/9/2020 |
| AU11229679.jpg | Miller Mobley | VA 2-231-277 | 11/9/2020 |
| AU11230935.jpg | Kenneth Willardt | VA 2-241-679 | 1/27/2021 |
| AU11230937.jpg | Kenneth Willardt | VA 2-241-679 | 1/27/2021 |
| AU11230938.jpg | Kenneth Willardt | VA 2-241-679 | 1/27/2021 |
| AU11230939.jpg | Kenneth Willardt | VA 2-241-679 | 1/27/2021 |
| AU11235142.jpg | Miller Mobley | VA 2-231-277 | 11/9/2020 |
| AU11243627.jpg | Austin Hargrave | VA 2-197-986 | 2/20/2020 |
| AU11307348.jpg | Art Streiber | VA 2-127-252 | 11/16/2018 |
| AU11307349.jpg | Art Streiber | VA 2-127-252 | 11/16/2018 |
| AU11307351.jpg | Art Streiber | VA 2-127-252 | 11/16/2018 |
| AU11307438.jpg | Art Streiber | VA 2-127-252 | 11/16/2018 |
| AU11315340.jpg | Austin Hargrave | VA 2-197-986 | 2/20/2020 |
| AU11315481.jpg | Austin Hargrave | VA 2-197-986 | 2/20/2020 |
| AU11326170.jpg | Kenneth Willardt | VA 2-240-320 | 1/27/2021 |
| AU11326176.jpg | Kenneth Willardt | VA 2-240-320 | 1/27/2021 |
| AU11330142.jpg | Miller Mobley | VA 2-231-277 | 11/9/2020 |
| AU11330143.jpg | Miller Mobley | VA 2-231-277 | 11/9/2020 |
| AU11363967.jpg | Austin Hargrave | VA 2-199-792 | 3/11/2020 |

# EXHIBIT 1 – TABLE OF WORKS

| Title | Author | Registration Number | Registration Date |
|---|---|---|---|
| AU11437310.jpg | David Needleman | VA 2-199-875 | 3/16/2020 |
| AU11473109.jpg | David Needleman | VA 2-199-875 | 3/16/2020 |
| AU11474839.jpg | David Needleman | VA 2-199-881 | 3/16/2020 |
| AU11475072.jpg | David Needleman | VA 2-199-881 | 3/16/2020 |
| AU1268156.jpg | Andrew Eccles | VA 2-227-708 | 12/5/2020 |
| AU1268160.jpg | Andrew Eccles | VA 2-227-708 | 12/5/2020 |
| AU1268175.jpg | Andrew Eccles | VA 2-229-843 | 10/7/2020 |
| AU1268181.jpg | Andrew Eccles | VA 2-229-843 | 10/7/2020 |
| AU1459238.jpg | Joe Pugliese | VAu 1-177-344 | 8/19/2014 |
| AU1459240.jpg | Joe Pugliese | VAu 1-177-344 | 8/19/2014 |
| AU1459241.jpg | Joe Pugliese | Vau 1-177-344 | 8/19/2014 |
| AU1478336.jpg | Austin Hargrave | VA 2-227-879 | 10/12/2020 |
| AU1478339.jpg | Austin Hargrave | VA 2-227-879 | 10/12/2020 |
| AU1502643.jpg | Ramona Rosales | VA 2-241-708 | 1/26/2021 |
| AU1502936.jpg | Martin Schoeller | VA 2-238-548 | 2/5/2021 |
| AU1502939.jpg | Martin Schoeller | VA 2-238-548 | 2/5/2021 |
| AU1502940.jpg | Martin Schoeller | VA 2-238-548 | 2/5/2021 |
| AU1513168.jpg | Brian Bowen Smith | VA 2-227-640 | 11/11/2020 |
| AU1514302.jpg | Martin Schoeller | VA 2-238-548 | 2/5/2021 |
| AU1514304.jpg | Martin Schoeller | VA 2-238-548 | 2/5/2021 |
| AU1578783.jpg | Joe Pugliese | Vau 1-221-541 | 6/22/2015 |
| AU1578786.jpg | Joe Pugliese | Vau 1-221-541 | 6/22/2015 |
| AU1593907.jpg | Ramona Rosales | VA 2-221-664 | 9/29/2020 |

# EXHIBIT 1 – TABLE OF WORKS

| Title | Author | Registration Number | Registration Date |
|---|---|---|---|
| AU1654589.jpg | Joe Pugliese | VA 2-010-920 | 2/22/2016 |
| AU1656574.jpg | Brian Bowen Smith | VA 2-241-666 | 1/27/2021 |
| AU1672560.jpg | Brooke Nipar | VA 2-235-006 | 1/29/2021 |
| AU1672734.jpg | Brooke Nipar | VA 2-235-006 | 1/29/2021 |
| AU1756845.jpg | Joe Pugliese | VAu 1-177-344 | 8/19/2014 |
| AU1765483.jpg | Danielle Levitt | VA 2-241-685 | 1/26/2021 |
| AU1765484.jpg | Danielle Levitt | VA 2-241-685 | 1/26/2021 |
| AU1766366.jpg | Ramona Rosales | VA 2-221-664 | 9/29/2020 |
| AU1788308.jpg | Joe Pugliese | Vau 1-244-524 | 2/22/2016 |
| AU1788429.jpg | Joe Pugliese | Vau 1-244-524 | 2/22/2016 |
| AU1812834.jpg | Miller Mobley | VA 2-243-613 | 3/3/2021 |
| AU1812835.jpg | Miller Mobley | VA 2-243-613 | 3/3/2021 |
| AU1812837.jpg | Miller Mobley | VA 2-243-613 | 3/3/2021 |
| AU1850334.jpg | Miller Mobley | VA 2-243-613 | 3/3/2021 |
| AU1852703.jpg | Miller Mobley | VA 2-229-550 | 11/2/2020 |
| AU1852868.jpg | Miller Mobley | VA 2-243-613 | 3/3/2021 |
| AU1852874.jpg | Miller Mobley | VA 2-229-550 | 11/2/2020 |
| AU1852881.jpg | Miller Mobley | VA 2-229-550 | 11/2/2020 |
| AU1864998.jpg | Ramona Rosales | VA 2-221-664 | 9/29/2020 |
| AU1865833.jpg | Miller Mobley | VA 2-243-555 | 3/3/2021 |
| AU1868356.jpg | Gavin Bond | VA 2-240-190 | 1/23/2021 |
| AU1868361.jpg | Gavin Bond | VA 2-240-190 | 1/23/2021 |
| AU1869645.jpg | Brian Bowen Smith | VA 2-241-666 | 1/27/2021 |

