AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

August Image, LLC and Creative Photographers Inc.

*Plaintiff(s)*

v.

Breathe Heavy LLC.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:21-cv-00898

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Breathe Heavy LLC
Serve: Registered Agent
Mr. Jordan Miller
10697 West Centennial Parkway
#2039
Las Vegas, NV 89166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc J. Randazza
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
702.520.2001 - Telephone
ecf@randazza.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/7/21

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00898

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Breathe Heavy LLC c/o Registered Agent Jordan Miller
was received by me on *(date)* 05/15/2021.

☑ I personally served the summons on the individual at *(place)* 10697 West Centennial Parkway Apt. 2039 Las Vegas, Nevada 89166 on *(date)* 05/18/2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 05/18/2021

*Server's signature*

Susan Kruse
*Printed name and title*

Vegas Pro Serv
848 N Rainbow Blvd. #5372
Las Vegas, NV 89107  702-526-0411  PILB NV LIC 1469
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons in a Civil Action and Complaint for Copyright Infringement with Flash Drive attached