# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

August Image, LLC, et al.,                     )
                                               )
                          Plaintiff(s),        )
                                               )
v.                                             )        Case No.: 2:21-cv-00898-JCM-BNW
                                               )
Breathe Heavy, LLC,                            )        **DEFAULT**
                                               )
                          Defendant(s).        )
                                               )

It appearing from the records in the above-entitled action that Summons issued on the _____Original_____ Complaint _____May 7, 2021_____

(Original, Amended, etc)                    (Date Complaint was filed)

_____

has been regularly served upon each of the Defendants hereinafter named; and it

appearing from the affidavit of counsel or Plaintiff and the records herein that each of

said Defendants has failed to plead or otherwise defend in said action as required by said

Summons and provided by the Federal Rules of Civil Procedure,

   Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of

each of the following Defendants _____Breathe Heavy, LLC_____

_____

_____

in the above-entitled action is hereby entered.

DATED: _____11/5/2021_____          DEBRA K. KEMPI, CLERK


                                        By: _____/s/ E. Smith_____
                                                   Deputy Clerk