Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV  89117
702.420.2001 – Telephone
ecf@randazza.com

Attorneys for Plaintiffs
August Image, LLC and Creative Photographers Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AUGUST IMAGE, LLC, and CREATIVE PHOTOGRAPHERS INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BREATHE HEAVY LLC, <br><br> Defendant. | Case No. 2:21-cv-00898-JCM-BNW <br><br> **NOTICE OF SETTLEMENT** |

Plaintiffs AUGUST IMAGE, LLC and CREATIVE PHOTOGRAPHERS INC., by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement and request until October 13, 2022 in which to file a Notice of Dismissal.

Dated:  September 13, 2022      Respectfully submitted,

/s/ Trey A. Rothell
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Plaintiffs August Image, LLC
and Creative Photographers Inc.

Case No. 2:21-cv-00898-JCM-BNW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Trey A. Rothell
TREY A. ROTHELL