AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 2:21-cv-00898 | DATE FILED: 5/7/2021 | US District Court - District of Nevada<br>333 S Las Vegas Blvd<br>Las Vegas, NV 89101 |

| PLAINTIFF | DEFENDANT |
|---|---|
| August Image, LLC and Creative Photographers Inc. | Breathe Heavy, LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached voluntary dismissal. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Debra Kempi | /s/ H. Magennis | 9/28/22 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
**RANDAZZA LEGAL GROUP, PLLC**
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV  89117
702.420.2001 – Telephone
ecf@randazza.com

Attorneys for Plaintiffs
August Image, LLC and Creative Photographers Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AUGUST IMAGE, LLC AND CREATIVE PHOTOGRAPHERS INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BREATHE HEAVY LLC, <br><br> Defendant. | Case No. 2:21-cv-00898-JCM-BNW <br><br> **NOTICE OF** <br> **VOLUNTARY DISMISSAL** |

Plaintiffs AUGUST IMAGE, LLC and CREATIVE PHOTOGRAPHERS INC. by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated:  September 27, 2022         Respectfully submitted,

/s/ Trey A. Rothell
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

Attorneys for Plaintiffs August Image, LLC
and Creative Photographers Inc.

Case No. 2:21-cv-00898-JCM-BNW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Trey A. Rothell
TREY A. ROTHELL