# EXHIBIT 1 – TABLE OF WORKS

| Title | Author | Registration Number | Registration Date |
|---|---|---|---|
| AU1897185.jpg | Joe Pugliese | Vau 1-307-309 | 7/26/2017 |
| AU1897961.jpg | Austin Hargrave | VA 2-200-021 | 3/11/2020 |
| AU1897962.jpg | Austin Hargrave | VA 2-200-021 | 3/11/2020 |
| AU1913181.jpg | Ramona Rosales | VA 2-221-660 | 10/5/2020 |
| AU1914466.jpg | Ramona Rosales | VA 2-221-660 | 10/5/2020 |
| AU1943063.jpg | Ramona Rosales | VA 2-221-660 | 10/5/2020 |
| AU1986459.jpg | Miller Mobley | VA 2-243-555 | 3/3/2021 |
| AU1992791.jpg | Sebastian Kim | VA 2-198-311 | 2/27/2020 |
| AU1992871.jpg | Sebastian Kim | VA 2-198-311 | 2/27/2020 |
| AU1993669.jpg | Camila Akrans | VA 2-219-286 | 9/22/2020 |
| AU1993680.jpg | Camila Akrans | VA 2-219-286 | 9/22/2020 |
| AU1993683.jpg | Camila Akrans | VA 2-219-286 | 9/22/2020 |
| AU1993945.jpg | Victor Demarchelier | VA 2-227-859 | 12/5/2020 |
| AU1996452.jpg | Camila Akrans | VA 2-240-307 | 1/27/2021 |
| AU2158467.jpg | Mark Seliger | VA 2-098-099 | 3/21/2018 |
| AU2159559.jpg | Mark Seliger | VA 2-114-782 | 7/13/2017 |
| AU2159562.jpg | Mark Seliger | VA 2-114-782 | 7/13/2017 |
| AU2234730.jpg | Daniel Sannwald | VA 2-234-970 | 1/29/2021 |
| AU242523.jpg | Guerin Blask | VA 2-212-178 | 7/6/2020 |
| AU257456.jpg | Ben Hassett | VA 2-200-248 | 3/19/2020 |

**110 August Works Infringed**

# EXHIBIT 1 – TABLE OF WORKS

| Title | Author | Registration Number | Registration Date |
|---|---|---|---|
| **CPI WORKS** | | | |
| 180305_ZoG_PAPER_C_AGUILERA_SHOT_01_0189_v3-scr.jpg | Zoey Grossman | VA 2-105-011 | 5/11/2018 |
| 180305_ZoG_PAPER_C_AGUILERA_SHOT_02_0342_v1-scr.jpg | Zoey Grossman | VA 2-105-011 | 5/11/2018 |
| 180305_ZoG_PAPER_C_AGUILERA_SHOT_04_0623_v3-scr.jpg | Zoey Grossman | VA 2-105-011 | 5/11/2018 |
| 180305_ZoG_PAPER_C_AGUILERA_SHOT_06_1085_v2-scr.jpg | Zoey Grossman | VA 2-105-011 | 5/11/2018 |
| 20171030_BILLBOARD_SELENA_GOMEZ_S01_049-scr.jpg | Ruven Afanador | VA 2-100-305 | 4/24/2018 |
| 20171030_BILLBOARD_SELENA_GOMEZ_S06_006_COLOR-scr.jpg | Ruven Afanador | VA 2-100-305 | 4/24/2018 |
| 20190411_BILLBOARD_JONAS_BROTHERS_PLATES_0087_85_80_R5_no_car-scr.jpg | Ruven Afanador | VA 2-159-392 | 7/12/2019 |
| SHOT_03_0011_v5_EXT.jpg | Zoey Grossman | VA 2-210-984 | 6/2/2020 |
| SHOT_05_0062_v5.jpg | Zoey Grossman | VA 2-210-984 | 6/2/2020 |
| SHOT_05_043_050_v6_EXT.jpg | Zoey Grossman | VA 2-200-791 | 3/26/2020 |
| SHOT_07_061_EXT_v3_OPT2.jpg | Zoey Grossman | VA 2-200-791 | 3/26/2020 |
| SHOT_08_006_v4.jpg | Zoey Grossman | VA 2-200-791 | 3/26/2020 |
| VMO12003_04_007.jpg | Vijat Mohindra | VA 1-956-633 | 4/21/2015 |
| | | | **13 CPI Works Infringed** |
| | | **123 Total Infringements by BHLLC** | |

Page **6** of **7**